IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 11-cv-02055 |
| ) | Hon. Joan H. Lefkow |
| **BLUE CAB COMPANY, INC.** and ) | |
| **ROSE M. WASHINGTON-SANDERS,** ) | |
| ) | |
| **Defendants.** ) | |

### CINCINNATI INSURANCE COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

Plaintiff, Cincinnati Insurance Company ("Cincinnati"), by its counsel, hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of its Motion, Cincinnati states as follows:

1. This is an insurance coverage dispute between Cincinnati and Blue Cab Company, Inc. ("Blue Cab") concerning an automobile accident that occurred while Rose Washington-Sanders ("Sanders") was a passenger in a taxi operated by Thomas McFadden ("McFadden") ("the Accident").

2. Sanders has brought a lawsuit against Blue Cab and McFadden, *Sanders v. McFadden and Blue Cab Co.*, case no. 07 L 13584 (Circuit Court of Cook County, IL) ("the Sanders Lawsuit"), to recover damages for injuries from the Accident.

3. Cincinnati seeks a declaration pursuant to 28 U.S.C. § 2201 that the policy it issued to Blue Cab ("the Policy") does not provide coverage for the Sanders Lawsuit.

4. Cincinnati is entitled to summary judgment in its favor on coverage for the following reasons: the claims against Blue Cab in the Sanders Lawsuit (a) do not fall

within the coverage grant of the Garage Coverage part of the Policy; (b) are excluded from coverage under the Commercial General Liability coverage part of the Policy; and (c) do not fall within the coverage grant of any other portion of the Policy. Cincinnati has no duty to defend Blue Cab in the Sanders Lawsuit for the additional reasons that (a) Blue Cab selectively tendered its defense to an insurer other than Cincinnati (First Chicago Insurance Company); and (b) any coverage available to Blue Cab under the Cincinnati Policy is excess to the other insurance available to Blue Cab.

5. The arguments and authority in support of this Motion are set forth in Cincinnati Insurance Company's Memorandum in Support of its Motion for Summary Judgment, the Rule 56 Statement of Uncontested Material Facts, and the Appendix of Exhibits filed contemporaneously herewith and incorporated by reference.

WHEREFORE, for the reasons stated above and those set forth in Cincinnati Insurance Company's Memorandum in Support of its Motion for Summary Judgment, Cincinnati respectfully requests that this Honorable Court grant this motion and issue an order:

A. Declaring that Cincinnati has no obligation under the General Liability Coverage Part of the Policy to defend, indemnify, or reimburse Blue Cab with respect to the Sanders Lawsuit;

B. Declaring that Cincinnati has no obligation under the Garage Liability Coverage Part of the Policy to defend, indemnify, or reimburse Blue Cab with respect to the Sanders Lawsuit;

C. Declaring that Cincinnati is entitled to all costs and attorneys' fees; and

D. Granting any other relief the Court deems appropriate, including an award

of fees and costs.

DATED: May 25, 2012

                                                            Respectfully submitted on behalf of
                                                            Cincinnati Insurance Company,

                                                            /S/ <u>Hope G. Nightingale</u>
                                                               By One of Its Attorneys

Hope G. Nightingale (ARDC # 6184864)
Kathleen L. Bianco (ARDC # 6283357)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6614 (Nightingale)
(312) 781-6621 (Bianco)
(312) 781-6630 Fax

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I served the foregoing **CINCINNATI INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** on the following:

| | |
|---|---|
| Larry R. Rogers<br>Carolyn S. Daley<br>Powers, Rogers & Smith<br>70 West Madison Street<br>Suite 5500<br>Chicago, IL 60602<br>(312) 236-9381<br>Email: lrogers@prslaw.com<br>Email: cdaley@prslaw.com | Stephen Sloan Weiss<br>Tribler Orpett and Meyer, P.C.<br>225 West Washington Street<br>Suite 1300<br>Chicago, IL 60606<br>(312) 201-6400<br>Email: ssweiss@tribler.com |

by email and by placing a true and correct copy of same in the U. S. Mail at 303 W. Madison Street, Chicago, IL 60606.

Cincinnati Insurance Company

By: /s/ Hope G. Nightingale

Hope G. Nightingale (ARDC # 6229150)
Kathleen Bianco (ARDC # 6283357)
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
312/781-6614 (Nightingale)
312/781-6621 (Bianco)
312-781-6630 (fax)