IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | No. 11-cv-02055 Hon. Joan H. Lefkow |
| BLUE CAB COMPANY, INC. and ROSE M. WASHINGTON-SANDERS, | ) ) ) | |
| Defendants. | ) | |

### CINCINNATI INSURANCE COMPANY'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**Exhibit 1** Rose Washington-Sanders' Answer to Cincinnati's Amended Complaint (filed July 7, 2011).

**Exhibit 2** Deposition of James Bennett (Manager of Operations for Blue Cab Company, Inc.), taken July 26, 2010.

**Exhibit 3** Blue Cab Company's Answer to Cincinnati's Amended Complaint (filed July 7, 2011).

**Exhibit 4** Affidavit of Chris Monahan of Cincinnati Insurance Company

    **Exhibit 4-A** The General Liability and Garage Coverage Parts of the Policy issued to Blue Cab by Cincinnati.

    **Exhibit 4-B** Selected pages from the underwriting file maintained by Cincinnati regarding the Policy issued to Blue Cab.

**Exhibit 5** Deposition of Rose Washington-Sanders (Plaintiff in underlying auto liability lawsuit), taken February 25, 2010.

**Exhibit 6** Deposition of Thomas McFadden (Owner-Operator of taxi involved in Accident), taken May 19, 2010.

**Exhibit 7** Sanders' Second Amended Complaint (filed May 20, 2011).

| | |
|---|---|
| **Exhibit 8** | Affidavit of Hope G. Nightingale of Litchfield Cavo LLP. |
| | **Exhibit 8-A** February 26, 2008 letter from Nightingale to Barakat. |
| | **Exhibit 8-B** April 8, 2008 letter from Nightingale to Barakat. |
| | **Exhibit 8-C** June 23, 2010 letter from Nightingale to First Chicago. |
| | **Exhibit 8-D** Google Maps search result. |
| **Exhibit 9** | Blue Cab's Responses to Cincinnati's Request for Admission (dated December 16, 2011). |
| **Exhibit 10** | Sanders' Answers to Interrogatories Propounded by Defendants (dated August 8, 2008). |