# EXHIBIT 2

# DEPOSITION OF JAMES BENNETT

## (Manager of Operations for Blue Cab Company, Inc., which is defendant in underlying auto liability case and in coverage lawsuit)

## taken July 26, 2010



```
 1   STATE OF ILLINOIS    )
                          )    SS:
 2   COUNTY OF COOK       )

 3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                 COUNTY DEPARTMENT - LAW DIVISION
 4

 5   ROSE M. WASHINGTON-SANDERS,        )
                                        )
 6                    Plaintiff,        )
                                        )
 7        vs.                           ) No. 07 L 13584
                                        )
 8   THOMAS McFADDEN, Individually      )
     and as an Agent and/or Employee    )
 9   of BLUE CAB CO., INC.; and BLUE    )
     CAB CO., INC., an Illinois         )
10   corporation,                       )
                                        )
11                    Defendants.       )

12

13           The discovery deposition of JAMES BENNETT,

14   taken under oath on the 26th day of July 2010, at

15   Suite 5500, 70 West Madison Street, Chicago,

16   Illinois, pursuant to the Rules of the Supreme Court

17   of Illinois and the Code of Civil Procedure, before

18   Jean M. Plomin, a notary public in and for the County

19   of Cook and State of Illinois, pursuant to notice.

20

21

22

23

24
```

Page 2

1  APPEARANCES:
2      POWER, ROGERS & SMITH, P.C., by
        MS. CAROLYN DALEY SCOTT
3      70 West Madison Street
        Suite 5500
4      Chicago, IL  60602-4212
        (312) 236-9381
5          for the plaintiff;
6      CONDON & COOK, LLC, by
        MS. LAUREN A. ROZICH
7      745 North Dearborn Street
        Chicago, IL  60654
8      (312) 266-1313
            for the defendant, Thomas McFadden;
9
        TRIBLER, ORPETT & MEYER, PC, by
10      MR. STEPHEN S. WEISS
        225 West Washington Street
11      Suite 1300
        Chicago, IL  60606
12      (312) 201-6400
            for the defendant, Blue Cab Co., Inc.
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1                    I N D E X
2  Witness:                          Page
3  JAMES BENNETT
4  Examination by:
5      Ms. Daley Scott.......................... 4
6      Mr. Weiss................................ 80
7
8  Further Examination by:
9      Ms. Daley Scott.......................... 85
10     Mr. Weiss................................ 93
11
12                E X H I B I T S
13  Number                            Page
14  Bennett 1..................................... 33
15  Bennett 2-3................................... 74
16
17
18
19
20
21
22
23
24

Page 4

1              (Witness sworn.)
2              JAMES BENNETT,
3  called as a witness herein, having been first duly
4  sworn, was examined and testified as follows:
5              EXAMINATION
6              BY
7              MS. DALEY SCOTT:
8      Q   Could you please state your name and spell
9  it for the record.
10     A   James Bennett, B-e-n-n-e-t-t.
11     MS. DALEY SCOTT:  Let the record reflect that
12  this is the discovery deposition of Mr. James Bennett
13  taken pursuant to notice and agreement of the
14  parties, taken pursuant to the Illinois Supreme Court
15  Rules, the Code of Civil Procedure and any applicable
16  local rules.
17  BY MS. DALEY SCOTT:
18     Q   Mr. Bennett, have you ever given a
19  deposition before?
20     A   A few, yes.
21     Q   When have you given a deposition?
22     A   I'm sorry?
23     Q   When have you given a deposition?
24     A   I can't remember.  It's been some time now.

Page 5

1      Q   In what context did you give the
2  deposition?
3      A   It was accident related.
4      Q   Were you a party to the lawsuit?
5      A   Blue Cab was a party to a lawsuit.
6      Q   Okay.  Sir, I'm sure your counsel has gone
7  over kind of the basics of a deposition with you, but
8  there are some basic ground rules that I would ask
9  you that abide by in order to make things go a little
10  bit smoother.
11          I ask that all of your responses be
12  verbal as the court reporter is taking down
13  everything that is being said in the room.  Okay?
14     A   I understand.
15     Q   A nod of the head, a shrug of the shoulders
16  cannot be taken down.  If you respond in that
17  fashion, I will ask for a verbal response.  And so
18  just to remind you, if you could just have all verbal
19  responses.  Okay?
20     A   I understand.
21     Q   Uh-huh, uhn-uhn, hm-hmm, those sorts of
22  responses also do not make for a clear record.  While
23  everyone in the room here today might understand what
24  you mean by that, it will not be clear on the record;

Page 6

1  so I ask that you refrain from those sorts of
2  responses. Okay?
3      A   I understand.
4      Q   If you answer my questions, I'm going to
5  assume that you understood them. If you do not
6  understand a question, please ask me to rephrase my
7  question or let me know that you do not understand
8  it. Okay?
9      A   I understand.
10     Q   If at any time you would like to take a
11 break, please let us know.
12     MS. DALEY SCOTT: Off the record a minute.
13         (Whereupon, a discussion was had
14          off the record.)
15     MS. DALEY SCOTT: On the record.
16 BY MS. DALEY SCOTT:
17     Q   If at any time you would like to take a
18 break, please let me know; I would be happy to take a
19 break. If there's a question pending, I ask that you
20 just answer that question. Okay?
21     A   I understand.
22     Q   Also, please wait until I finish asking my
23 question before beginning your answer, and I will do
24 the same in regards to your answer. It will make the

Page 7

1  court reporter's job a lot easier and make for a
2  clear transcript. Okay?
3      A   I understand.
4      Q   Mr. Bennett, what is your date of birth?
5      A   ▮▮▮▮▮▮▮
6      Q   And your social security number?
7      A   (Removed by agreement of Counsel.)
8      Q   And where do you currently live?
9      A   675 Valley Road, Lake Forest.
10     Q   How long have you lived at the Valley Road
11 residence?
12     A   16 years approximately.
13     Q   Do you have any plans on moving in the next
14 year and a half?
15     A   I do not.
16     Q   And who resides there with you?
17     A   My wife and daughter.
18     Q   And, Mr. Bennett, can you -- strike that.
19         Did you attend college?
20     A   I did.
21     Q   And where did you attend college?
22     A   Carthage College.
23     Q   And when did you attend Carthage College?
24     A   I graduated in 1985.

Page 8

1      Q   Do you know did you -- strike that.
2          What degree did you get in 1985?
3      A   Bachelor's degree.
4      Q   Bachelor's of art? Science?
5      A   Bachelor of arts.
6      Q   And was it a four-year program, I assume?
7      A   It was.
8      Q   And so did you begin Carthage College in
9  1981?
10     A   I did.
11     Q   Did you go on to get any advanced degrees?
12     A   I did not.
13     Q   Was the -- strike that.
14         Do you have any other degrees from
15 anywhere besides Carthage College?
16     A   I do not.
17     MR. WEISS: By the way, can we take his -- can
18 we all agree to remove his social security number
19 from the record since you've got it written down?
20     MS. DALEY SCOTT: Yes. That's fine.
21     MR. WEISS: Okay.
22     THE WITNESS: Thank you.
23     MR. WEISS: I should have interrupted then.
24 I'm sorry. Go ahead.

Page 9

1  BY MS. DALEY SCOTT:
2      Q   And can you go over your employment
3  background with me, sir, starting from today's date
4  and going back about -- we'll say go back 15 years
5  for me.
6      A   I have worked for Blue Cab for
7  approximately 20 years.
8      Q   So roughly since 1990 you've worked for
9  Blue Cab?
10     A   Actually 1986. So 25 years? Yeah,
11 25 years.
12     Q   And in 1986 when you began working for Blue
13 Cab, what were you employed as?
14     A   As a manager.
15     Q   Manager of what?
16     A   Of the operation.
17     Q   How long were you manager of operations?
18     A   Technically it's the same position right
19 now.
20     Q   So your position at Blue Cab Company has
21 not changed since 1986?
22     A   Correct. I'm doing the same capacity that
23 I was doing when I started.
24     Q   And what are your duties as manager of

3 (Pages 6 to 9)

Page 10

1 operations for Blue Cab Company?
2    A  I oversee the entire operation from
3 dispatchers to the accounting department.
4    Q  What is included in the entire operation?
5    A  Reviewing reports, reviewing call takers'
6 schedules, reviewing what the accounting department
7 gives me for records.
8    Q  What else?
9    A  That's pretty much about it.
10    Q  Are you involved in -- strike that.
11       Are these your duties as they are
12 today, sir?
13    A  Correct.
14    Q  In 1986 were these duties the same?
15    A  Approximately, yes, they were the same.
16    Q  How did they differ, if at all?
17    A  I can't remember exactly what I was doing
18 in '86; but for the most part, I was overseeing the
19 dispatch and accounting department.
20    Q  When you say "overseeing the dispatch,"
21 what does that exactly involve?
22    A  Making sure that the call takers show up,
23 that they're doing their work properly, that the
24 accounting clerks are doing their work properly.

Page 11

1    Q  And when you say that you oversee the
2 dispatchers to make sure that the call takers show
3 up, where do the call takers show up?
4    A  At our office at 7417 Roosevelt Road.
5    Q  Is that where dispatch is located?
6    A  That is correct.
7    Q  Is there any other dispatch location --
8    A  No.
9    Q  -- for Blue Cab Company?
10    A  No, there's not.
11    Q  What else besides dispatch is located at
12 your office at 7417 Roosevelt Road?
13    A  There is an auto repair center.
14    Q  What else?
15    A  There is a package delivery service.
16    Q  What else?
17    A  That is it.
18    Q  And this is where the corporate offices are
19 located for Blue Cab Company?
20    A  Yes, it is.
21    Q  Since 1986 have you worked anywhere else
22 besides Blue Cab Company?
23    A  I have not.
24    Q  Sir, did you review anything prior to

Page 12

1 coming to your deposition today?
2    A  I reviewed McFadden's deposition just
3 briefly to see what he said.
4    Q  Did you look at any other documents?
5    A  I did not.
6    Q  Okay. And I don't want to know anything
7 that you've talked to your attorney about, but have
8 you talked to anyone about this deposition today?
9    A  I have not.
10    Q  Have you talked to anyone -- obviously
11 besides your attorney -- about this case?
12    A  I have not.
13    Q  As the manager of operations for Blue Cab
14 Company, are you the person who deals directly with
15 Blue Cab Company drivers?
16    A  I do not interface with them on a daily
17 basis.
18    Q  Do you interface with them at all?
19    A  Yes. From time to time, I will interface
20 with them.
21    Q  For what purposes?
22    A  If they have questions that cannot be
23 answered by possibly office staff or one of my
24 managers.

Page 13

1    Q  Sir, as manager of operations, are you
2 involved in any of the advertisement that Blue Cab
3 Company does?
4    A  Yes, I would be involved with that.
5    Q  And what's your involvement?
6    A  I look at possible advertisement that would
7 be going into whatever form there may be, and I get
8 approval for it.
9    Q  Do you, yourself, do approval?
10    A  Yes.
11    Q  Who else does the approval on
12 advertisements?
13    A  I get referrals from the president of the
14 company.
15    Q  Who is the president of the company?
16    A  Jerilyn Ugaste.
17    Q  Do you know how to spell that name?
18    A  U-g-a-s-t-e.
19    Q  And the first name?
20    A  Jerilyn, J-e-r-i-l-y-n.
21    Q  And you get approval from Jerilyn for any
22 and all advertisements; is that correct?
23    A  We talk about it.
24    Q  Can you make changes to advertisements if

Page 14

```
1   you so choose?
2       A   Yes.
3       Q   Do you have the authority to make changes
4   on advertisements for Blue Cab Company?
5       A   Yes.
6       Q   Do you have the authority to control the
7   content on advertisements for Blue Cab Company?
8       A   Yes.
9       Q   And if there's something that you feel
10  should not be placed in an advertisement for Blue Cab
11  Company, do you express that to Jerilyn?
12      A   Yes.
13      Q   Does Jerilyn generally follow your
14  recommendations in that regard?
15      A   Yes.
16      Q   And if you feel there's something that
17  should be included in Blue Cab Company's
18  advertisements that is not included, would you have
19  the authority to suggest that?
20      A   Yes.
21      Q   And does Jerilyn generally follow your
22  suggestion in that regard?
23      A   She does.
24      Q   And is there anyone else involved besides
```

Page 15

```
1   yourself and Jerilyn in the advertisements for Blue
2   Cab Company?
3       A   No.
4       Q   And, now, for the Web site for Blue Cab --
5   strike that.
6           Blue Cab Company has a Web site,
7   correct?
8       A   That is correct.
9       Q   What is that Web site address?
10      A   www.bluecab.us.
11      Q   Are you involved at all with the Web site
12  for Blue Cab Company?
13      A   Yes, I know about it.  I don't know how to
14  design a Web site, though, if that's what you mean.
15      Q   Do you have another company that does the
16  Web site hosting and design for Blue Cab Company?
17      A   Yes, ma'am.
18      Q   In regards to the content that's on the Web
19  site for Blue Cab Company, are you involved in
20  determining what content should be on Blue Cab
21  Company's Web site?
22      A   Yes.
23      Q   Do you approve the content for Blue Cab
24  Company's Web site?
```

Page 16

```
1       A   I do.
2       Q   Do you have the authority to say what --
3   strike that.
4           Do you have the authority to determine
5   what should and should not be on Blue Cab Company's
6   Web site?
7       A   I do.
8       Q   Okay.  And so everything that's on Blue Cab
9   Company's Web site is subject to your approval; is
10  that correct?
11      A   That is correct.
12      Q   Okay.  And has that been correct since Blue
13  Cab Company has had a Web site?
14      A   That is correct.
15      Q   And any changes to Blue Cab Company's Web
16  site are changes that are met with your approval; is
17  that correct?
18      A   That is correct.
19      Q   Is anyone else involved -- obviously
20  besides the company that creates the Web site for
21  you -- is anyone else involved in Blue Cab Company's
22  Web site from Blue Cab Company?
23      A   No.
24      Q   Sir, do you recall answering certain
```

Page 17

```
1   discovery in this matter?
2       A   Yes, I remember filling something out some
3   time ago.
4       Q   Okay.  Sir, do you know who Thomas McFadden
5   is?
6       A   I do.
7       Q   Who is Thomas McFadden?
8       A   He is a driver that was driving the vehicle
9   that was involved in an accident.
10      Q   Okay.  Did you know him before you became
11  aware of that accident?
12      A   I knew of his name.  I don't know a lot
13  about him.
14      Q   How did you come to learn of the accident
15  that is the subject matter of this lawsuit?
16      A   I'm sorry?
17      Q   How did you come to learn of the accident
18  on September 23, 2007, which is the subject matter of
19  this lawsuit?
20      A   Another driver told a dispatcher that he
21  seen an accident that the car was in.  He didn't see
22  the accident, but he saw the aftermath of the
23  accident.
24      Q   Do you know what driver that was?
```

Page 18

1      A    I do not.
2      Q    Do you know what dispatcher was involved in
3   that?
4      A    I do not.
5      Q    How many dispatchers does Blue Cab Company
6   have?
7      A    Approximately six.
8      Q    In September of 2007, did Blue Cab Company
9   have approximately six dispatchers?
10     A    Correct.
11     Q    Are those full-time employees of Blue Cab
12  Company?
13     A    They are.
14     Q    Does Blue Cab Company -- strike that.
15          In September of 2007, did Blue Cab
16  Company itself own any taxicabs?
17     A    They did not.
18     Q    Has Blue Cab Company ever owned any
19  taxicabs?
20     A    We have.
21     Q    When was the last time that Blue Cab
22  Company owned any taxicabs?
23     A    I would say sometime in 2006.
24     Q    And why does Blue Cab Company no longer own

Page 19

1   any taxicabs?
2      A    It was a business decision that was made
3   some four or five years prior that it was not the
4   business motto that we wanted to be in.
5      Q    So what did Blue Cab Company do with those
6   taxicabs?
7      A    The drivers wanted to purchase their own
8   vehicles; so as drivers purchased their own vehicles,
9   the other ones were sold off.
10     Q    Blue Cab Company sold the taxicabs to
11  drivers that worked for Blue Cab Company; is that
12  correct?
13     MR. WEISS:  Object to form.
14          Go ahead and answer.
15     THE WITNESS:  Not only to drivers, but to
16  individuals.  They were just put up for sale.
17  Anybody off the street could purchase a car.
18  BY MS. DALEY SCOTT:
19     Q    Now, in September of 2007, Thomas McFadden
20  drove a taxicab for Blue Cab Company; is that
21  correct?
22     A    Thomas McFadden drove his own vehicle for
23  Blue Cab.
24     Q    Do you recall the vehicle that Thomas

Page 20

1   McFadden drove in 2007?
2      A    I don't recall.  I know it was, I believe,
3   a Ford Crown Victoria.
4      Q    Sir, did Mr. McFadden purchase this vehicle
5   from yourself?
6      A    He purchased it from Blue Cab Company.
7      Q    Do you know what this vehicle looked like?
8      A    The vehicle was a Ford Crown Victoria
9   painted blue and white.
10     Q    What else?
11     A    That's what the vehicle looked like.
12     Q    Did the vehicle have Blue Cab Company's
13  name painted on it as well?
14     A    It has a decal on it, yes.
15     Q    Describe the decal to me, please.
16     A    The decal says, Dispatch Service by Blue
17  Cab.
18     Q    Does it have Blue Cab Company's phone
19  number on it?
20     A    It does.
21     Q    Does it have Blue Cab Company's location on
22  it?
23     A    It does not.
24     Q    What color is the decal?

Page 21

1      A    It is a light blue color decal with white
2   lettering.
3      Q    Where is that decal located on the vehicle?
4      A    It is located on both doors, on both rear
5   doors.
6      Q    Is there any decal on the hood of the car?
7      A    There is not.
8      Q    Any decal on the trunk of the car?
9      A    There is not.
10     Q    Any writing at all on the hood of the car?
11     A    There is not.
12     Q    Any writing at all on the trunk of the car
13  or the back bumper area?
14     A    There is not.
15     Q    Now, what you were just describing to me is
16  the vehicle Mr. McFadden was driving, correct?
17     A    That is correct.
18     Q    The other -- strike that.
19          Is there a taxicab -- anything
20  indicating on the roof of the vehicle that it's a
21  taxicab?
22     A    There is a taxi top light on the top of the
23  vehicle, correct.
24     Q    Okay.  And does that say Blue Cab anywhere

Page 22

1   on it?
2       A   It does not.
3       Q   On the interior -- what's the interior of
4   the vehicle like?
5       A   A typical -- it looks like a typical car
6   with two seats and a rear seat.
7       Q   Are there any decals on any of the windows
8   in the car?
9       A   There are decals on the windows, correct.
10      Q   And what are those decals?
11      A   The decals are the rates that the car
12  charges for taxi service.
13      Q   What else?
14      A   There is a sticker that informs the
15  passenger of tax that is charged by the City of
16  Chicago.
17      Q   What else?
18      A   That is all I can remember now.
19      Q   Are there any decals on the window that
20  passengers must exit on curb side only?
21      A   I don't believe -- it is not something we
22  supply.
23      Q   In regards to the other decals, are those
24  supplied by Blue Cab?

Page 23

1       A   They are.
2       Q   And on the rate decal, does that decal say
3   Blue Cab anywhere on it?
4       A   It does.
5       Q   Where on the decal does it say Blue Cab?
6       A   I believe the top of the decal somewhere it
7   would say Blue Cab on it.
8       Q   Does it have Blue Cab's phone number on it?
9       A   I believe, yes, it would have a Blue Cab
10  phone number on it.
11      Q   Sir, is there a decal in the -- strike
12  that.
13          Are there any -- I don't know if you
14  would call it a decal or signage within the vehicle
15  itself that states a passenger's rights?
16      A   No, there is not.
17      Q   Is there any decal or signage within the
18  car beyond the rates and the tax decals that you told
19  me of today?
20      A   Not that I know of, no.
21      Q   Is there any area within the taxi that a
22  driver is to display their license?
23      A   No.
24      Q   Is there any other signage, decals or

Page 24

1   printing within a vehicle -- or within this vehicle
2   that you recall?
3       A   No. That would be it.
4       Q   Is there any signage that has, Any
5   questions or comments, call Blue Cab, anything along
6   those lines in the taxicab?
7       A   No, there is not.
8       Q   Now, we've just been discussing what you
9   recall Mr. McFadden's taxicab looked like on the day
10  of the accident, correct?
11      A   Correct.
12      Q   Now, the other taxis that display -- strike
13  that.
14          The other Blue Cab taxis, do they all
15  have similar identification that you've been
16  describing to me?
17      A   They are similar, yes.
18      Q   Okay. Are all Blue Cab taxis blue and
19  white in appearance?
20      A   No.
21      Q   Okay. How are -- strike that.
22          Describe the variations in Blue Cab
23  taxis.
24      A   There are some taxis that are just solid

Page 25

1   blue.
2       Q   Are all Blue Cab taxis either solid blue or
3   blue and white?
4       A   There have been some vehicles that have
5   green bumpers on them.
6       Q   Who determines the paint color of a Blue
7   Cab taxi?
8       A   The Village determines the colors.
9       Q   The Village meaning who?
10      A   The Village of Oak Park, Forest Park.
11      Q   Do all Blue Cab taxis have the Blue Cab
12  decal on them as you described to me on the rear
13  doors?
14      A   Yes. Some are removable, though, so that
15  the driver does not have to put them on.
16      Q   When a driver is driving a customer of Blue
17  Cab, do those decals have to be on their taxis?
18      A   They should be on the taxis; that is
19  correct.
20      Q   Per the owner-operator agreements that you
21  have with your drivers, those decals are to be on
22  their taxis when operating -- or when driving one of
23  the customers, correct?
24      A   I do not know if that's part of the

Page 26

1  owner-operator agreement.
2      Q    Is that something, though, that you require
3  of your drivers?
4      A    It's something that I do not see on the
5  street if they are truly doing that.
6      Q    But Blue Cab would not authorize a driver
7  to drive customers in a taxi that did not have those
8  decals, correct?
9      A    They would want to have the decals; that is
10  correct.
11      Q    And in regards to the rate decal on the
12  window, is that something that Blue Cab requires its
13  drivers to display in their taxi when driving Blue
14  Cab customers?
15      A    No.
16      Q    So Blue Cab would authorize its drivers to
17  drive its customers without displaying the rates; is
18  that correct?
19      A    Some drivers have asked not to display the
20  rate card in their vehicle.
21      Q    And has Blue Cab authorized that?
22      A    Yes.
23      Q    And why would Blue Cab -- in what situation
24  would Blue Cab authorize that?

Page 27

1      A    The driver did not want to have the rate
2  sheet displayed in his vehicle.
3      Q    And was that driver required to provide
4  copies of the rate sheet to their drivers -- to their
5  customers? Excuse me.
6      A    No.
7      Q    So a customer, upon entering that driver's
8  vehicle, would have no idea what the rates were; is
9  that correct?
10      A    That is correct.
11      Q    And Blue Cab authorized that?
12      A    Yes.
13      Q    In regards to the tax decal, does Blue Cab
14  authorize that to -- strike that.
15          Does Blue Cab expect that that is in
16  the vehicles when drivers are driving Blue Cab
17  customers?
18      A    That's correct. It's sometimes not on the
19  rear of the -- it's not inside the vehicle, correct.
20      Q    Blue Cab authorizes it not to be inside the
21  vehicle?
22      A    Yes.
23      Q    And Blue Cab authorizes their drivers to
24  drive customers without providing that information to

Page 28

1  their customers?
2      A    Yes.
3      Q    Does Blue Cab Company provide the decals on
4  the exterior of a vehicle to the drivers?
5      A    We do.
6      Q    Okay. Does Blue Cab Company provide the
7  rate decal that goes on the interior of the vehicle
8  to the drivers?
9      A    We do.
10      Q    Does Blue Cab provide the tax decal that
11  goes on the interior of the vehicles to the drivers?
12      A    We do.
13      Q    If a taxi driver wanted to -- a taxi driver
14  that drove Blue Cab Company's customers wanted to
15  paint their vehicle, say, red, would Blue Cab
16  authorize that?
17      A    We have authorized a portion of the car to
18  be a different color, yes.
19      Q    I'm asking -- could you answer my question,
20  sir.
21          If a taxi driver wanted to paint,
22  let's say, their entire vehicle red and continue to
23  drive Blue Cab's customers, would Blue Cab authorize
24  that?

Page 29

1      A    I have never been approached with a driver
2  asking to have a red cab in a Blue Cab fleet. That
3  has never come across my desk.
4      Q    As manager of operations, would you approve
5  that?
6      A    I don't think that would be appropriate,
7  correct.
8      Q    Why do you not think it would be
9  appropriate?
10      A    I just do not think that it's similar in
11  color scheme to our vehicles.
12      Q    Does Blue Cab Company try to keep a similar
13  color scheme for all of their vehicles?
14      A    We do.
15      Q    And Blue Cab Company tries to -- strike
16  that.
17          Does Blue Cab Company try to create a
18  similar appearance for all of the vehicles that
19  display Blue Cab Company decals?
20      A    What -- do you mean the type of vehicles?
21      Q    The overall appearance of the vehicle --
22  well, strike that.
23          I understand that there are
24  different -- actually, strike that.

Page 30

1     What types of vehicles do Blue Cab
2  drivers drive?
3     A   There are a wide variety of vehicles that
4  they purchase.
5     Q   Okay. With the understanding that there is
6  a wide variety of makes and models of vehicles that
7  these Blue Cab drivers drive and vehicles --
8  obviously depending on the make and model -- will
9  look different, in regards to the color scheme and
10  the overall appearance of these vehicles, does Blue
11  Cab Company try to have an overall color scheme and
12  general similar appearance amongst these vehicles?
13     A   Correct, because the Village requires that
14  we are similar in appearance.
15     Q   Is that something that is discussed and
16  agreed to with all drivers of Blue Cab Company?
17     A   They are informed that it has to be similar
18  in appearance with the colors.
19     Q   And if a driver chooses to not adhere to
20  that, what are the ramifications?
21     A   We would not write an owner-operator
22  contract with them.
23     Q   Okay. So a driver agrees to adhere to that
24  similar appearance for their vehicle upon signing

Page 31

1  this owner-operator agreement; is that correct?
2     A   That is correct.
3     Q   And after a driver has signed that
4  owner-operator agreement, if that driver decides that
5  they no longer want to adhere to the general color
6  scheme and general appearance that is agreed upon,
7  what are the ramifications?
8     A   I have never had that happen before.
9     Q   What would the ramifications be? As
10  manager of operations, would you deal with that
11  situation?
12     A   I would.
13     Q   And what would you do as manager of
14  operations of Blue Cab Company if a driver chose not
15  to adhere to the general color appearance scheme that
16  Blue Cab Company has set forth in the owner-operator
17  agreement?
18     A   I would advise them that it is something
19  that we cannot do since the Village ordinances
20  require us to be similar in colors.
21     Q   And if the driver continued to not adhere
22  to that, what would you do?
23     A   We would terminate his contract.
24     Q   And in terminating the contract, what would

Page 32

1  be involved?
2     A   Again, I have not terminated a contract
3  so...
4     Q   Would you discontinue dispatch service to
5  that driver?
6     A   I would.
7     Q   Okay. Is an owner-operator agreement
8  necessary to provide dispatch service to Blue Cab
9  Company drivers?
10     A   Blue Cab owner-operators, yes.
11     Q   Does every person who operates a vehicle
12  with the color scheme and decals of Blue Cab Company
13  have an owner-operator agreement with Blue Cab
14  Company?
15     A   Yes, every vehicle has an owner-operator
16  agreement with us, correct.
17     Q   Blue Cab Company does not own any of its
18  own vehicles; is that correct?
19     A   That is correct.
20     MS. DALEY SCOTT: I'm going to show you what
21  will be marked as Plaintiff's Exhibit No. -- or
22  Bennett Exhibit No. 1. It's the Blue Cab Company
23  owner-operator agreement that was produced in this
24  matter that's signed by Mr. McFadden as well as

Page 33

1  somebody else from Blue Cab Company.
2            (Whereupon, Bennett Deposition
3            Exhibit No. 1 was marked for
4            identification.)
5  BY MS. DALEY SCOTT:
6     Q   Are you familiar with this document, sir?
7     MS. ROZICH: Can I see it briefly?
8     THE WITNESS: I am.
9  BY MS. DALEY SCOTT:
10     Q   Is this the standard owner-operator
11  agreement used by Blue Cab Company?
12            If you need a minute to read through
13  it, please do.
14     A   No. It is.
15     Q   Is this agreement used with all of the
16  drivers who drive for Blue Cab Company?
17     A   It is.
18     Q   And this was executed March 23, 2006; is
19  that correct?
20     A   That is correct.
21     Q   Okay. Who is the person that signed for
22  Blue Cab Company?
23     A   Lisa -- I'm going to get her name wrong --
24  Maritato, I believe it is. I'm sorry. I don't

Page 34

1 really know her last name offhand, but I believe it's
2 Maritato.
3    Q   Does she still work for Blue Cab?
4    A   She does.
5    Q   What is her position at Blue Cab?
6    A   She is in the accounting department.
7    Q   Is she the one who -- strike that.
8        Were you involved in executing this
9 owner-operator agreement with Mr. McFadden?
10   A   On this particular one, no, I was not.
11   Q   Would she have been the one to execute or
12 be involved in the execution of the owner-operator
13 agreement with Mr. McFadden?
14   A   She signed it on behalf of Blue Cab, yes.
15   Q   So would she have been the person who would
16 have gone over the terms of the owner-operator
17 agreement with Mr. McFadden?
18   A   She would have shown him the sheet of paper
19 and had him look it over.
20   Q   Do you know whether or not she went over
21 the details of this owner-operator agreement with
22 Mr. McFadden?
23   A   I do not.
24   Q   Was it the standard -- was it the custom

Page 35

1 and practice of Blue Cab Company to go over
2 owner-operator agreements with the owner-operator
3 prior to the execution of the agreement?
4    A   They were given it and asked them to review
5 it themselves.
6    Q   If they had questions, they could bring
7 them to Blue Cab?
8    A   That is correct.
9    Q   And if they had questions, would those be
10 directed to your attention, sir?
11   A   They would.
12   Q   Do you know whether Mr. McFadden had any
13 questions about this contract?
14   A   I do not.
15   Q   Do you recall whether or not -- strike
16 that.
17       Do you recall if Mr. McFadden or
18 Ms. -- what was the last name?
19   A   Lisa Maritato.
20   Q   Whether Mr. McFadden or Ms. Maritato came
21 to you with any questions in regards to this
22 owner-operator agreement?
23   A   They did not.
24   Q   Were Blue Cab taxis allowed to have

Page 36

1 advertisements on them in 2007, September of 2007?
2    A   We have some drivers that have their own
3 advertising, if that's what you mean.
4    Q   On the vehicle itself?
5    A   They advertise their own phone number, if
6 that's what you mean by advertising.
7    Q   In the sense that, you know, some taxis you
8 see with the big advertisements on top of their
9 vehicles, was Blue Cab -- were Blue Cab taxis allowed
10 to have that in September of 2007, if you know what
11 I'm talking about?
12   A   We do not have any of that type of
13 advertising, no.
14   Q   Is that permitted?
15   A   No one has ever approached me with it.
16   Q   So for a taxi to make any modifications to
17 the exterior of their vehicle, would they have to
18 seek your approval or Blue Cab's approval?
19   MR. WEISS:  Object to form.
20       You can answer.
21   THE WITNESS:  Most drivers would come and ask
22 me if there's something they can do to the outside of
23 the vehicle.
24

Page 37

1 BY MS. DALEY SCOTT:
2    Q   Is that something that is part of the
3 owner-operator agreement, that they must seek yours
4 or Blue Cab's authorization?
5    A   I do not know if it's in the agreement.
6    Q   To advertise on their vehicle, would that
7 be something that a driver would need to seek your
8 approval or Blue Cab's approval for?
9    A   You're referring to a top sign that would
10 go on the top of the vehicle?
11   Q   Correct.
12   A   I have not had a driver approach me with
13 anything like that.
14   Q   While you have not had that happen, is that
15 something that would necessitate Blue Cab's approval
16 to put on one of the vehicles?
17   A   They would probably come and talk to me and
18 see if that was allowed.  I would have to check with
19 Village ordinances to see if it was allowed.
20   Q   So that is something
21 that would necessitate Blue Cab's approval, correct?
22   A   It would actually be approval of the
23 Village.  That's where I would go to see if it was
24 possible to do.  We would have no objections if the

Page 38

1  Village allowed it.
2      Q   But the approval from -- would the taxi
3  drivers go to the Village themselves?
4      A   They would typically come to me and ask if
5  it could be done, and I would go to the Village and
6  ask them.
7      Q   Is the Village a party to the
8  owner-operator agreement with your drivers?
9      A   They are not.
10     Q   So in regards to regulations and
11 authorizations for changes on the vehicle, that would
12 be something that is between the driver and Blue Cab,
13 correct?
14     MR. WEISS:  Let me object to form.  He's asked
15 and answered those questions, but go ahead.  He asked
16 and answered that question, but go ahead.
17     THE WITNESS:  Again, if there was a significant
18 change, I would have to have Village approval, if it
19 was a major color change, if that's what you mean.
20 BY MS. DALEY SCOTT:
21     Q   No.  I'm asking for any changes.  We'll
22 just move on.
23         Who obtains the taxi licenses for the
24 various taxis?

Page 39

1      A   The taxi license plates are purchased by
2  the drivers.
3      Q   The Village of Oak Park requires taxi
4  licenses, correct?
5      A   That is correct.
6      Q   Okay.  Does Blue Cab have a taxi license,
7  sir?
8      A   Blue Cab has a business license, yes.
9      Q   Does that business license involve a taxi
10 license?
11     A   It does.
12     Q   And the various owners of the vehicles, do
13 they have to obtain their own licenses from the --
14 taxi licenses from the Village of Oak Park?
15     A   From different villages, yes, not from
16 Oak Park, but each village is a little different.
17     Q   For the Village of Oak Park specifically --
18 strike that.
19         Blue Cab Company is located within
20 Oak Park, correct?
21     A   They are not.
22     Q   What village is Blue Cab Company located
23 in?
24     A   Forest Park.

Page 40

1      Q   Blue Cab Company does business in Oak Park,
2  correct?
3      A   It does.
4      Q   And the accident at issue in this case
5  occurred in Oak Park, correct?
6      A   It did.
7      Q   Okay.  And then the Village of Oak Park --
8  the taxicab license for Blue Cab Company is held by
9  Blue Cab Company, correct?
10     A   That is correct.
11     Q   The driver's in Oak Park do not -- strike
12 that.
13         The drivers for Blue Cab Company do
14 not have to obtain their own taxi licenses in the
15 Village of Oak Park; is that correct?
16     A   They have to obtain their own chauffeurs'
17 licenses.
18     Q   That's per the State of Illinois, or is
19 that per Oak Park?
20     A   Per the Village of Oak Park.
21     Q   But they do not have their own taxicab
22 business license, correct, in the Village of
23 Oak Park?
24     A   That is correct.

Page 41

1      Q   The owner-operator agreement sets forth
2  that the taxi drivers are to adhere to certain
3  standards for the reputation of Blue Cab; is that
4  correct?
5      A   That's correct.
6      Q   What is required of that by Blue Cab for
7  its drivers?
8      A   That Blue Cab has a good image with the
9  riding public.
10     Q   What does that involve?
11     A   From having a clean car to giving prompt
12 service.
13     Q   Does Blue Cab require that its taxis be
14 smoke free?
15     A   No.
16     Q   So Blue Cab -- drivers for Blue Cab Company
17 are permitted to smoke in their vehicles?
18     A   It is not something that -- it is their
19 vehicle, so they can smoke if they wish in their own
20 vehicles.
21     Q   When a Blue Cab customer is in with the
22 driver of the vehicle, are they permitted to smoke in
23 their vehicle?
24     A   It is between the passenger and the driver.

Page 42

1     Q    That's not something Blue Cab is concerned
2  about with their reputation?
3     A    It is not part of our agreement not to
4  smoke in the car.  It is something that we've not
5  come across.
6     Q    In regards to prompt service, is that
7  something that Blue Cab asks the drivers who drive
8  for Blue Cab Company to adhere to?
9     A    That once a trip is dispatched, that they
10 would go and get the trip.
11    Q    What percentage of Blue Cab's business is
12 dispatch versus flagging a fare?
13 MR. WEISS:  Object to form and foundation.
14        Go ahead.
15 THE WITNESS:  That's all dependent on all the
16 individual drivers.  It varies widely by driver.
17 BY MS. DALEY SCOTT:
18    Q    Okay.  Blue Cab Company provides a dispatch
19 service, correct?
20    A    That is correct.
21    Q    Okay.  Are all the drivers who drive Blue
22 Cab -- strike that.
23        All the drivers who drive vehicles
24 with these Blue Cab decals and the general scheme

Page 43

1  that we've talked about, do all of these drivers have
2  access to Blue Cab's dispatch service?
3     A    They do.
4     Q    Is that part of the owner-operator
5  agreement, sir?
6     A    It is.
7     Q    And what is involved with providing that
8  dispatch service?
9     A    We answer the phone call.  We put it into a
10 computer system.  The computer will offer a trip to a
11 driver based on where he told the computer he's at.
12 And the driver will either say, yes, he wants it or,
13 no, he doesn't.
14    Q    How does the computer offer it to the
15 driver?
16    A    The computer knows where the address is
17 from an address database.  And from where the driver
18 tells him -- and it knows where the driver is at from
19 what the driver tells it.
20    Q    Does the driver have some sort of computer
21 mechanism that this is offered to him within his
22 vehicle?
23    A    It is.
24    Q    Okay.  Can you describe that to me.

Page 44

1     A    It is called a mobile data terminal.
2     Q    What is a mobile data terminal?
3     A    It is a device that would allow a driver to
4  communicate with a dispatch software.  And a driver
5  would say that he is available for an order or he's
6  not available for an order.  He can tell the computer
7  if he wants an order or if he does not want an order.
8     Q    Okay.  This mobile data terminal, is that
9  installed by Blue Cab Company in these vehicles?
10    A    It is.
11    Q    And is that only installed after the
12 execution of an owner-operator agreement?
13    A    Typically, yes, after they would sign the
14 agreement.
15    Q    Okay.  And upon the termination of an
16 owner-operator agreement, would that mobile data
17 terminal be removed from that vehicle?
18    A    Yes, typically it is removed from that
19 vehicle.
20    Q    Would that be removed by Blue Cab Company?
21    A    Yes.
22    Q    And you said typically that would be
23 removed.  When would it not be removed?
24    A    It would not be removed if the driver left

Page 45

1  the area and we couldn't find it, you know,
2  physically.
3     Q    So unless you couldn't track down the
4  vehicle or the driver upon termination of the
5  agreement, that mobile data terminal would be
6  removed, correct?
7     A    That is correct.
8     Q    Are those mobile data terminals owned by
9  Blue Cab?
10    A    They are.
11    Q    Okay.  Do the drivers simply pay a fee to
12 use them to Blue Cab?
13    A    It's part of the dispatch agreement,
14 correct.
15    Q    And the mobile data terminal, you said it
16 allows a driver to communicate with dispatch,
17 correct?
18    A    Dispatch computer, correct.
19    Q    Okay.  Is the only dispatch computer that
20 these mobile data terminals that are installed in
21 these Blue Cab Company vehicles, Blue Cab Company
22 decal displaying vehicles, is the only dispatch that
23 those terminals can communicate with is Blue Cab
24 Company's dispatch?

Does that question make sense?
A Rephrase it for me. I'm sorry.
Q The only dispatch computers that these mobile data terminals that Blue Cab Company installs can communicate with -- actually, strike that. That's just bad wording.
These mobile data terminals that are installed by Blue Cab Company, are the only dispatch computers that these terminals can interface with Blue Cab Company's dispatch computers?
A Correct.
Q Okay. So the drivers wouldn't be able to get in touch with, say, for example, Yellow Cab Company dispatch computers through these data terminals?
A Not through our data terminals, no.
Q Okay. And do Blue Cab Company's -- strike that.
Do these vehicles that drive Blue Cab Company's customers also have a radio installed in them?
A That's how the mobile data terminal works is through a two-way radio, correct.
Q So the two-way radio and this mobile data

terminal are kind of one and the same; am I correct?
A They're two separate units, but they are linked together.
Q So in regards to the radio -- it's a two-way radio you said?
A That is correct.
Q And is that installed by Blue Cab Company?
A It is.
Q And does Blue Cab Company own those?
A They do.
Q And are those only installed after an owner-operator agreement is executed?
A Yes.
Q And upon termination of an owner-operator agreement, save for the extenuating circumstances where you cannot find a driver or vehicle as you've discussed earlier, those radios would be removed; is that correct?
A That is correct.
Q And the drivers pay to use these radios from Blue Cab Company; is that correct?
A That is correct.
Q And in regards to this mobile data terminal and these radios, Blue Cab Company makes the decision

as to which radio and which mobile data terminal are used in these vehicles, correct?
MR. WEISS: Do you pick which equipment you put in the vehicle?
THE WITNESS: Yes. We have a shelf and we just pick one radio and one terminal, and we just put it in there, if that's what you mean. It's not --
BY MS. DALEY SCOTT:
Q And in regards to the brand of radio or the version of the radio that you use, that's something Blue Cab decides; the driver does not decide, correct?
A That is correct.
Q In regards to the mobile data terminal, the type of equipment that is used, that is decided by Blue Cab Company and not the drivers, correct?
A That is correct.
Q Is there a meter in these vehicles?
A There is.
Q Okay. And is that installed by Blue Cab Company?
A It is.
Q Okay. Is that owned by Blue Cab Company?
A It is.

Q And are the meters, the rates -- strike that.
Who sets the rates on the meter?
A The villages.
Q So depending on what village a taxi driver goes into, the rates change?
A Correct. You can have different rates on the meters.
Q So who makes the physical change on the meter?
A The drivers.
Q Okay. And who gives the drivers -- does Blue Cab provide drivers with the copies of the rates for the various villages?
A Correct.
Q And in regards to those meters, are they only installed after an owner-operator agreement is executed?
A That is correct.
Q And I assume that they are removed upon the termination of the owner-operator agreement?
A Yes, ma'am.
Q And determining which type of meter is used, that is determined by Blue Cab Company and not

Page 50

1    by the drivers; is that correct?
2        A    That is correct.
3        Q    If a driver does something that would
4    negatively affect the reputation of Blue Cab Company
5    while driving Blue Cab Company customers, would that
6    be something that Blue Cab Company would address with
7    that driver?
8        A    Correct.
9        Q    And that is something that could terminate
10   the owner-operator agreement; is that correct?
11       A    That is correct.
12       Q    Who has the ability to terminate the
13   owner-operator agreement?
14       A    I would.
15       Q    Can you -- strike that.
16           Do you have to give notice to the
17   driver for a specified period of time for termination
18   of the owner-operator agreement?
19       A    I would have to look at the contract but,
20   again, I have not done that yet.
21       Q    Will you look at the contract for me?
22       A    Sure.
23       Q    And tell me if you, as manager of
24   operations for Blue Cab Company, would have to give

Page 51

1    notice to the driver prior to termination of the
2    owner-operator agreement.
3        A    Yes.  It says, No. 19, Termination, yes, I
4    would.
5        Q    Okay.  And what type of notice would you
6    have to give?
7        A    It says upon 30 days' written notice.
8        Q    This also says that you have the right to
9    terminate this agreement immediately, right?
10       A    That is correct.
11       Q    And in what situations per the
12   owner-operator agreement would the agreement be able
13   to be terminated immediately by Blue Cab?
14       A    It looks like if somebody was operating the
15   vehicle without the proper licensing or permit.
16       Q    What else?
17       A    Didn't make all payments to Blue Cab.
18       Q    If they fail to make all the payments?
19       A    Correct.
20       Q    Okay.  What else?
21       A    Pled guilty for driving under the influence
22   of intoxication.
23       Q    Okay.  What else?
24       A    That's all I see.

Page 52

1        Q    Subsection (d) says, a violation of
2    Paragraph 20 below, as well, correct?  And
3    Paragraph 20 deals with noncompetition, correct?
4        A    Correct.
5        Q    So if a driver of Blue Cab -- a driver who
6    drives Blue Cab Company's customers violates the
7    noncompetition clause of their owner-operator
8    agreement, that would permit Blue Cab to terminate
9    the owner-operator agreement immediately, correct?
10       A    That is correct.
11       Q    And if you go to Page 1 of the
12   owner-operator agreement, Paragraph 4 says that the
13   owner/driver shall not use any mark, logo, design or
14   name of Blue Cab other than as authorized herein; is
15   that correct?
16       A    Correct.
17       Q    In regards to the maintenance of the
18   vehicles, does Blue Cab Company -- strike that.
19           Was Blue Cab Company involved in the
20   maintenance of these vehicles?
21       A    No.
22       Q    Blue Cab Company did not have any
23   requirements for the maintenance of these vehicles?
24       A    No.

Page 53

1        Q    You said that there was -- at the site
2    there was an auto repair --
3        A    That is correct.
4        Q    -- center?
5           What was the auto repair center used
6    for?
7        A    The auto repair center was open to the
8    public.  It repaired vehicles for private
9    individuals, including owner-operators, churches,
10   different people.
11       Q    That auto repair center, what percent --
12   strike that.
13           Are you involved in any of the
14   business from the auto repair center?
15       A    I am.
16       Q    Do you see the accounting and review
17   reports from the auto repair center?
18       A    I do.
19       Q    What percentage of business from the auto
20   repair center is from owner-operators of Blue Cab
21   Company vehicles?
22       A    Rough guess would be 25 to 30 percent.
23       Q    Does Blue Cab Company inspect the vehicles
24   that drive Blue Cab Company customers?

Page 54

1    A   With the villages, correct, yes.
2    Q   Okay. When Blue Cab Company inspects these
3  vehicles, what is Blue Cab Company looking for?
4    A   It's the villages that are looking for
5  them and when the Village --
6    Q   I'm not asking what the villages are
7  looking for; I'm asking what Blue Cab Company is
8  specifically looking for.
9    A   We would make sure that the inspection is
10  what the ordinance reads -- that the vehicle is
11  clean, free from body damage, what is in the Village
12  ordinances.
13    Q   And when you refer to Village ordinances as
14  you've done here today, what Village ordinances are
15  you referring to?
16    A   The Village of Oak Park, the Village of
17  Forest Park.
18    Q   How often are these inspections conducted
19  of these vehicles?
20    A   Yearly.
21    Q   Where does Blue Cab Company do business?
22    A   They do business in the western suburbs.
23    Q   What's included within those?
24    A   Oak Park, Forest Park, Hillside, Berwyn.

Page 55

1    Q   Any business within the City of Chicago?
2    A   We do not have a City of Chicago business
3  license, if that's what you mean.
4    Q   Do you pick up fares from the City of
5  Chicago?
6    A   We pick up fares from the City of Chicago
7  going back to a suburb.
8    Q   So would that mean dispatch a vehicle to
9  pick up a fare somewhere within the City of Chicago
10  to bring them back to the suburbs; is that correct?
11    A   That is correct.
12    Q   Are your drivers permitted to pick up fares
13  that are just flag fares? Do you know what I mean by
14  that?
15    A   In what -- yes, I do.
16    Q   In the City of Chicago?
17    A   No, they are not.
18    Q   When dealing with inspections, you don't
19  deal with any of the -- you don't concern yourself
20  with any of the ordinances from Hillside or Berwyn;
21  is that correct?
22    A   Different suburbs have different
23  regulations. Those typically are not required in the
24  ordinances.

Page 56

1    Q   In what villages are your drivers permitted
2  to pick up fares that are just flagging a driver?
3    A   Again, it all depends on the suburb. Some
4  suburbs have no regulations at all, so it all depends
5  on which suburb.
6    Q   Are your drivers allowed to pick up a --
7  and when I say "pick up a fare," I'm talking about
8  someone who's flagging the driver on the street.
9    A   Yes, ma'am.
10    Q   Are your drivers allowed to pick up a fare
11  in Oak Park?
12    A   Yes, ma'am.
13    Q   Forest Park?
14    A   Yes, ma'am.
15    Q   Hillside?
16    A   Yes, ma'am.
17    Q   Berwyn?
18    A   Yes, ma'am.
19    Q   Do you also dispatch your drivers to
20  Oak Park?
21    A   Excuse me?
22    Q   Do you dispatch your drivers to Oak Park?
23    A   We do, yes.
24    Q   Forest Park?

Page 57

1    A   Yes, ma'am.
2    Q   Hillside?
3    A   Yes, ma'am.
4    Q   Berwyn?
5    A   Yes.
6    Q   And any fares from the City of Chicago --
7  just so I'm correct -- are fares that are only
8  dispatched to the City of Chicago for a pickup; is
9  that correct?
10    A   That is correct.
11    Q   Once a driver -- strike that.
12         Are drivers permitted to give
13  customers their cell phone number to call for a
14  pickup rather than calling in to Blue Cab for the
15  dispatch?
16    A   Yes, ma'am. A lot of drivers have their
17  own business cards that they pass out.
18    Q   So a driver would be permitted to solicit a
19  client of Blue Cab?
20    A   Correct.
21    Q   Are drivers permitted to work for other
22  taxi companies while working for Blue Cab or while
23  under this owner-operator agreement?
24    A   They may receive calls from other cab

Page 58

1 companies without my knowledge.
2     Q    Is that permitted per your owner-operator
3 agreement?
4     A    I don't see there's a problem with it.
5     Q    So you don't have a problem with drivers
6 who are driving vehicles with Blue Cab Company decals
7 picking up fares from other taxi companies?
8     A    No.
9     Q    Does Blue Cab Company provide receipts for
10 drivers to give their customers?
11     A    We provide receipts for the drivers,
12 correct.
13     Q    What do those receipts look like?
14     A    They have Blue Cab's name on it, phone
15 number, and they list the driver's -- they list what
16 the fare amount would be so the driver could fill out
17 the amount of the fare.
18     Q    Okay.  Does the driver's name appear
19 anywhere on that printed form?
20     A    The drivers have written their names on
21 there to pass them out, yes.
22  ··  Q    But the form that Blue Cab Company provides
23 just has Blue Cab's information on it, correct?
24     A    That is correct.

Page 59

1     Q    Blue Cab sets forth the minimum amount of
2 liability insurance that the drivers of these
3 vehicles must carry, correct?
4     MR. WEISS:  Object to form.
5     THE WITNESS:  I believe it's the State of
6 Illinois that sets that.
7 BY MS. DALEY SCOTT:
8     Q    Does Blue Cab require the drivers that
9 drive Blue Cab customers and that drive these
10 vehicles with these Blue Cab decals on them to carry
11 liability insurance?
12     A    We do.
13     Q    Does Blue Cab require them to carry a
14 minimum amount of liability insurance?
15     A    Yes.  We require them to carry the State
16 requirements.
17     Q    Which is what?
18     A    250,000.
19     Q    Does the driver have to provide Blue Cab
20 with verification of this liability insurance?
21     A    Yes, they do.
22     Q    Does Blue Cab provide these drivers with
23 the names of companies who could provide this
24 liability insurance?

Page 60

1     A    If we are asked, we can provide agencies
2 that can supply that type of insurance for taxicabs,
3 yes.
4     Q    Does Blue Cab provide the names of
5 insurance companies who could provide this liability
6 insurance for these drivers?
7     A    We have given the information out, correct:
8     Q    Okay.  Who do you provide -- strike that.
9         What company names do you provide to
10 these drivers?
11     A    They may ask us or other drivers, but
12 typically we will provide the name and phone number
13 of one service that would sometimes come to our
14 office to renew their licenses and stuff.
15     Q    And what service is that?
16     A    It's called Loquercio Insurance Service or
17 Loquercio Services.
18     Q    Does Blue Cab Company provide any other
19 name for insurance services besides Loquercio
20 Services or Loquercio Insurance Services?
21     A    We have -- I have given other names out if
22 the people did not want to go to Loquercio.
23     Q    What other names?
24     A    One is Princeton Insurance, Kropp

Page 61

1 Insurance, are the two that come to mind.
2     Q    Do those come out to Blue Cab Company's
3 facilities?
4     A    They do not.
5     Q    Is Loquercio Services permitted to come out
6 to Blue Cab Company's facilities to either renew or
7 sign up drivers for insurance purposes?
8     A    Renewal purposes, yes, they are allowed.
9     Q    Who maintains the computer, meter and
10 two-way radios that are installed in these vehicles?
11     A    Blue Cab does.
12     Q    So if a driver was having any problems with
13 their radio, computer -- or it's not a computer --
14 the radio, the mobile data terminal or their meter,
15 that would be something that Blue Cab would fix?
16     A    That is correct.
17     Q    Can these drivers of these vehicles permit
18 another driver to drive Blue Cab customers in their
19 vehicle?
20     A    Yes.
21     Q    And is that permissible under the Blue Cab
22 Company owner-operator agreement with them?
23     A    Yes.
24     Q    Are there any restrictions on that?

Page 62

1    A    That they just have the proper chauffeurs'
2    licenses.
3    Q    Do they have to provide those names to Blue
4    Cab Company before?
5    A    They have to show that, in order to get a
6    trip, that they have the proper licensing.
7    Q    And do they have to show that to Blue Cab?
8    A    The owner of the car does not; the driver
9    who will be driving any vehicle would have to show us
10   that.
11   Q    So any person that drives a vehicle with
12   Blue Cab's decals on them and drives Blue Cab's
13   customers would need to show Blue Cab that they have
14   the proper chauffeur's license; is that correct?
15   A    That is correct.
16   Q    Sir, in regards to the accident that
17   occurred that is the subject matter of this
18   litigation, you said you heard from dispatch; is that
19   correct?
20   A    Someone, yes, informed me through dispatch.
21   Q    Okay. Did you go to the scene of the
22   accident?
23   A    I did not. It happened on a weekend.
24   Q    Did somebody call you from dispatch, or

Page 63

1    were you at the office?
2    A    When I arrived Monday, someone told me at
3    the office.
4    Q    So you were not made aware of this accident
5    on the day of the accident; is that correct?
6    A    That is correct.
7    Q    And when you got in the office Monday and
8    you heard about this accident, what did you do?
9    A    I heard that it was a bad accident. I
10   asked if anybody went to the hospital, and they said
11   there was an ambulance that was taking people away.
12   Q    Who said that?
13   A    One of the dispatchers said, yeah, some
14   people went to the hospital.
15   Q    Okay. Then what?
16   A    I proceeded to call hospitals to find out
17   which hospital McFadden may be in.
18   Q    Okay.
19   A    Found out which hospital he was in, and I
20   went to see him.
21   Q    And did you go to see him that Monday? It
22   would have been the 25th.
23   A    Either Monday or Tuesday.
24   Q    Okay. Did you, in fact, get to see

Page 64

1    Mr. McFadden at the hospital?
2    A    I did.
3    Q    And what did you discuss with Mr. McFadden?
4    A    I asked him how he was. I asked him what
5    happened.
6    Q    Did he say how he was doing?
7    A    He showed me some bruises and stuff that he
8    had. He looked like he was in bad shape. And that
9    was about it.
10   Q    What did he say about the accident?
11   A    He told me that he blacked out, I believe
12   he said. He doesn't know what happened after that.
13   Q    What else did he say?
14   A    That was it.
15   Q    Did he tell you -- strike that.
16        What else did you discuss with him?
17   A    That was it.
18   Q    Did you discuss the taxicab that day?
19   A    I believe we did not, no.
20   Q    Did you ask -- strike that.
21        You didn't ask Mr. McFadden at that
22   time what happened to the taxicab?
23   A    I did not.
24   Q    How long were you at the hospital that day

Page 65

1    with Mr. McFadden?
2    A    15, 20 minutes maybe, not long.
3    Q    Okay. Did you see the police report in
4    this matter?
5    A    I did not, no.
6    Q    So as you sit here today, you've never seen
7    the police report?
8    A    I saw the police report in the deposition
9    that he had, if that's what you mean, yes, I'd seen
10   it then.
11   Q    But prior to reading Mr. McFadden's
12   deposition, you never saw the police report?
13   A    No, I did not.
14   Q    Okay. After the initial visit with
15   Mr. McFadden, did you at some point go to see
16   Mr. McFadden again?
17   A    I did not, no.
18   Q    Did you at some point talk to Mr. McFadden
19   on the phone?
20   A    I believe -- it's hard to remember if it
21   was his sister or sister-in-law -- I'm not sure -- a
22   relative of his I may have been in contact with or
23   him or both possibly.
24   Q    What was that regarding?

Page 66

1    A   I truly can't remember. Maybe them asking
2  me how -- telling me how he was doing. Nothing in
3  particular that I can remember.
4    Q   After the date of the accident, did you
5  ever have a conversation with Mr. McFadden about the
6  taxicab involved?
7    A   I did.
8    Q   When was that?
9    A   I believe it's when he got out of the
10 hospital, a few days later after he got out. I think
11 he actually came to our location the day he got out
12 of the hospital.
13   Q   Okay. And what did you discuss with him?
14   A   About retrieving the equipment out of the
15 vehicle.
16   Q   Did he ask you about it, or did you ask him
17 about it?
18   A   No. I asked him about it, how I can get
19 the equipment back out of the vehicle. Well,
20 actually, I told him that this is how -- we have to
21 get the equipment out of the vehicle and that the
22 equipment is at O'Hare Towing or the vehicle is at
23 O'Hare Towing.
24   Q   At some point in time did you learn that

Page 67

1  the vehicle was totaled?
2    A   Yes. I think it was O'Hare Towing that
3  told us it was totaled.
4    Q   How did you learn that the vehicle was at
5  O'Hare Towing?
6    A   I would have most likely called Oak Park
7  Police to find out where they would have towed a
8  vehicle that was in an accident.
9    Q   Okay. Do you remember that, or is that
10 just what you think you did?
11   A   I'm sure that's what I would have done
12 because I know I would want to secure the equipment
13 in the vehicle if it was totaled.
14   Q   Okay. And so Mr. McFadden came to Blue Cab
15 Company's office --
16   A   Uh-huh.
17   Q   -- in Forest Park and you discussed
18 obtaining equipment; is that correct?
19   A   Correct. I believe I may have told him
20 that in order to get the equipment, O'Hare Towing
21 would want the title to the vehicle.
22   Q   Okay. And what did he say?
23   A   He said fine. A few days later, I believe
24 it was a relative dropped off the title at our

Page 68

1  facility to us.
2    Q   Okay. And was that title signed over to
3  you?
4    A   It was not.
5    Q   And did you, in fact, go to O'Hare Towing?
6    A   M&C Motors, one of the mechanics went with
7  me, yes.
8    Q   Did you provide them with the title for the
9  vehicle?
10   A   We did.
11   Q   And what transpired then?
12   A   They allowed us to go into the yard and to
13 remove the equipment.
14   Q   Did you give them title to this vehicle?
15   A   I handed over the title that Mr. McFadden
16 handed to me.
17   Q   Was it the original title of the vehicle?
18   A   It was.
19   Q   So they became -- strike that.
20       Did you receive any paperwork back
21 from O'Hare Towing at the time?
22   A   I don't recall, no.
23   Q   Do you know what happened to that vehicle?
24   A   I do not.

Page 69

1    Q   When you said you removed the equipment,
2  what did you remove from the vehicle exactly that
3  day, or what did your mechanic remove from the
4  vehicle that day?
5    A   Any equipment that would have been ours --
6  the radio, terminal, meter.
7    Q   What about the taxi light on top of the
8  vehicle?
9    A   Probably not. It's not that valuable.
10   Q   What about the decals?
11   A   No. We would not retrieve those either.
12   Q   Do you know whether the decals on this
13 vehicle were removable decals or not?
14   A   I believe they were not, no.
15   Q   And today your counsel brought for us a
16 document from M&C Motors. Is this from -- strike
17 that.
18       Can you tell me what this document is?
19   A   It's the invoice to go retrieve the
20 equipment.
21   Q   And that was the equipment we just
22 discussed, correct?
23   A   Yes, ma'am.
24   Q   Did you ever see this vehicle again after

18 (Pages 66 to 69)

Page 70

1   that date?
2       A   I did not.
3       Q   Did Mr. McFadden ever drive for Blue Cab
4   Company after this date?
5       A   He did not.
6       Q   Or after the date of this accident?  Excuse
7   me.
8       A   He did not.
9       Q   Have you ever spoken to Mr. McFadden since
10  the day he arrived at Blue Cab Company when you told
11  him that you needed to retrieve the radio and the
12  equipment from the vehicle?
13      A   I have not.
14      MS. DALEY SCOTT:  Give me a minute.
15  BY MS. DALEY SCOTT:
16      Q   Do you know whether Mr. McFadden -- strike
17  that.
18          The day of the accident, the fare that
19  Mr. McFadden picked up, do you have any knowledge
20  about that fare?
21      A   None that -- just what's in our computer
22  system.
23      Q   And what is in your computer system
24  regarding that fare?

Page 71

1       A   Just the information where she was being
2   picked up and taken to.
3       Q   So was this fare that was involved in the
4   accident, was that a fare that somebody had called in
5   to Blue Cab?
6       A   That is correct.
7       Q   So Ms. Washington-Sanders called Blue Cab
8   that day, correct?
9       A   That is correct.
10      Q   And she asked to be picked up someplace; is
11  that correct?
12      A   That is correct.
13      Q   Where did she ask to be picked up?
14      A   I believe it was Midway Airport.
15      Q   Okay.  And the dispatch service received
16  that call and put that call into your computer
17  system; is that correct?
18      A   That is correct.
19      Q   And Mr. McFadden was sent the information
20  for that dispatch or that fare; is that correct?
21      A   That is correct.
22      Q   And Mr. McFadden agreed to go pick up that
23  fare from Midway; is that correct?
24      A   That is correct.

Page 72

1       Q   And he was provided all the information
2   regarding this fare from Blue Cab Company; is that
3   correct?
4       A   That is correct.
5       Q   Would Blue Cab Company have provided him
6   with the name of the person he was picking up?
7       A   That is required by the -- yes, they would
8   be.
9       Q   Okay.  Does Blue Cab Company provide him
10  with a phone number for the fare?
11      A   No.
12      Q   Is that something that Blue Cab Company
13  would retain in their system if they needed to get
14  back in touch with the fare?
15      A   That is correct.
16      Q   So Blue Cab Company would provide
17  Mr. McFadden with the name of the person and the
18  location of the fare; is that correct?
19      A   That is correct.
20      Q   Okay.  And Blue Cab Company, in fact, did
21  so in this situation, correct?
22      A   I'm sorry.  Can you say that again.  I
23  missed that.
24      Q   Blue Cab Company, in fact, did so provide

Page 73

1   Ms. Washington-Sanders' name and location to
2   Mr. McFadden on September 23, 2007, correct?
3       A   That is correct.
4       Q   Sir, I have here some printouts from Blue
5   Cab Company's Web site.  Could you please review them
6   for me.  And the date is a little bit cut off, but
7   I'll represent that it's from August of 2008, these
8   printouts.  If you could please let me know whether
9   or not these are, in fact, printouts of what was
10  displayed on Blue Cab Company's Web site and if it is
11  all true and correct to your knowledge.
12      MR. WEISS:  I'm sorry.  Go ahead and look at
13  that.
14          Are you saying this printout is from
15  August of '08?
16      MS. DALEY SCOTT:  Yes.
17      MR. WEISS:  So the question is whether or not
18  this is how the Web site looked in August of '08.
19      MS. DALEY SCOTT:  Right, if he has any dispute
20  with that.
21      MS. ROZICH:  Is that going to be marked as
22  Exhibit 2?
23      MS. DALEY SCOTT:  Yes.  We can mark that as
24  Exhibit -- let's mark that as Exhibit 3.  We'll do

Page 74

1   this M&C Motors as Exhibit 2.
2           (Whereupon, Bennett Deposition
3           Exhibit Nos. 2-3 were marked
4           for identification.)
5       THE WITNESS: Yes, ma'am, it is.
6   BY MS. DALEY SCOTT:
7       Q    And under Services that Blue Cab provides,
8   it states that Blue Cab offers -- strike that -- that
9   Blue Cab offers taxicab service; is that correct?
10      A    That is correct.
11      Q    And then it also lists Blue Cab airport
12  rates; is that correct?
13      A    That is correct.
14      Q    It's listed for Midway Airport; is that
15  correct?
16      A    That is correct.
17      Q    And it also has a portion where you can
18  fill out the form and indicate whether you're
19  applying for a driver position or office position; is
20  that correct?
21      A    That is correct.
22      Q    And for the contact information, it lists
23  Blue Cab's address, phone number, fax and E-mail for
24  Blue Cab Company, correct?

Page 75

1       A    That is correct.
2       Q    Nowhere on Blue Cab's Web site does it
3   provide any individual driver information; is that
4   correct?
5       A    That is correct.
6       Q    On the day of the accident, do you know
7   whether Ms. Washington-Sanders specifically requested
8   Mr. McFadden as her driver?
9       A    My assumption would be she did not.
10      Q    How many taxis in September of 2007 did
11  Blue Cab have driving its customers?
12      A    I would say approximately 85.
13      Q    And how does a Blue Cab -- does Blue Cab
14  Company pay these drivers at all?
15      A    It does not.
16      Q    And do the drivers pay Blue Cab Company for
17  the usage of the vehicles?
18      A    They pay Blue Cab for the dispatch
19  services, correct.
20      Q    What is contained within that dispatch
21  service?
22      A    Fares, the equipment.
23      Q    Okay. So how much do drivers pay for that
24  service?

Page 76

1       A    195.
2       Q    A week?
3       A    That is correct.
4       Q    And that involves the use of the equipment?
5       A    Correct.
6       Q    And that involves the use of the dispatch
7   service for, you know, dispatching drivers to various
8   fares; is that correct?
9       A    That is correct.
10      Q    Does that fee change if a driver chooses
11  not to utilize the actual dispatch service and just
12  pick up fares off the street?
13      A    No, it does not.
14      Q    When a taxicab needs to be towed, do the
15  drivers call Blue Cab Company?
16      A    They do not.
17      Q    Is Blue Cab involved at all in the towing
18  of Blue Cabs?
19      A    No.
20      Q    Blue Cab requires that these vehicles be
21  well maintained and clean, correct?
22      A    That is correct.
23      MS. DALEY SCOTT: All right. I think I'm just
24  about done.

Page 77

1   BY MS. DALEY SCOTT:
2       Q    Are the drivers required to operate their
3   vehicles in a safe manner?
4       A    Yes.
5       MR. WEISS: Object to form.
6           Go ahead.
7       THE WITNESS: Yes, ma'am.
8   BY MS. DALEY SCOTT:
9       Q    And anywhere on Blue Cab Company -- strike
10  that.
11          Anywhere on any of these vehicles that
12  transport Blue Cab customers, whether it's on the
13  exterior or the interior, is there anything that
14  indicates where a customer should call for any
15  complaints or concerns or anything along those lines?
16      A    No, ma'am.
17      Q    Would a driver be allowed to paint a phone
18  number on the outside of the taxicab?
19      A    We do have drivers that have their own
20  phone numbers on the cabs, correct.
21      Q    On the exterior of the taxicab?
22      A    That is correct.
23      Q    And that's permitted by Blue Cab?
24      A    It is.

Page 78

1  Q  How many vehicles have that out of your 85,
2  fleet of 85?
3  A  There might be four.
4  Q  Is Blue Cab Company's name and number still
5  displayed on those vehicles?
6  A  It is.
7  Q  And per the owner-operator agreement,
8  that's permitted?
9  A  We allow it, yes.
10  Q  Blue Cab Company has the ability to refuse
11  to let a driver drive a vehicle with Blue Cab's
12  decals, paintings on it; is that correct?
13  A  Can you rephrase that.  I'm sorry.
14  Q  If a driver does not have a chauffeur's
15  license, Blue Cab can refuse to allow them to drive
16  one of the vehicles with Blue Cab's decals on it,
17  correct?
18  A  That is correct.
19  Q  And would Blue Cab remove the decals in
20  that situation?
21  A  No, we would not remove the decals.
22  Q  Would you remove the equipment from the
23  inside of the vehicle?
24  A  Again, this is the owner of the cab.  We

Page 79

1  would not permit any dispatch trips going to that
2  driver.
3  Q  So they would be permitted to keep the
4  meter and the radio and the computer or the terminal
5  in the car?
6  A  Well, if they were doing something illegal,
7  then we would ask for that equipment back and that
8  would be considered illegal to operate a cab without
9  their chauffeurs' licenses.
10  Q  Does Blue Cab allow the vehicle drivers to
11  use -- allow their customers to use credit cards to
12  pay for these fares?
13  A  Yes, ma'am.  But they -- yes, they do.
14  Q  What else were you going to say?
15  A  The drivers have their own credit card
16  processing in their own cars.
17  Q  And who provides that?
18  A  They can provide their own, or we can
19  provide it for them.
20  Q  For your fleet of 85, how many of the
21  vehicles do you provide them for?
22  A  95 percent.
23  Q  And are Blue Cab vehicles -- are these
24  vehicles that drive Blue Cab customers required to

Page 80

1  have the capability to allow a customer to pay with a
2  credit card?
3  A  It's in the ordinance that they have to
4  take a credit card.
5  Q  So if a driver refused to take a credit
6  card, that would be -- strike that.
7  A driver cannot refuse to take a
8  credit card for a Blue Cab customer; is that correct?
9  A  That would be in violation of the
10  ordinance, correct.
11  MS. DALEY SCOTT:  I think that's all I have for
12  you right now, sir.  Thank you for your time.  I may
13  have a few questions for you after counsel asks you
14  some questions.
15  THE WITNESS:  Thank you.
16  MR. WEISS:  Do you have any questions?  No?
17  Jim, let me ask you a couple
18  questions.
19  EXAMINATION
20  BY
21  MR. WEISS:
22  Q  The essence of the agreement that you have
23  with the owner-operator is that they pay you a fee, a
24  weekly fee and, in turn, they receive calls for

Page 81

1  people who want to be picked up by Blue Cab, true?
2  A  That is correct.
3  Q  So the reason why you don't care,
4  hypothetically, if a driver were to pick up also from
5  Yellow Cab is as long as they pay the 195 a month --
6  a week, they could drive for whatever cab companies
7  they wanted to drive for, true?
8  A  That is correct.
9  Q  It wouldn't behoove an operator to get --
10  strike that.
11  Blue Cab doesn't tell its
12  owner-operators when to work, true?
13  A  True.
14  Q  Where to drive, true?
15  A  True.
16  Q  What time they start or what time they
17  finish, right?
18  A  True.
19  Q  Does Blue Cab share in profits or losses
20  with the owner-operators?
21  A  We do not.
22  Q  Does Blue Cab pay any wages to the
23  owner-operators?
24  A  We do not.

Page 82

1    Q    Does Blue Cab withhold any taxes from
2  anything that is given to the owner-operators?
3    A    We do not.
4    Q    The restrictions that are on Blue Cab
5  owner-operators are generally set by either the
6  State -- for example, insurance, right?
7    A    That is correct.
8    Q    Or in terms of the Village -- or by the
9  Village when we're talking about meter rates,
10 restrictions on travel or inspections, true?
11   A    That is correct.
12   Q    So Blue Cab basically mirrors the State
13 and/or individual Village requirements in setting the
14 dictates on its owner-operators; is that fair?
15   A    That is correct.
16   Q    M&C Motors -- M&C Motors, Inc., is the name
17 of the garage that is attached to the corporate
18 office for Blue Cab Company, true?
19   A    That is correct.
20   Q    They are two separate companies, true?
21   A    They are.
22   Q    And an owner-operator of a Blue Cab is not
23 required to have any work whatsoever done at
24 M&C Motors, true?

Page 83

1    A    That is correct.
2    Q    The -- strike that.
3        We're looking at Exhibit No. 1, the
4  owner-operator agreement.  Under Paragraph 11, it is
5  the intent of Blue Cab to create an independent
6  contractor relationship with its individual
7  owner-operators, true?
8    A    That is correct.
9    Q    Do you as Blue Cab's -- you're secretary of
10 Blue Cab; is that your title?
11   A    That is correct.
12   Q    And the operations manager?
13   A    That's correct.
14   Q    Do you as the operations manager or
15 secretary of Blue Cab consider any of the
16 owner-operators to be one of your employees?
17   A    We do not.
18   Q    And that feeds into the idea that we just
19 talked about which is you really don't control when
20 they work, where they work, how much they work, what
21 they earn, et cetera, true?
22   A    That is correct.
23   Q    You also do not control where they buy gas,
24 true?

Page 84

1    A    True.
2    Q    How much they pay for gas?
3    A    True.
4    Q    How many hours in a particular day they
5  might work or in a week they might work, true?
6    A    True.
7    Q    If an owner-operator paid you 195 for the
8  weekly fee and then decided never to drive, it
9  wouldn't make any difference to you, true?
10   A    True.
11   Q    Similarly if somebody paid you 195 and
12 worked 75 hours a week, again, it wouldn't matter to
13 you, true?
14   A    True.
15   Q    That's because you do not share in any
16 profits or losses or any income that he earns or
17 revenue he earns from the fares, true?
18   A    True.
19   Q    You just simply give them to him and if he
20 takes them, great; if he decides not to take them,
21 that's okay too?
22   A    True.
23   Q    Similarly with the removable decals you
24 talked about, if an owner wants to have the decals

Page 85

1  that say Blue Cab and then when he stops working on
2  an individual night yank them off and just drive
3  around in his car as a normal car, that doesn't
4  matter to you one way or the other, true?
5    A    True.
6    MR. WEISS:  I think that's all I have.
7    MS. DALEY SCOTT:  I just have a few more.
8        FURTHER EXAMINATION
9        BY
10       MS. DALEY SCOTT:
11   Q    In regards to the removable decals, would
12 it matter to you if an owner took off those decals
13 and went around picking up fares for Blue Cab?
14   A    That would be against the ordinance, I
15 imagine, yes.  That would be a problem.  He could
16 pick up his own fares.
17   Q    And that would be against the
18 owner-operator agreement as well, right?
19   A    Correct.  If he drove around, he would be
20 in violation of the ordinance.
21   Q    But also in violation of your
22 owner-operator agreement, right?
23   A    Correct.
24   Q    In regards to M&C Motors, Inc., do you work

Page 86

1  for them?
2      A    I do.
3      Q    So what is your position at M&C Motors,
4  Inc.?
5      A    Same.  Manager.
6      Q    Of operations?
7      A    Yes.
8      Q    And secretary?
9      A    Yes, ma'am.
10     Q    How long have you worked for them?
11     A    About the same amount of time.  They've
12 been around -- all the corporations have been around
13 for a long time, same time.
14     Q    Besides M&C Motors, Inc., and Blue Cab
15 Company, any other corporations that you work for,
16 any other jobs that you have?
17     A    Northwest Package Delivery.
18     Q    What's Northwest Package Delivery?
19     A    It is a delivery service.
20     Q    What's your role there?
21     A    Same as Blue Cab.
22     Q    Manager of operations and secretary?
23     A    That is correct.
24     Q    Who owns Blue Cab Company?

Page 87

1      A    Jerilyn Ugaste.
2      Q    And she's also the president of Blue Cab
3  Company; is that correct?
4      A    That is correct.
5      Q    And CEO of Blue Cab Company?
6      A    Correct.
7      Q    Who owns M&C Motors, Inc.?
8      A    Jerilyn Ugaste.
9      Q    Who's the president of M&C Motors, Inc.?
10     A    Jerilyn Ugaste.
11     Q    CEO of M&C Motors, Inc.?
12     A    Jerilyn Ugaste.
13     Q    Same questions for Northwest Package
14 Delivery.  Who owns it?
15     A    Same, Jerilyn Ugaste.
16     Q    She is also the CEO and president; is that
17 correct?
18     A    That is correct.
19     Q    Are there any other senior level employees
20 for these three corporations besides yourself and
21 Jerilyn?
22     A    No.
23     Q    Do any of the employees for Blue Cab
24 Company also work for -- this is besides you and

Page 88

1  Jerilyn -- also work for M&C Motors --
2      A    Yes.
3      Q    -- Incorporated?
4      A    Yes.
5      Q    Who works for both?
6    , A    The accounting staff.
7      Q    And how many people are in the accounting
8  staff?
9      A    One.
10     Q    Who is that?
11     A    Lisa.
12     Q    Lisa?
13     A    Maritato.
14     Q    Okay.  And does Lisa also work for
15 Northwest Package Delivery?
16     A    Yes.
17     Q    And is she in accounting as well?
18     A    That is correct.
19     Q    Is she the only accounting person for
20 Northwest Package Delivery?
21     A    There is one more person that helps out,
22 Joyce Ryan.
23     Q    And does Joyce work for M&C Motors, Inc.,
24 or Blue Cab as well?

Page 89

1      A    Yes.
2      Q    So Joyce Ryan and Lisa Maritato work for
3  Northwest Package Delivery, M&C Motors and Blue Cab
4  Company?
5      A    That's correct.
6      Q    And they handle the accounting for all
7  three corporations; is that correct?
8      A    That is correct.
9      Q    Do you know -- are you paid separately by
10 M&C Motors and Northwest Package Delivery and Blue
11 Cab?
12     A    No.  There's a master payroll.
13     Q    There's a master payroll for all three --
14 employees of all three corporations?
15     A    Yes.
16     Q    Do you see the accounting for this master
17 payroll?
18     A    I do.
19     Q    Do you see the accounting for all three
20 corporations?
21     A    I do.
22     Q    This master payroll, is it paid out of the
23 same account for all three corporations?
24     A    It is.

Page 90

1    Q   So it's the same bank account that pays
2 employees of all three corporations; is that correct?
3    A   That is correct.
4    Q   Do you know whether it is one bank account
5 for all the profits for all three corporations?
6    A   It is not.
7    Q   Can you explain to me how it works then,
8 that one master bank account pays for all the
9 employees and -- are there separate bank accounts for
10 each corporation?
11    A   Correct, separate bank accounts for each
12 corporation.
13    Q   Okay. Then how does it work that all the
14 employees get paid out of one bank account?
15    A   Based on the percentage of what each
16 corporation owes for payroll, that money would be
17 deposited into the account to make payroll.
18    Q   What percentage does each company have for
19 payroll?
20    A   Blue Cab being 80 percent, 20 probably for
21 each of the other companies -- I'm sorry -- 10 or
22 15 percent, so it's very small.
23    Q   And is that just -- is that money
24 contributed for each payroll, or on what basis --

Page 91

1 what frequency, I should say, is that money
2 contributed to the master bank account?
3    A   We have payroll every two weeks, if that's
4 what you mean.
5    Q   So money is taken out of these three
6 corporations' separate bank accounts every two weeks
7 and put into the master payroll account?
8    A   That is correct.
9    Q   Is there money that's left over in this
10 master payroll account that's held there on a
11 continual basis?
12    A   No, ma'am.
13    Q   Does one bank hold all the accounts for all
14 three of these corporations?
15    A   It does.
16    Q   And does that same bank have the master
17 payroll account?
18    A   It does.
19    Q   And on the checks that pay all the
20 employees, who signs the checks?
21    A   I can sign the check; Jerilyn can sign the
22 check.
23    Q   Who does for payroll?
24    A   Typically I sign the checks.

Page 92

1    Q   Okay. And in what capacity do you sign the
2 checks?
3    A   As an officer of the corporations.
4    Q   Are all three corporations' names listed on
5 the check?
6    A   No.
7    Q   What corporation's name is listed on the
8 check?
9    A   M&C Motors.
10    Q   So M&C Motors is the -- strike that.
11       What corporation is listed on the bank
12 account as the holder of the bank account?
13    A   M&C Motors.
14    Q   So Blue Cab Company does not issue payroll
15 checks; is that correct?
16    A   It does not, correct.
17    Q   Northwest Package Delivery does not issue
18 payroll checks; is that correct?
19    A   That is correct.
20    Q   So in regards to insurance, does Blue Cab
21 Company, M&C Motors and Northwest Package Delivery
22 all have liability insurance?
23    A   They do.
24    Q   Do they each hold separate policies of

Page 93

1 insurance?
2    A   I believe it's one -- one master one.
3    Q   That covers all three corporations?
4    A   Correct.
5    Q   Do you know whether that's the policy that
6 you've produced in this case through your counsel?
7    A   That is correct.
8    Q   So Northwest Package Delivery doesn't have
9 a separate policy than the one that was produced in
10 this case?
11    A   Correct.
12    Q   Does M&C Motors, Incorporated, have
13 separate corporation papers filed with the State?
14    A   They do.
15    Q   And does Northwest Package Delivery?
16    A   They do.
17    MS. DALEY SCOTT: I think that's all I have for
18 you.
19    MR. WEISS: Couple of quick ones.
20       FURTHER EXAMINATION
21       BY
22       MR. WEISS:
23    Q   The individual owner-operators of the Blue
24 Cabs only deal with Blue Cab Company, true?

Page 94

1    A    That is correct.
2    Q    They do not provide any services whatsoever
3  for M&C Motors or Northwest Package Delivery, true?
4    A    That's correct.
5    Q    And if an operator wanted to have his car
6  serviced at M&C Motors, he would be required to pay
7  M&C directly, true?
8    A    That is correct.
9    Q    He wouldn't make a payment to Blue Cab or
10  to Northwest Package?
11    A    Correct.
12    Q    Similarly if somebody wants a package
13  delivered, they only do business with Northwest
14  Package, not with Blue Cab Company or M&C Motors,
15  true?
16    A    Correct.
17    Q    You were asked a hypothetical about
18  somebody coming -- someone removing decals but still
19  driving around looking for fares.
20    A    Right.
21    Q    Although that could possibly happen, that's
22  totally nonsensical; don't you agree?
23    A    I agree, yes.
24    MS. DALEY SCOTT:  Objection.

Page 96

1    Q    And he, again, is entitled to drive as much
2  or as little as he wants to; it doesn't matter to you
3  one way or the other?
4    A    That's correct.
5    MR. WEISS:  That's all.
6    MS. ROZICH:  Nothing.
7    MR. WEISS:  Signature will be reserved.
8      FURTHER DEPONENT SAITH NAUGHT . . .
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 95

1  BY MR. WEISS:
2    Q    The reason why is because if someone's
3  paying you 195 bucks to get the dispatch, they would
4  turn on their machine, drive around like a Blue Cab
5  and get dispatch or get people in the street, right?
6    A    That's correct.
7    Q    It wouldn't make much sense for someone to
8  take off the decals and then still try to be a cab,
9  right?
10    A    Correct.
11    Q    And we should get this clear, too:  When a
12  cabdriver starts -- let's say he wants to start
13  driving on a day at 7:00 a.m., how does he notify
14  Blue Cab that he's up and running?
15    A    He logs onto the computer and lets them
16  know he's available for orders.
17    Q    So it wouldn't make much sense again for an
18  operator not to turn on the computer or log in if
19  he's trying to earn money, right?
20    A    Correct.
21    Q    Because he's paying 195 to you anyway; he
22  might as well get the benefit of dispatch services as
23  long as he wants to drive.  Do you agree with that?
24    A    That's correct.

Page 97

1  STATE OF ILLINOIS    )
                        ) SS:
2  COUNTY OF COOK       )
3      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - LAW DIVISION
4
5  ROSE M. WASHINGTON-SANDERS,    )
                                  )
6          Plaintiff,    )
                         )
7      vs.               ) No. 07 L 13584
                         )
8  THOMAS McFADDEN, Individually    )
   and as an Agent and/or Employee )
9  of BLUE CAB CO., INC.; and BLUE )
   CAB CO., INC., an Illinois    )
10  corporation,         )
                         )
11      Defendants. )
12      This is to certify that I have read the
13  transcript of my deposition taken on the 26th day of
14  July 2010 in the foregoing cause, and that the
15  foregoing transcript accurately states the questions
16  asked and the answers given by me, with the changes
17  or corrections, if any, made on the Errata Sheet(s)
18  attached hereto.
19
20      _____
21      JAMES BENNETT
        Subscribed and sworn to
22      before me this _____ day
        of _____ 2010.
23
        _____
24      Notary Public

Page 98

```
 1   STATE OF ILLINOIS  )
                        ) SS:
 2   COUNTY OF COOK     )
 3
 4        Jean M. Plomin being first duly sworn on
 5   oath, says that she is a Certified Shorthand
 6   Reporter, that she reported in shorthand the
 7   testimony given at the taking of said deposition and
 8   that the foregoing is a true and correct transcript
 9   of her shorthand notes so taken as aforesaid and
10   contains all the testimony given by the deponent at
11   said deposition.
12
13        And further, that she is not connected by
14   blood or marriage with any of the parties to this
15   action, nor is she a relative or employee or attorney
16   or counsel of any of the parties, or financially
17   interested directly or indirectly in the matter in
18   controversy.
19
20        That the preceding deposition shall be
21   read by said deponent, and any and all corrections
22   which the deponent desires to make shall be duly made
23   by the deponent on the enclosed errata sheet(s),
24   indicating page and line to be corrected, and that
```

Page 99

```
 1   the explanation, if any, given by the deponent for
 2   said corrections shall be thereon noted.
 3
 4        Jean M Plomin
     Certified Shorthand Reporter
 5   License No. 084-003728
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 100

SULLIVAN REPORTING COMPANY
Two North LaSalle Street
Suite 1615
Chicago, Illinois 60602
(312) 782-4705
August 9, 2010

Mr. Stephen S. Weiss
Tribler, Orpett & Meyer, PC
225 West Washington Street, Suite 1300
Chicago, IL 60606

Re: 07 L 13584
     Washington-Sanders vs. McFadden/Blue Cab
Dear Mr. Weiss:
Enclosed is your copy of the deposition of JAMES
BENNETT which was taken on July 26, 2010.

As signature was reserved, please arrange for the
deponent to review his transcript making any
necessary corrections on the errata sheets. Then
have him sign the deponent's signature page and have
the signature notarized.

Please send the original errata sheets and signed
deponent's certificate to Ms. C. Daley Scott, keep a
copy for yourself, and please send a copy to Ms. L.
Rozich and me.
According to Illinois Supreme Court Rule 207(a),
signature must be obtained within 28 days or the
deposition may then be used fully as though signed.
Therefore, your prompt attention in this matter is
greatly appreciated.
                    Sincerely,

                    Jeanie Plomin, CSR, RPR
                    Sullivan Reporting Company
Enc.
cc: Ms. C. Daley Scott, Ms. L. Rozich

**A**

abide 5:9
ability 50:12 78:10
able 46:12 51:12
about 9:4 10:9 12:7,8
    12:11 13:23 15:13
    17:13 35:13 36:11
    42:2 43:1 56:7 63:8
    64:9,10 66:5,14,16
    66:17,18 69:7,10
    70:20 76:24 82:9
    83:19 84:24 86:11
    94:17
access 43:2
accident 5:3 17:9,11
    17:14,17,21,22,23
    24:10 40:4 62:16
    62:22 63:4,5,8,9
    64:10 66:4 67:8
    70:6,18 71:4 75:6
According 100:17
account 89:23 90:1,4
    90:8,14,17 91:2,7
    91:10,17 92:12,12
accounting 10:3,6,19
    10:24 34:6 53:16
    88:6,7,17,19 89:6
    89:16,19
accounts 90:9,11
    91:6,13
accurately 97:15
across 29:3 42:5
action 98:15
actual 76:11
actually 9:10 29:24
    37:22 46:5 66:11
    66:20
address 15:9 43:16
    43:17 50:6 74:23
adhere 30:19,23 31:5
    31:15,21 41:2 42:8
advanced 8:11
advertise 36:5 37:6
advertisement 13:2,6
    14:10
advertisements 13:12
    13:22,24 14:4,7,18
    15:1 36:1,8
advertising 36:3,6,13
advise 31:18
affect 50:4
aforesaid 98:5
after 31:3 44:11,13
    47:11 49:17 64:12
    65:14 66:4,10
    69:24 70:4,6 80:13
aftermath 17:22
again 32:2 38:17
    50:20 56:3 65:16
    69:24 72:22 78:24
    84:12 95:17 96:1

against 85:14,17
agencies 60:1
Agent 1:8 97:8
ago 17:3
agree 8:18 94:22,23
    95:23
agreed 30:16 31:6
    71:22
agreement 4:13 7:7
    26:1 31:1,4,17 32:7
    32:13,16,23 33:11
    33:15 34:9,13,17,21
    35:3,22 37:3,5 38:8
    41:1 42:3 43:5
    44:12,14,16 45:5,13
    47:12,15 49:17,21
    50:10,13,18 51:2,9
    51:12,12 52:8,9,12
    57:23 58:3 61:22
    78:7 80:22 83:4
    85:18,22
agreements 25:20
    35:2
agrees 30:23
ahead 8:24 19:14
    38:15,16 42:14
    73:12 77:6
airport 71:14 74:11
    74:14
allow 44:3 78:9,15
    79:10,11 80:1
allowed 35:24 36:9
    37:18,19 38:1 56:6
    56:10 61:8 68:12
    77:17
allows 45:16
along 24:5 77:15
Although 94:21
ambulance 63:11
amongst 30:12
amount 58:16,17
    59:1,14 86:11
and/or 1:8 82:13 97:8
another 15:15 17:20
    61:18
answer 6:4,20,23,24
    19:14 28:19 36:20
    43:9
answered 12:23
    38:15,16
answering 16:24
answers 97:16
anybody 19:17 63:10
anyone 12:8,10 14:24
    16:19,21
anything 11:24 12:6
    21:19 24:5 37:13
    77:13,15 82:2
anyway 95:21
anywhere 8:15 11:21
    21:24 23:3 58:19

77:9,11
appear 58:18
appearance 24:19
    29:18,21 30:10,12
    30:14,18,24 31:6,15
APPEARANCES 2:1
applicable 4:15
applying 74:19
appreciated 100:19
approach 37:12
approached 29:1
    36:15
appropriate 29:6,9
approval 13:8,9,11
    13:21 16:9,16
    36:18,18 37:8,8,15
    37:21,22 38:2,18
approve 15:23 29:4
approximately 7:12
    9:7 10:15 18:7,9
    75:12
area 21:13 23:21 45:1
around 85:3,13,19
    86:12,12 94:19
    95:4
arrange 100:11
arrived 63:2 70:10
art 8:4
arts 8:5
asked 26:19 35:4
    38:14,15 60:1
    63:10 64:4,4 66:18
    71:10 94:17 97:16
asking 6:22 28:19
    29:2 38:21 54:6,7
    66:1
asks 42:7 80:13
assume 6:5 8:6 49:20
assumption 75:9
attached 82:17 97:18
attend 7:19,21,23
attention 35:10
    100:18
attorney 12:7,11
    98:15
August 73:7,15,18
    100:4
authority 14:3,6,19
    16:2,4
authorization 37:4
authorizations 38:11
authorize 26:6,16,24
    27:14 28:16,23
authorized 26:21
    27:11 28:17 52:14
authorizes 27:20,23
auto 11:13 53:2,5,7
    53:11,14,17,19
available 44:5,6
    95:16
aware 17:11 63:4

away 63:11
a.m 95:13

**B**

B 3:12
Bachelor 8:5
Bachelor's 8:3,4
back 9:4,4 21:13 55:7
    55:10 66:19 68:20
    72:14 79:7
background 9:3
bad 46:6 63:9 64:8
bank 90:1,4,8,9,11,14
    91:2,6,13,16 92:11
    92:12
based 43:11 90:15
basic 5:8
basically 82:12
basics 5:7
basis 12:17 90:24
    91:11
became 17:10 68:19
before 1:17 4:19 6:23
    17:10 31:8 62:4
    97:21
began 9:12
begin 8:8
beginning 6:23
behalf 34:14
behoove 81:9
being 5:13 71:1 90:20
    98:4
believe 20:2 22:21
    23:6,9 33:24 34:1
    59:5 64:11,19
    65:20 66:9 67:19
    67:23 69:14 71:14
    93:2
below 52:2
benefit 95:22
Bennett 1:13 3:3,14
    3:15 4:2,10,12,18
    7:4,18 32:22 33:2
    74:2 97:20 100:10
Berwyn 54:24 55:20
    56:17 57:4
besides 8:15 11:11,22
    12:11 14:24 16:20
    60:19 86:14 87:20
    87:24
between 38:12 41:24
beyond 23:18
big 36:8
birth 7:4
bit 5:10 73:6
blacked 64:11
blood 98:14
blue 1:9,9 2:12 5:5
    9:6,9,12,20 10:1
    11:9,19,22 12:13,15
    13:2 14:4,7,10,17

15:1,4,6,12,16,19
    15:20,23 16:5,8,12
    16:15,21,22 18:5,8
    18:11,14,15,18,21
    18:24 19:5,10,11,20
    19:23 20:6,9,12,16
    20:18,21 21:1,24
    22:24 23:3,5,7,8,9
    24:5,14,18,18,22
    25:1,2,2,3,6,11,11
    25:16 26:6,12,13,16
    26:21,23,24 27:11
    27:13,15,16,20,23
    28:3,6,10,14,15,23
    28:23 29:2,12,15,17
    29:19 30:1,7,10,16
    31:14,16 32:8,10,12
    32:13,17,22 33:1,11
    33:16,22 34:3,5,14
    35:1,7,24 36:9,9,18
    37:4,8,15,21 38:12
    39:6,8,19,22 40:1,8
    40:9,13 41:3,6,8,13
    41:16,16,21 42:1,7
    42:8,11,18,21,24
    43:2 44:9,20 45:9
    45:12,21,21,23 46:4
    46:8,10,17,19 47:7
    47:9,21,24 48:11,16
    48:20,23 49:13,24
    50:4,5,6,24 51:13
    51:17 52:5,6,8,14
    52:18,19,22 53:20
    53:23,24 54:2,3,7
    54:21 57:14,19,22
    58:6,9,14,22,23
    59:1,8,9,10,13,19
    59:22 60:4,18 61:2
    61:6,11,15,18,21
    62:3,7,12,12,13
    67:14 70:3,10 71:5
    71:7 72:2,5,9,12,16
    72:20,24 73:4,10
    74:7,8,9,11,23,24
    75:2,11,13,13,16,18
    76:15,17,18,20 77:9
    77:12,23 78:4,10,11
    78:15,16,19 79:10
    79:23,24 80:8 81:1
    81:11,19,22 82:1,4
    82:12,18,22 83:5,9
    83:10,15 85:1,13
    86:14,21,24 87:2,5
    87:23 88:24 89:3
    89:10 90:20 92:14
    92:20 93:23,24
    94:9,14 95:4,14
    97:9,9
body 54:11
both 21:4,4 65:23
    88:5

brand 48:9
break 6:11,18,19
briefly 12:3 33:7
bring 35:6 55:10
brought 69:15
bruises 64:7
bucks 95:3
bumper 21:13
bumpers 25:5
business 19:2,4 39:8
  39:9 40:1,22 42:11
  53:14,19 54:21,22
  55:1,2 57:17 94:13
buy 83:23
B-e-n-n-e-t-t 4:10

———————
C
———————
C 100:15,24
cab 1:9,9 2:12 5:5 9:6
  9:9,13,20 10:1 11:9
  11:19,22 12:13,15
  13:2 14:4,7,10,17
  15:2,4,6,12,16,19
  15:20,23 16:5,8,13
  16:15,21,22 18:5,8
  18:11,14,15,18,21
  18:24 19:5,10,11,20
  19:23 20:6,12,17,18
  20:21 21:24 22:24
  23:3,5,7,9 24:5,14
  24:18,22 25:2,7,11
  25:11,17 26:6,12,14
  26:16,21,23,24
  27:11,13,15,16,20
  27:23 28:3,6,10,14
  28:15,23 29:2,2,12
  29:15,17,19 30:1,7
  30:11,16 31:14,16
  32:8,10,12,13,17,22
  33:1,11,16,22 34:3
  34:5,14 35:1,7,24
  36:9,9 38:12 39:6,8
  39:19,22 40:1,8,9
  40:13 41:3,6,8,13
  41:16,16,21 42:1,7
  42:8,18,22,24 44:9
  44:20 45:9,12,21,21
  45:23 46:4,8,10,13
  46:17,19 47:7,9,21
  47:24 48:11,16,20
  48:23 49:13,24
  50:4,5,6,24 51:13
  51:17 52:5,6,8,14
  52:18,19,22 53:20
  53:23,24 54:2,3,7
  54:21 57:14,19,22
  59:1,8,9,10,13,19
  59:22 60:4,18 61:2
  61:6,11,15,18,21
  62:4,7,13 67:14

70:3,10 71:5,7 72:2
72:5,9,12,16,20,24
73:5,10 74:7,8,9,11
74:24 75:11,13,13
75:16,18 76:15,17
76:20 77:9,12,23
78:4,10,15,19,24
79:8,10,23,24 80:8
81:1,5,6,11,19,22
82:1,4,12,18,22
83:5,10,15 85:1,13
86:14,21,24 87:2,5
87:23 88:24 89:3
89:11 90:20 92:14
92:20 93:24 94:9
94:14 95:4,8,14
97:9,9 100:8
cabdriver 95:12
cabs 76:18 77:20
  93:24
Cab's 23:8 28:23
  36:18 37:4,8,15,21
  42:11 43:2 58:14
  58:23 62:12,12
  74:23 75:2 78:11
  78:16 83:9
call 10:5,22 11:2,3
  23:14 24:5 43:9
  57:13 62:24 63:16
  71:16,16 76:15
  77:14
called 4:3 44:1 60:16
  67:6 71:4,7
calling 57:14
calls 57:24 80:24
came 35:20 66:11
  67:14
capability 60:1
capacity 9:22 92:1
car 17:21 19:17 21:6
  21:8,10,12 22:5,8
  22:11 23:18 28:17
  41:11 42:4 62:8
  79:5 85:3,3 94:5
card 26:20 79:15
  80:2,4,6,8
cards 57:17 79:11
care 81:3
CAROLYN 2:2
carry 59:3,10,13,15
cars 79:16
Carthage 7:22,23 8:8
  8:15
case 12:11 40:4 93:6
  93:10
cause 97:14
cc 100:24
cell 57:13
center 11:13 53:4,5,7
  53:11,14,17,20
CEO 87:5,11,16

certain 16:24 41:2
certificate 100:15
Certified 98:5 99:4
certify 97:12
cetera 83:21
change 38:18,19 49:6
  49:9 76:10
changed 9:21
changes 13:24 14:3
  16:15,16 38:11,21
  97:16
charged 22:15
charges 22:12
chauffeurs 40:16
  62:1 79:9
chauffeur's 62:14
  78:14
check 37:18 91:21,22
  92:5,8
checks 91:19,20,24
  92:2,15,18
Chicago 1:15 2:4,7
  2:11 22:16 55:1,2,5
  55:6,9,16 57:6,8
  100:2,6
choose 14:1
chooses 30:19 76:10
chose 31:14
churches 53:9
CIRCUIT 1:3 97:3
circumstances 47:15
City 22:15 55:1,2,4,6
  55:9,16 57:6,8
Civil 1:17 4:15
clause 52:7
clean 41:11 54:11
  76:21
clear 5:22,24 7:2
  95:11
clerks 10:24
client 57:19
Co 1:9,9 2:12 97:9,9
Code 1:17 4:15
college 7:19,21,22,23
  8:8,15
color 20:24 21:1 25:6
  28:18 29:11,13
  30:9,11 31:5,15
  32:12 38:19
colors 25:8 30:18
  31:20
come 17:14,17 29:3
  36:21 37:17 38:4
  42:5 60:13 61:1,2,5
coming 12:1 94:18
comments 24:5
communicate 44:4
  45:16,23 46:5
companies 57:22 58:1
  58:7 59:23 60:5
  81:6 82:20 90:21

company 9:20 10:1
  11:9,19,22 12:14,15
  13:3,14,15 14:4,7
  14:11 15:2,6,12,15
  15:16,19 16:13,20
  16:22 18:5,8,12,14
  18:16,18,22,24 19:5
  19:10,11,20 20:6
  28:3,6 29:12,15,17
  29:19 30:11,16
  31:14,16 32:9,12,14
  32:17,22 33:1,11,16
  33:22 35:1 39:19
  39:22 40:1,8,9,13
  41:16 42:8,18 44:9
  44:20 45:21,22
  46:4,8,14 47:7,9,21
  47:24 48:16,21,23
  49:24 50:4,5,6,24
  52:18,19,22 53:21
  53:23,24 54:2,3,7
  54:21 58:6,9,22
  60:9,18 61:22 62:4
  70:4,10 72:2,5,9,12
  72:16,20,24 74:24
  75:14,16 76:15
  77:9 78:10 82:18
  86:15,24 87:3,5,24
  89:4 90:18 92:14
  92:21 93:24 94:14
  100:1,22
Company's 14:17
  15:21,24 16:5,9,15
  16:21 20:12,18,21
  28:14 45:24 46:10
  46:17,20 52:6 61:2
  61:6 67:15 73:5,10
  78:4
complaints 77:15
computer 43:10,10
  43:11,14,16,20 44:6
  45:18,19 61:9,13,13
  70:21,23 71:16
  79:4 95:15,18
computers 46:3,9,10
  46:14
concern 55:19
concerned 42:1
concerns 77:15
CONDON 2:6
conducted 54:18
connected 98:13
consider 83:15
considered 79:8
contact 65:22 74:22
contained 75:20
contains 98:10
content 14:7 15:18,20
  15:23
context 5:1
continual 91:11

continue 28:22
continued 31:21
contract 30:22 31:23
  31:24 32:2 35:13
  50:19,21
contractor 83:6
contributed 90:24
  91:2
control 14:6 83:19,23
controversy 98:18
conversation 66:5
Cook 1:2,3,19 2:6
  97:2,3 98:2
copies 27:4 49:13
copy 100:10,15,15
corporate 11:18
  82:17
corporation 1:10
  90:10,12,16 92:11
  93:13 97:10
corporations 86:12
  86:15 87:20 89:7
  89:14,20,23 90:2,5
  91:6,14 92:3,4 93:3
corporation's 92:7
correct 9:22 10:13
  11:6 13:22 15:7,8
  16:10,11,12,14,17
  16:18 18:10 19:12
  19:21 21:16,17,23
  22:9 24:10,11
  25:19,23 26:8,10,18
  27:9,10,18,19 29:7
  30:13 31:1,2 32:16
  32:18,19 33:19,20
  35:8 37:11,20,21
  38:13 39:4,5,20
  40:2,5,9,10,15,22
  40:24 41:4,5 42:19
  42:20 45:6,7,14,17
  45:18 46:11,23
  47:1,6,18,19,21,22
  48:2,12,13,16,17
  49:7,15,19 50:1,2,8
  50:10,11 51:10,19
  52:2,3,4,9,10,15,16
  53:3 54:1 55:10,11
  55:21 57:7,9,10,20
  58:12,23,24 59:3
  60:7 61:16 62:14
  62:15,19 63:5,6
  67:18,19 69:22
  71:6,8,9,11,12,17
  71:18,20,21,23,24
  72:3,4,15,18,19,21
  73:2,3,11 74:9,10
  74:12,13,15,16,20
  74:21,24 75:1,4,5
  75:19 76:3,5,8,9,21
  76:22 77:20,22
  78:12,17,18 80:8,10

81:2,8 82:7,11,15
82:19 83:1,8,11,13
83:22 85:19,23
86:23 87:3,4,6,17
87:18 88:18 89:5,7
89:8 90:2,3,11 91:8
92:15,16,18,19 93:4
93:7,11 94:1,4,8,11
94:16 95:6,10,20,24
96:4 98:8
corrected 98:24
corrections 97:17
98:21 99:2 100:12
counsel 5:6 7:7 69:15
80:13 93:6 98:16
County 1:2,3,3,18
97:2,3,3 98:2
couple 80:17 93:19
court 1:3,16 4:14
5:12 7:1 97:3
100:17
covers 93:3
create 29:17 83:5
creates 16:20
credit 79:11,15 80:2
80:4,5,8
Crown 20:3,8
CSR 100:22
curb 22:20
currently 7:8
custom 34:24
customer 25:16 27:7
41:21 77:14 80:1,8
customers 25:23 26:7
26:14,17 27:5,17,24
28:1,14,23 46:20
50:5 52:6 53:24
57:13 58:10 59:9
61:18 62:13 75:11
77:12 79:11,24
cut 73:6

**D**
d 3:1 52:1
daily 12:16
Daley 2:2 3:5,9 4:7
4:11,17 6:12,15,16
8:20 9:1 19:18
32:20 33:5,9 37:1
38:20 42:17 48:8
59:7 70:14,15
73:16,19,23 74:6
76:23 77:1,8 80:11
85:7,10 93:17
94:24 100:15,24
damage 54:11
data 44:1,2,8,16 45:5
45:8,15,20 46:4,7
46:14,16,22,24
47:23 48:1,14
61:14

database 43:17
date 7:4 9:3 66:4 70:1
70:4,6 73:6
daughter 7:17
day 1:14 24:9 63:5
64:18,24 66:11
69:3,4 70:10,18
71:8 75:6 84:4
95:13 97:13,21
days 51:7 66:10
67:23 100:17
deal 31:10 55:19
93:24
dealing 55:18
deals 12:14 52:3
Dear 100:9
Dearborn 2:7
decal 20:14,15,16,24
21:1,3,6,8 23:2,2,5
23:6,11,14,17 25:12
26:11 27:13 28:7
28:10 45:22
decals 22:7,9,10,11
22:19,23 23:18,24
25:17,21 26:8,9
28:3 29:19 32:12
42:24 58:6 59:10
62:12 69:10,12,13
78:12,16,19,21
84:23,24 85:11,12
94:18 95:8
decide 48:11
decided 48:15 84:8
decides 31:4 48:11
84:20
decision 19:2 47:24
defendant 2:8,12
Defendants 1:11
97:11
degree 8:2,3
degrees 8:11,14
delivered 94:13
delivery 11:15 86:17
86:18,19 87:14
88:15,20 89:3,10
92:17,21 93:8,15
94:3
department 1:3 10:3
10:6,19 34:6 97:3
dependent 42:15
depending 30:8 49:5
depends 56:3,4
deponent 96:8 98:10
98:21,22,23 99:1
100:12
deponent's 100:13,15
deposited 90:17
deposition 1:13 4:12
4:19,21,23 5:2,7
12:1,2,8 33:2 65:8
65:12 74:2 97:13

98:7,11,20 100:10
100:18
describe 20:15 24:22
43:24
described 25:12
describing 21:15
24:16
design 15:14,16
52:13
desires 98:22
desk 29:3
details 34:21
determine 16:4
determined 49:24
determines 25:6,8
determining 15:20
49:23
device 44:3
dictates 82:14
differ 10:16
difference 84:9
different 28:18 29:24
30:9 39:15,16 49:7
53:10 55:22,22
directed 35:10
directly 12:14 94:7
98:17
discontinue 32:4
discovery 1:13 4:12
17:1
discuss 64:3,16,18
66:13
discussed 30:15
47:17 67:17 69:22
discussing 24:8
discussion 6:13
dispatch 10:19,20
11:5,7,11 20:16
32:4,8 42:12,18
43:2,8 44:4 45:13
45:16,18,19,22,24
46:3,8,10,14 55:8
56:19,22 57:15
62:18,20,24 71:15
71:20 75:18,20
76:6,11 79:1 95:3,5
95:22
dispatched 42:9 57:8
dispatcher 17:20
18:2
dispatchers 10:3 11:2
18:5,9 63:13
dispatching 76:7
display 23:22 24:12
26:13,19 29:19
displayed 27:2 73:10
78:5
displaying 26:17
45:22
dispute 73:19
DIVISION 1:3 97:3

document 33:6 69:16
69:18
documents 12:4
doing 9:22,23 10:17
10:23,24 26:5 64:6
66:2 79:6
done 38:5 50:20
54:14 67:11 76:24
82:23
doors 21:4,5 25:13
down 5:12,16 8:19
45:3
drive 26:7,17 27:24
28:23 30:2,7 33:16
42:7,21,23 46:19
53:24 59:9,9 61:18
70:3 78:11,15
79:24 81:6,7,14
84:8 85:2 95:4,23
96:1
driver 17:8,20,24
23:22 25:15,16
26:6 27:1,3 28:13
28:13,21 29:1
30:19,23 31:3,4,14
31:21 32:5 37:7,12
38:12 41:22,24
42:16 43:11,12,15
43:17,18,19,20 44:3
44:4,24 45:4,16
47:16 48:11 49:5
50:3,7,17 51:1 52:5
52:5 56:2,8 57:11
57:18 58:16 59:19
61:12,18 62:8
74:19 75:3,8 76:10
77:17 78:11,14
79:2 80:5,7 81:4
drivers 12:15 19:7,8
19:11,15 25:21
26:3,13,16,19 27:4
27:16,23 28:4,8,11
30:2,7,16 32:9
33:16 36:2,21 38:3
38:8 39:2 40:13
41:2,7,16 42:7,16
42:21,23 43:1
45:11 46:12 47:20
48:16 49:11,12,13
50:1 55:12 56:1,6
56:10,19,22 57:12
57:16,21 58:5,10,11
58:20 59:2,8,22
60:6,10,11 61:7,17
75:14,16,23 76:7,15
77:2,19 79:10,15
driver's 27:7 40:11
58:15,18
drives 52:6 62:11,12
driving 17:8 21:16
25:16,22 26:13

27:16 50:5 51:21
58:6 62:9 75:11
94:19 95:13
dropped 67:24
drove 19:20,22 20:1
28:14 85:19
duly 4:3 98:4,22
duties 9:24 10:11,14

**E**
E 3:1,12
each 39:16 90:10,11
90:15,18,21,24
92:24
earlier 47:17
earn 83:21 95:19
earns 84:16,17
easier 7:1
either 25:2 43:12
61:6 63:23 69:11
82:5
employed 9:13
employee 1:8 97:8
98:15
employees 18:11
83:16 87:19,23
89:14 90:2,9,14
91:20
employment 9:2
Enc 100:23
enclosed 98:23
100:10
entering 27:7
entire 10:2,4 28:22
entitled 96:1
equipment 48:3,15
66:14,19,21,22
67:12,18,20 68:13
69:1,5,20,21 70:12
75:22 76:4 78:22
79:7
errata 97:17 98:23
100:12,14
essence 80:22
et 83:21
ever 4:18 18:18 36:15
66:5 69:24 70:3,9
every 32:11,15 91:3,6
everyone 5:23
everything 5:13 16:8
exactly 10:17,21 69:2
Examination 3:4,8
4:5 80:19 85:8
93:20
examined 4:4
example 46:13 82:6
Excuse 27:5 56:21
70:6
execute 34:11
executed 33:18 47:12
49:18

**E**

executing 34:8
execution 34:12 35:3
  44:12
Exhibit 32:21,22 33:3
  73:22,24,24 74:1,3
  83:3
exit 22:20
expect 27:15
explain 90:7
explanation 99:1
express 14:11
extenuating 47:15
exterior 28:4 36:17
  77:13,21
E-mail 74:23

**F**

facilities 61:3,6
facility 68:1
fact 63:24 68:5 72:20
  72:24 73:9
fail 51:18
fair 82:14
familiar 33:6
fare 42:12 55:9 56:7
  56:10 58:16,17
  70:18,20,24 71:3,4
  71:20,23 72:2,10,14
  72:18
fares 55:4,6,12,13
  56:2 57:6,7 58:7
  75:22 76:8,12
  79:12 84:17 85:13
  85:16 94:19
fashion 5:17
fax 74:23
fee 45:11 76:10 80:23
  80:24 84:8
feeds 83:18
feel 14:9,16
few 4:20 66:10 67:23
  80:13 85:7
filed 93:13
fill 58:16 74:18
filling 17:2
financially 98:16
find 45:1 47:16 63:16
  67:7
fine 8:20 67:23
finish 6:22 81:17
first 4:3 13:19 98:4
five 19:3
fix 61:15
flag 55:13
flagging 42:12 56:2,8
fleet 29:2 78:2 79:20
follow 14:13,21
follows 4:4
Ford 20:3,8
foregoing 97:14,15
  98:8

Forest 7:9 25:10
  39:24 54:17,24
  56:13,24 67:17
form 13:7 19:13
  36:19 38:14 42:13
  58:19,22 59:4
  74:18 77:5
forth 31:16 41:1 59:1
Found 63:19
foundation 42:13
four 19:3 78:3
four-year 8:6
free 41:14 54:11
frequency 91:1
from 6:1 8:14,19 9:3
  10:2 12:19 13:13
  13:21 16:22 20:5,6
  33:1 38:2 39:13,14
  39:15,15 41:11
  43:17,17,18 44:17
  44:18 47:21 53:14
  53:17,19,20 54:11
  55:4,6,20 57:6,24
  58:7 62:18,24
  68:21 69:2,3,16,16
  70:12 71:23 72:2
  73:4,7,14 78:22
  81:4 82:1 84:17
fully 100:18
full-time 18:11
further 3:8 85:8
  93:20 96:8 98:13

**G**

garage 82:17
gas 83:23 84:2
general 30:12 31:5,6
  31:15 42:24
generally 14:13,21
  82:5
give 5:1 50:16,24
  51:6 57:12 58:10
  68:14 70:14 84:19
given 4:18,21,23 35:4
  60:7,21 82:2 97:16
  98:7,10 99:1
gives 10:7 49:12
giving 41:11
go 5:9 8:11,24 9:2,4
  19:14 35:1 37:10
  37:23 38:3,5,15,16
  42:10,14 52:11
  60:22 62:21 63:21
  65:15 68:5,12
  69:19 71:22 73:12
  77:6
goes 28:7,11 49:6
going 6:4 9:4 13:7
  32:20 33:23 55:7
  73:21 79:1,14
gone 5:6 34:16

good 41:8
graduated 7:24
great 84:20
greatly 100:19
green 25:5
ground 5:8
guess 53:22
guilty 51:21

**H**

H 3:12
half 7:14
handed 68:15,16
handle 89:6
happen 31:8 37:14
  94:21
happened 62:23 64:5
  64:12,22 68:23
happy 6:18
hard 65:20
having 4:3 41:11
  61:12
head 5:15
heard 62:18 63:8,9
held 40:8 91:10
helps 88:21
her 33:23 34:1,5 75:8
  98:9
hereto 97:18
Hillside 54:24 55:20
  56:15 57:2
him 17:10,13 34:18
  34:19 43:18,21
  63:20,21 64:4,4,16
  65:23 66:13,16,18
  72:5,9 84:19
  100:13
hm-hmm 5:21
hold 91:13 92:24
holder 92:12
hood 21:6,10
hospital 63:10,14,17
  63:19 64:1,24
  66:10,12
hospitals 63:16
hosting 15:16
hours 84:4,12
hypothetical 94:17
hypothetically 81:4

**I**

idea 27:8 83:18
identification 24:15
  33:4 74:4
IL 2:4,7,11 100:6
illegal 79:6,8
Illinois 1:1,3,9,16,17
  1:19 4:14 40:18
  59:6 97:1,3,9 98:1
  100:2,17

image 41:8
imagine 85:15
immediately 51:9,13
  52:9
Inc 1:9,9 2:12 82:16
  85:24 86:4,14 87:7
  87:9,11 88:23 97:9
  97:9
included 10:4 14:17
  14:18 54:23
including 53:9
income 84:16
Incorporated 88:3
  93:12
independent 83:5
indicate 74:18
indicates 77:14
indicating 21:20
  98:24
indirectly 98:17
individual 42:16 75:3
  82:13 83:6 85:2
  93:23
Individually 1:8 97:8
individuals 19:16
  53:9
influence 51:21
information 27:24
  58:23 60:7 71:1,19
  72:1 74:22 75:3
informed 30:17 62:20
informs 22:14
initial 65:14
inside 27:19,20 78:23
inspect 53:23
inspection 54:9
inspections 54:18
  55:18 82:10
inspects 54:2
installed 44:9,11
  45:20 46:8,20 47:7
  47:11 48:20 49:17
  61:10
installs 46:4
insurance 59:2,11,14
  59:20,24 60:2,5,6
  60:16,19,20,24 61:1
  61:7 82:6 92:20,22
  93:1
intent 83:5
interested 98:17
interface 12:16,18,19
  46:9
interior 22:3,3 28:7
  28:11 77:13
interrupted 8:23
intoxication 51:22
invoice 69:19
involve 10:21 39:9
  41:10
involved 10:10 13:2,4

14:24 15:11,19
  16:19,21 17:9 18:2
  32:1 34:8,12 43:7
  52:19 53:13 66:6
  71:3 76:17
involvement 13:5
involves 76:4,6
issue 40:4 92:14,17

**J**

James 1:13 3:3 4:2,10
  4:12 97:20 100:10
Jean 1:18 98:4
Jeanie 100:22
Jerilyn 13:16,20,21
  14:11,13,21 15:1
  87:1,8,10,12,15,21
  88:1 91:21
Jim 80:17
job 7:1
jobs 86:16
Joyce 88:22,23 89:2
July 1:14 97:14
  100:10
just 5:18,18 6:20 12:2
  19:16 21:15 24:8
  24:24 29:10 38:22
  46:6 48:5,6 55:13
  56:2 57:7 58:23
  62:1 67:10 69:21
  70:21 71:1 76:11
  76:23 83:18 84:19
  85:2,7 90:23
J-e-r-i-l-y-n 13:20

**K**

keep 29:12 79:3
  100:15
kind 5:7 47:1
knew 17:12
know 6:7,11,18 8:1
  12:6 13:17 15:13
  15:13 17:4,10,12,24
  18:2 20:2,7 23:13
  23:20 25:24 34:1
  34:20 35:12 36:7
  36:10 37:5 45:1
  55:13 64:12 67:12
  68:23 69:12 70:16
  73:8 75:6 76:7 89:9
  90:4 93:5 95:16
knowledge 58:1
  70:19 73:11
knows 43:16,18
Kropp 60:24

**L**

L 1:7 97:7 100:7,15
  100:24
Lake 7:9
LaSalle 100:1

last 18:21 34:1 35:18
later 66:10 67:23
**LAUREN** 2:6
**LAW** 1:3 97:3
lawsuit 5:4,5 17:15
  17:19
learn 17:14,17 66:24
  67:4
left 44:24 91:9
let 4:11 6:7,11,18
  38:14 73:8 78:11
  80:17
lets 95:15
lettering 21:2
let's 28:22 73:24
  95:12
level 87:19
liability 59:2,11,14
  59:20,24 60:5
  92:22
license 23:22 39:1,6,8
  39:9,10 40:8,22
  55:3 62:14 78:15
  99:5
licenses 38:23 39:4,13
  39:14 40:14,17
  60:14 62:2 79:9
licensing 51:15 62:6
light 21:1,22 69:7
like 6:10,17 20:7,11
  22:4,5 24:9 37:13
  51:14 58:13 64:8
  95:4
likely 67:6
line 98:24
lines 24:6 77:15
linked 47:3
Lisa 33:23 35:19
  88:11,12,14 89:2
list 58:15,15
listed 74:14 92:4,7,11
lists 74:11,22
litigation 62:18
little 5:9 39:16 73:6
  96:2
live 7:8
lived 7:10
**LLC** 2:6
local 4:16
located 11:5,11,19
  21:3,4 39:19,22
location 11:7 20:21
  66:11 72:18 73:1
log 95:18
logo 52:13
logs 95:15
long 7:10 9:17 64:24
  65:2 81:5 86:10,13
  95:23
longer 18:24 31:5
look 12:4 13:6 30:9

34:19 50:19,21
  58:13 73:12
looked 20:7,11 24:9
  64:8 73:18
looking 54:3,4,7,8
  83:3 94:19
looks 22:5 51:14
Loquercio 60:16,17
  60:19,20,22 61:5
losses 81:19 84:16
lot 7:1 17:12 57:16

_____ M _____

M 1:5,18 97:5 98:4
machine 95:4
made 19:2 63:4 97:17
  98:22
Madison 1:15 2:3
maintained 76:21
maintains 61:9
maintenance 52:17
  52:20,23
major 38:19
make 5:9,22 6:24 7:1
  11:2 13:24 14:3
  30:8 36:16 46:1
  51:17,18 54:9 84:9
  90:17 94:9 95:7,17
  98:22
makes 30:6 47:24
  49:9
making 10:22 100:12
manager 9:14,15,17
  9:24 12:13 13:1
  29:4 31:10,13
  50:23 83:12,14
  86:5,22
managers 12:24
manner 77:3
many 18:5 75:10 78:1
  79:20 84:4 88:7
March 33:18
Maritato 33:24 34:2
  35:19,20 88:13
  89:2
mark 52:13 73:23,24
marked 32:21 33:3
  73:21 74:3
marriage 98:14
master 89:12,13,16
  89:22 90:8 91:2,7
  91:10,16 93:2
matter 17:1,15,18
  32:24 62:17 65:4
  84:12 85:4,12 96:2
  98:17 100:18
may 13:7 57:24 60:11
  63:17 65:22 67:19
  80:12 100:18
maybe 65:2 66:1
ma'am 15:17 49:22

56:9,12,14,16,18
  57:1,3,16 69:23
  74:5 77:7,16 79:13
  86:9 91:12
McFADDEN 1:8 2:8
  17:4,7 19:19,22
  20:1,4 21:16 32:24
  34:9,13,17,22 35:12
  35:17,20 63:17
  64:1,3,21 65:1,15
  65:16,18 66:5
  67:14 68:15 70:3,9
  70:16,19 71:19,22
  72:17 73:2 75:8
  97:8
McFadden's 12:2
  24:9 65:11
McFadden/Blue
  100:8
mean 5:24 15:14
  29:20 36:3,6 38:19
  48:7 55:3,8,13 65:9
  91:4
meaning 25:9
mechanic 69:3
mechanics 65:8
mechanism 43:21
met 16:16
meter 48:18 49:3,10
  49:23 61:9,14 69:6
  79:4 82:9
meters 49:1,8,16
Meyer 2:9 100:5
Midway 71:14,23
  74:14
might 5:23 78:3 84:5
  84:5 95:22
mind 61:1
minimum 59:1,14
minute 6:12 33:12
  70:14
minutes 65:2
mirrors 82:12
missed 72:23
mobile 44:1,2,8,16
  45:5,8,15,20 46:4,7
  46:22,24 47:23
  48:1,14 61:14
model 30:8
models 30:6
modifications 36:16
Monday 63:2,7,21,23
money 90:16,23 91:1
  91:5,9 95:19
month 81:5
more 85:7 88:21
most 10:18 36:21
  67:6
Motors 68:6 69:16
  74:1 82:16,16,24
  85:24 86:3,14 87:7

87:9,11 88:1,23
  89:3,10 92:9,10,13
  92:21 93:12 94:3,6
  94:14
motto 19:4
move 38:22
moving 7:13
much 10:9 75:23
  83:20 84:2 95:7,17
  96:1
must 22:20 37:3 59:3
  100:17
M&C 68:6 69:16
  74:1 82:16,16,24
  85:24 86:3,14 87:7
  87:9,11 88:1,23
  89:3,10 92:9,10,13
  92:21 93:12 94:3,6
  94:7,14

_____ N _____

N 3:1
name 4:8 13:17,19
  17:12 20:13 33:23
  34:1 35:18 52:14
  58:14,18 60:12,19
  72:6,17 73:1 78:4
  82:16 92:7
names 58:20 59:23
  60:4,9,21,23 62:3
  92:4
NAUGHT 96:8
necessary 32:8
  100:12
necessitate 37:15,21
need 33:12 37:7
  62:13
needed 70:11 72:13
needs 76:14
negatively 50:4
never 29:1,3 31:8
  65:6,12 84:8
next 7:13
night 85:2
nod 5:15
noncompetition 52:3
  52:7
None 70:21
nonsensical 94:22
normal 85:3
North 2:7 100:1
Northwest 86:17,18
  87:13 88:15,20
  89:3,10 92:17,21
  93:8,15 94:3,10,13
Nos 74:3
notarized 100:13
notary 1:18 97:23
noted 99:2
notes 98:9
Nothing 66:2 96:6

notice 1:19 4:13
  50:16 51:1,5,7
notify 95:13
Nowhere 75:2
number 3:13 7:6 8:18
  20:19 23:8,10 36:5
  57:13 58:15 60:12
  72:10 74:23 77:18
  78:4
numbers 77:20

_____ O _____

Oak 25:10 39:3,14,16
  39:17,20 40:1,5,7
  40:11,15,19,20,23
  54:16,24 56:11,20
  56:22 67:6
oath 1:14 98:5
object 19:13 36:19
  38:14 42:13 59:4
  77:5
Objection 94:24
objections 37:24
obtain 39:13 40:14
  40:16
obtained 100:17
obtaining 67:18
obtains 38:23
obviously 12:10
  16:19 30:8
occurred 40:5 62:17
off 6:12,14 19:9,17
  67:24 73:6 76:12
  85:2,12 95:8
offer 43:10,14
offered 43:21
offers 74:8,9
offhand 34:1
office 11:4,12 12:23
  60:14 63:1,3,7
  67:15 74:19 82:18
officer 92:3
offices 11:18
often 54:18
okay 5:6,13,19 6:2,8
  6:20 7:2 8:21 12:6
  16:8,12 17:4,10
  21:24 24:18,21
  28:6 30:5,23 32:7
  33:21 39:6 40:7
  42:18,21 43:24
  44:8,15 45:11,19
  46:12,17 48:20,23
  49:12 51:5,20,23
  54:2 58:18 60:8
  62:21 63:15,18,24
  65:3,14 66:13 67:9
  67:14,22 68:2
  71:15 72:9,20
  75:23 84:21 88:14
  90:13 92:1

once 42:9 57:11
one 12:23 25:22 34:7
 34:10,11 36:15
 37:16 47:1 48:6,6
 60:13,24 63:13
 68:6 78:16 83:16
 85:4 88:9,21 90:4,8
 90:14 91:13 93:2,2
 93:2,9 96:3
ones 19:9 93:19
only 19:15 22:20
 44:11 45:19,22
 46:3,8 47:11 49:17
 57:7 88:19 93:24
 94:13
onto 95:15
open 53:7
operate 77:2 79:8
operates 32:11
operating 25:22
 51:14
operation 9:16 10:2,4
operations 9:17 10:1
 12:13 13:1 29:4
 31:10,14 50:24
 83:12,14 86:6,22
operator 81:9 94:5
 95:18
order 5:9 44:5,6,7,7
 62:5 67:20
orders 95:16
ordinance 54:10 80:3
 80:10 85:14,20
ordinances 31:19
 37:19 54:12,13,14
 55:20,24
original 68:17 100:14
Orpett 2:9 100:5
other 8:14 11:7 12:4
 19:9 21:18 22:23
 23:24 24:12,14
 52:14 57:21,24
 58:7 60:11,18,21,23
 85:4 86:15,16
 87:19 90:21 96:3
out 17:2 57:17 58:16
 58:21 60:7,21 61:2
 61:5 63:16,19
 64:11 66:9,10,11,14
 66:19,21 67:7
 74:18 78:1 88:21
 89:22 90:14 91:5
outside 36:22 77:18
over 5:7 9:2 34:16,19
 34:20 35:1 68:2,15
 91:9
overall 29:21 30:10
 30:11
oversee 10:2 11:1
overseeing 10:18,20
owes 90:16

own 18:16,24 19:7,8
 19:22 32:17,18
 36:2,5 39:13 40:14
 40:16,21 41:19
 47:9 57:17 77:19
 79:15,16,18 85:16
owned 18:18,22 45:8
 48:23
owner 62:8 78:24
 84:24 85:12
owners 39:12
owner-operator
 25:20 26:1 30:21
 31:1,4,16 32:7,13
 32:15,23 33:10
 34:9,12,16,21 35:2
 35:2,22 37:3 38:8
 41:1 43:4 44:12,16
 47:12,14 49:17,21
 50:10,13,18 51:2,12
 52:7,9,12 57:23
 58:2 61:22 78:7
 80:23 82:22 83:4
 84:7 85:18,22
owner-operators
 32:10 53:9,20
 81:12,20,23 82:2,5
 82:14 83:7,16
 93:23
owner/driver 52:13
owns 86:24 87:7,14
O'Hare 66:22,23
 67:2,5,20 68:5,21

P
package 11:15 86:17
 86:18 87:13 88:15
 88:20 89:3,10
 92:17,21 93:8,15
 94:3,10,12,14
page 3:2,13 52:11
 98:24 100:13
paid 84:7,11 89:9,22
 90:14
paint 25:6 28:15,21
 77:17
painted 20:9,13
paintings 78:12
paper 34:18
papers 93:13
paperwork 68:20
Paragraph 52:2,3,12
 83:4
Park 25:10,10 39:3
 39:14,16,17,20,24
 40:1,5,7,11,15,19
 40:20,23 54:16,17
 54:24,24 56:11,13
 56:20,22,24 67:6,17
part 10:18 25:24 37:2
 42:3 43:4 45:13

particular 34:10 66:3
 84:4
parties 4:14 98:14,16
party 5:4,5 38:7
pass 57:17 58:21
passenger 22:15
 41:24
passengers 22:20
passenger's 23:15
pay 45:11 47:20
 75:14,16,18,23
 79:12 80:1,23 81:5
 81:22 84:2 91:19
 94:6
paying 95:3,21
payment 94:9
payments 51:17,18
payroll 89:12,13,17
 89:22 90:16,17,19
 90:24 91:3,7,10,17
 91:23 92:14,18
pays 90:1,8
PC 2:9 100:5
pending 6:19
people 53:10 60:22
 63:11,14 81:1 88:7
 95:5
per 25:20 40:18,19,20
 51:11 58:2 78:7
percent 53:11,22
 79:22 90:20,22
percentage 42:11
 53:19 90:15,18
period 50:17
permissible 61:21
permit 51:15 52:8
 61:17 79:1
permitted 36:14
 41:17,22 55:12
 56:1 57:12,18,21
 58:2 61:5 77:23
 78:8 79:3
person 12:14 32:11
 33:21 34:15 62:11
 72:6,17 88:19,21
phone 20:18 23:8,10
 36:5 43:9 57:13
 58:14 60:12 65:19
 72:10 74:23 77:1
 77:20
physical 49:9
physically 45:2
pick 48:3,6 55:4,6,9
 55:12 56:2,6,7,10
 71:22 76:12 81:4
 85:16
picked 70:19 71:2,10
 71:13 81:1
picking 58:7 72:6
 85:13
pickup 57:8,14

placed 14:10
plaintiff 1:6 2:5 97:6
Plaintiff's 32:21
plans 7:13
plates 39:1
please 4:8 6:6,11,18
 6:22 20:15 33:13
 73:5,8 100:11,14,15
Pled 51:21
Plomin 1:18 98:4
 100:22
point 65:15,18 66:24
police 65:3,7,8,12
 67:7
policies 92:24
policy 93:5,9
portion 28:17 74:17
position 9:18,20 34:5
 74:19,19 86:3
possible 13:6 37:24
possibly 12:23 65:23
 94:21
POWER 2:2
practice 35:1
preceding 98:20
president 13:13,15
 87:2,9,16
pretty 10:9
Princeton 60:24
printed 58:19
printing 24:1
printout 73:14
printouts 73:4,8,9
prior 11:24 19:3 35:3
 51:1 65:11
private 53:8
probably 37:17 69:9
 90:20
problem 58:4,5 85:15
problems 61:12
Procedure 1:17 4:15
proceeded 63:16
processing 79:16
produced 32:23 93:6
 93:9
profits 81:19 84:16
 90:5
program 8:6
prompt 41:11 42:16
 100:18
proper 51:15 62:1,6
 62:14
properly 10:23,24
provide 27:3 28:3,6
 28:10 32:8 49:13
 58:9,11 59:19,22,23
 60:1,4,5,8,9,12,18
 62:3 68:8 72:9,16
 72:24 75:3 79:18
 79:19,21 94:2
provided 72:1,5

provides 42:18 58:22
 74:7 79:17
providing 27:24 43:7
public 1:18 41:9 53:8
 97:23
purchase 19:7,17
 20:4 30:4
purchased 19:8 20:6
 39:1
purposes 12:21 61:7
 61:8
pursuant 1:16,19
 4:13,14
put 19:16 25:15
 37:16 43:9 48:3,6
 71:16 91:7
P.C 2:2

Q
question 6:6,7,19,20
 6:23 28:19 38:16
 46:1 73:17
questions 6:4 12:22
 24:5 35:6,9,13,21
 38:15 80:13,14,16
 80:18 87:13 97:15
quick 93:19

R
radio 46:20,23,24
 47:4,5 48:1,6,9,10
 61:13,14 69:6
 70:11 79:4
radios 47:17,20,24
 61:10
ramifications 30:20
 31:7,9
rate 23:2 26:11,20
 27:1,4 28:7
rates 22:11 23:18
 26:17 27:8 49:1,3,6
 49:7,13 74:12 82:9
rather 57:14
Re 100:7
read 33:12 97:12
 98:21
reading 65:11
reads 54:10
really 34:1 83:19
rear 21:4 22:6 25:12
 27:19
reason 81:3 95:2
recall 16:24 19:24
 20:2 24:2,9 35:15
 35:17 68:22
receipts 58:9,11,13
receive 57:24 68:20
 80:24
received 71:15
recommendations
 14:14

record 4:9,11 5:22,24
  6:12,14,15 8:19
records 10:7
red 28:15,22 29:2
refer 54:13
referrals 13:13
referring 37:9 54:15
reflect 4:11
refrain 6:1
refuse 78:10,15 80:7
refused 80:5
regard 14:14,22
regarding 65:24
  70:24 72:2
regards 6:24 15:18
  22:23 26:11 27:13
  30:9 35:21 38:10
  42:6 47:4,23 48:9
  48:14 49:16 52:17
  62:16 85:11,24
  92:20
regulations 38:10
  55:23 56:4
related 5:3
relationship 83:6
relative 65:22 67:24
  98:15
remember 4:24 10:17
  17:2 22:18 65:20
  66:1,3 67:9
remind 5:18
removable 25:14
  69:13 84:23 85:11
remove 8:18 68:13
  69:2,3 78:19,21,22
removed 7:7 44:17,18
  44:20,23,23,24 45:6
  47:17 49:20 69:1
removing 94:18
renew 60:14 61:6
Renewal 61:8
repair 11:13 53:2,5,7
  53:11,14,17,20
repaired 53:8
rephrase 6:6 46:2
  78:13
report 65:3,7,8,12
reported 98:6
reporter 5:12 98:6
  99:4
reporter's 7:1
Reporting 100:1,22
reports 10:5 53:17
represent 73:7
reputation 41:3 42:2
  50:4
requested 75:7
require 26:2 31:20
  41:13 59:8,13,15
required 27:3 41:6
  55:23 72:7 77:2

79:24 82:23 94:6
requirements 52:23
  59:16 82:13
requires 26:12 30:13
  39:3 76:20
reserved 96:7 100:11
residence 7:11
resides 7:16
respond 5:16
response 5:17
responses 5:11,19,22
  6:2
restrictions 61:24
  82:4,10
retain 72:13
retrieve 69:11,19
  70:11
retrieving 66:14
revenue 84:17
review 11:24 35:4
  53:16 73:5 100:12
reviewed 12:2
reviewing 10:5,5,6
riding 41:9
right 9:18 51:8,9
  73:19 76:23 80:12
  81:17 82:6 85:18
  85:22 94:20 95:5,9
  95:19
rights 23:15
Road 7:9,10 11:4,12
ROGERS 2:2
role 86:20
roof 21:20
room 5:13,23
Roosevelt 11:4,12
ROSE 1:5 97:5
Rough 53:22
roughly 9:8
Rozich 2:6 33:7
  73:21 96:6 100:16
  100:24
RPR 100:22
Rule 100:17
rules 1:16 4:15,16 5:8
running 95:14
Ryan 88:22 89:2

S
S 2:10 3:12 100:5
safe 77:3
SAITH 96:8
sale 19:18
same 6:24 9:18,22
  10:14,15 47:1 86:5
  86:11,13,21 87:13
  87:15 89:23 90:1
  91:16
save 47:15
saw 17:22 65:8,12
saying 73:14

says 20:16 51:3,7,8
  52:1,12 98:5
scene 62:21
schedules 10:6
scheme 29:11,13 30:9
  30:11 31:6,15
  32:12 42:24
Science 8:4
Scott 2:2 3:5,9 4:7,11
  4:17 6:12,15,16
  8:20 9:1 19:18
  32:20 33:5,9 37:1
  38:20 42:17 48:8
  59:7 70:14,15
  73:16,19,23 74:6
  76:23 77:1,8 80:11
  85:7,10 93:17
  94:24 100:15,24
seat 22:6
seats 22:6
secretary 83:9,15
  86:8,22
secure 67:12
security 7:6 8:18
see 12:3 17:21 26:4
  33:7 36:8 37:18,19
  37:23 51:24 53:16
  58:4 63:20,21,24
  65:3,15 69:24
  89:16,19
seek 36:18 37:3,7
seen 17:21 65:6,9
send 100:14,15
senior 87:19
sense 36:7 46:1 95:7
  95:17
sent 71:19
separate 47:2 82:20
  90:9,11 91:6 92:24
  93:9,13
separately 89:9
September 17:18
  18:8,15 19:19 36:1
  36:10 73:2 75:10
service 11:15 20:16
  22:12 32:4,8 41:12
  42:6,19 43:2,8
  60:13,15,16 71:15
  74:9 75:21,24 76:7
  76:11 86:19
serviced 94:6
services 60:17,19,20
  60:20 61:5 74:7
  75:19 94:2 95:22
set 31:16 82:5
sets 41:1 49:3 59:1,6
setting 82:13
shape 64:8
share 81:19 84:15
sheet 27:2,4 34:18
sheets 100:12,14

sheet(s) 97:17 98:23
shelf 48:5
shorthand 98:5,6,9
  99:4
shoulders 5:15
show 10:22 11:2,3
  32:20 62:5,7,9,13
showed 64:7
shown 34:18
shrug 5:15
side 22:20
sign 37:9 44:13 61:7
  91:21,21,24 92:1
  100:13
signage 23:14,17,24
  24:4
signature 96:7
  100:11,13,13,17
signed 31:3 32:24
  33:21 34:14 68:2
  100:14,18
significant 38:17
signing 30:24
signs 91:20
similar 24:15,17
  29:10,12,18 30:12
  30:14,17,24 31:20
Similarly 84:11,23
  94:12
simply 45:11 84:19
since 8:19 9:8,21
  11:21 16:12 31:19
  70:9
Sincerely 100:20
sir 5:6 9:3 10:12
  11:24 13:1 16:24
  17:4 20:4 23:11
  28:20 33:6 35:10
  39:7 43:5 62:16
  73:4 80:12
sister 65:21
sister-in-law 65:21
sit 65:6
site 15:4,6,9,11,14,16
  15:19,21,24 16:6,9
  16:13,16,20,22 53:1
  73:5,10,18 75:2
situation 26:23 31:11
  72:21 78:20
situations 51:11
six 18:7,9
small 90:22
SMITH 2:2
smoke 41:14,17,19,22
  42:4
smoother 5:10
social 7:6 8:18
software 44:4
sold 19:9,10
solicit 57:18
solid 24:24 25:2

some 4:24 5:8 17:2
  19:3 24:24 25:4,14
  26:19 36:2,7 43:20
  56:3 63:13 64:7
  65:15,18 66:24
  73:4 80:14
somebody 33:1 51:14
  62:24 71:4 84:11
  94:12,18
someone 56:8 62:20
  63:2 94:18 95:7
someone's 95:2
someplace 71:10
something 14:9,16
  17:2 22:21 26:2,4
  26:12 30:15 31:18
  36:22 37:2,7,15,20
  38:12 41:18 42:1,4
  42:7 48:10 50:3,6,9
  61:15 72:12 79:6
sometime 18:23
sometimes 27:18
  60:13
somewhere 23:6 55:9
sorry 4:22 8:24 17:16
  33:24 46:2 72:22
  73:12 78:13 90:21
sort 43:20
sorts 5:21 6:1
specifically 39:17
  54:8 75:7
specified 50:17
spell 4:8 13:17
spoken 70:9
SS 1:1 97:1 98:1
staff 12:23 88:6,8
standard 33:10 34:24
standards 41:3
start 81:16 95:12
started 9:23
starting 9:3
starts 95:12
state 1:1,19 4:8 40:18
  59:5,15 82:6,12
  93:13 97:1 98:1
states 23:15 74:8
  97:15
Stephen 2:10 100:5
sticker 22:14
still 34:3 78:4 94:18
  95:8
stops 85:1
street 1:15 2:3,7,10
  19:17 26:5 56:8
  76:12 95:5 100:1,6
strike 7:18 8:1,13
  10:10 15:5 16:3
  18:14 21:18 23:11
  24:12,21 27:14
  29:15,22,24 34:7
  35:15 39:18 40:11

42:22 46:5,17 49:1
50:15 52:18 53:12
57:11 60:8 64:15
64:20 68:19 69:16
70:16 74:8 77:9
80:6 81:10 83:2
92:10
**stuff** 60:14 64:7
**subject** 16:9 17:15,18
62:17
**Subscribed** 97:21
**Subsection** 52:1
**suburb** 55:7 56:3,5
**suburbs** 54:22 55:10
55:22 56:4
**suggest** 14:19
**suggestion** 14:22
**Suite** 1:15 2:3,11
100:2,6
**Sullivan** 100:1,22
**supplied** 22:24
**supply** 22:22 60:2
**Supreme** 1:16 4:14
100:17
**sure** 5:6 10:22 11:2
50:22 54:9 65:21
67:11
**sworn** 4:1,4 97:21
98:4
**system** 43:10 70:22
70:23 71:17 72:13

**T**

**T** 3:12
**take** 6:10,17,18 8:17
80:4,5,7 84:20 95:8
**taken** 1:14 4:13,14
5:16 71:2 91:5
97:13 98:9 100:10
**takers** 10:5,22 11:2,3
**takes** 84:20
**taking** 5:12 63:11
98:7
**talk** 13:23 37:17
65:18
**talked** 12:7,8,10 43:1
83:19 84:24
**talking** 36:11 56:7
82:9
**tax** 22:15 23:18 27:13
28:10
**taxes** 82:1
**taxi** 21:22 22:12
23:21 25:7 26:7,13
28:13,13,21 36:16
38:2,23 39:1,3,6,9
39:14 40:14 41:2
49:5 57:22 58:7
69:7
**taxicab** 19:20 21:19
21:21 24:6,9 40:8

40:21 64:18,22
66:6 74:9 76:14
77:18,21
**taxicabs** 18:16,19,22
19:1,6,10 60:2
**taxis** 24:12,14,18,23
24:24 25:2,11,17,18
25:22 35:24 36:7,9
38:24 41:13 75:10
**Technically** 9:18
**tell** 44:6 50:23 64:15
69:18 81:11
**telling** 66:2
**tells** 43:18,19
**terminal** 44:1,2,8,17
45:5,15 46:22 47:1
47:23 48:1,6,14
61:14 69:6 79:4
**terminals** 45:8,20,23
46:4,7,9,15,16
**terminate** 31:23 50:9
50:12 51:9 52:8
**terminated** 32:2
51:13
**terminating** 31:24
**termination** 44:15
45:4 47:14 49:21
50:17 51:1,3
**terms** 34:16 82:8
**testified** 4:4
**testimony** 98:7,10
**Thank** 8:22 80:12,15
**their** 10:23,24 19:7,8
23:22 25:17,22
26:13,20 27:4,4,23
28:1,15,22 29:13
30:24 36:2,5,8,17
37:6 39:13 40:14
40:16,21 41:17,18
41:19,23 42:2 52:7
57:13,16 58:10,20
60:14 61:13,14,18
72:13 77:2,19 79:9
79:11,15,16,18 95:4
**themselves** 35:5 38:3
**thereon** 99:2
**things** 5:9
**think** 29:6,8,10 66:10
67:2,10 76:23
80:11 85:6 93:17
**Thomas** 1:8 2:8 17:4
17:7 19:19,22,24
97:8
**though** 15:14 25:14
26:2 100:18
**three** 87:20 89:7,13
89:14,19,23 90:2,5
91:5,14 92:4 93:3
**through** 33:12 46:14
46:16,23 62:20
93:6

**time** 4:24 6:10,17
12:19,19 17:3
18:21 50:17 64:22
66:24 68:21 80:12
81:16,16 86:11,13
86:13
**title** 67:21,24 68:2,8
68:14,15,17 83:10
**today** 5:23 10:12 12:1
12:8 23:19 54:14
65:6 69:15
**today's** 9:3
**together** 47:3
**told** 17:20 23:18
43:11 63:2 64:11
66:20 67:3,19
70:10
**top** 21:22,22 23:6
36:8 37:9,10 69:7
**totaled** 67:1,3,13
**totally** 94:22
**touch** 46:13 72:14
**towed** 67:7 76:14
**towing** 66:22,23 67:2
67:5,20 68:5,21
76:17
**track** 45:3
**transcript** 7:2 97:13
97:15 98:8 100:12
**transpired** 68:11
**transport** 77:12
**travel** 82:10
**Tribler** 2:9 100:5
**tries** 29:15
**trip** 42:9,10 43:10
62:6
**trips** 79:1
**true** 73:11 81:1,7,12
81:13,14,15,18
82:10,18,20,24 83:7
83:21,24 84:1,3,5,6
84:9,10,13,14,17,18
84:22 85:4,5 93:24
94:3,7,15 98:8
**truly** 26:5 66:1
**trunk** 21:8,12
**try** 29:12,17 30:11
95:8
**trying** 95:19
**Tuesday** 63:23
**turn** 80:24 95:4,18
**two** 22:6 47:2 61:1
82:20 91:3,6 100:1
**two-way** 46:23,24
47:5 61:10
**type** 29:20 36:12
48:15 49:23 51:5
60:2
**types** 30:1
**typical** 22:5,5
**typically** 38:4 44:13

44:18,22 55:23
60:12 91:24

**U**

**U**
**Ugaste** 13:16 87:1,8
87:10,12,15
**uhn-uhn** 5:21
**Uh-huh** 5:21 67:16
**under** 1:14 5:21
57:23 61:21 74:7
83:4
**understand** 5:14,20
5:23 6:3,6,7,9,21
7:3 29:23
**understanding** 30:5
**understood** 6:5
**units** 47:2
**unless** 45:3
**until** 6:22
**usage** 75:17
**use** 45:12 47:20 48:10
52:13 76:4,6 79:11
79:11
**used** 33:11,15 48:2,15
49:24 53:5 100:18
**utilize** 76:17
**U-g-a-s-t-e** 13:18

**V**

**Valley** 7:9,10
**valuable** 69:9
**variations** 24:22
**varies** 42:16
**variety** 30:3,6
**various** 38:24 39:12
49:14 76:7
**vehicle** 17:8 19:22,24
20:4,7,8,11,12 21:3
21:16,20,23 22:4
23:14 24:1,1 26:20
27:2,8,19,21 28:4,7
28:15,22 29:21
30:24 32:11,15
36:4,17,23 37:6,10
38:11 41:19,22,23
43:22 44:17,19
45:4 47:16 48:4
51:15 54:10 55:8
61:19 62:9,11
.66:15,19,21,22 67:1
67:4,8,13,21 68:9
68:14,17,23 69:2,4
69:8,13,24 70:12
78:11,23 79:10
**vehicles** 19:8,8 25:4
27:16 28:11 29:11
29:13,18,20 30:1,3
30:6,7,10,12 32:18
36:9 37:16 39:12
41:17,20 42:23
44:9 45:21,22

46:19 48:2,18
52:18,20,23 53:8,21
53:23 54:3,19 58:6
59:3,10 61:10,17
75:17 76:20 77:3
77:11 78:1,5,16
79:21,23,24
**verbal** 5:12,17,18
**verification** 59:20
**version** 48:10
**versus** 42:12
**very** 90:22
**Victoria** 20:3,8
**village** 25:8,9,10
30:13 31:19 37:19
37:23 38:1,3,5,7,18
39:3,14,16,17,22
40:7,15,20,22 49:5
54:5,11,13,14,16,16
82:8,9,13
**villages** 39:15 49:4,14
54:1,4,6 56:1
**violates** 52:6
**violation** 52:1 80:9
85:20,21
**visit** 65:14
**vs** 1:7 97:7 100:8

**W**

**wages** 81:22
**wait** 6:22
**want** 12:6 26:9 27:1
31:5 44:7 60:22
67:12,21 81:1
**wanted** 19:4,7 28:13
28:14,21 81:7 94:5
**wants** 43:12 44:7
84:24 94:12 95:12
95:23 96:2
**Washington** 2:10
100:6
**Washington-Sanders**
1:5 71:7 73:1 75:7
97:5 100:8
**way** 8:17 85:4 96:3
**Web** 15:4,6,9,11,14
15:16,18,21,24 16:6
16:9,13,15,20,22
73:5,10,18 75:2
**week** 76:2 81:6 84:5
84:12
**weekend** 62:23
**weekly** 80:24 84:8
**weeks** 91:3,6
**Weiss** 2:10 3:6,10
8:17,21,23 19:13
36:19 38:14 42:13
48:3 59:4 73:12,17
77:5 80:16,21 85:6
93:19,22 95:1 96:5
96:7 100:5,9

well 20:13 29:22
32:24 52:2 66:19
76:21 79:6 85:18
88:17,24 95:22
went 34:20 63:10,14
63:20 68:6 85:13
were 5:4 9:13,17
10:14,15 19:9,16
21:15 27:8 34:8
35:4,24 36:9 63:1,4
64:24 69:13,14
74:3 79:6,14 81:4
94:17
West 1:15 2:3,10
100:6
western 54:22
we'll 9:4 38:21 73:24
we're 82:9 83:3
we've 24:8 42:4 43:1
whatsoever 82:23
94:2
while 5:22 37:14 50:5
57:22,22
white 20:9 21:1 24:19
25:3
wide 30:3,6
widely 42:16
wife 7:17
window 22:19 26:12
windows 22:7,9
wish 41:19
withhold 82:1
witness 3:2 4:1,3 8:22
19:15 33:8 36:21
38:17 42:15 48:5
59:5 74:5 77:7
80:15
wording 46:6
work 10:23,24 34:3
57:21 81:12 82:23
83:20,20,20 84:5,5
85:24 86:15 87:24
88:1,14,23 89:2
90:13
worked 9:6,8 11:21
19:11 84:12 86:10
working 9:12 57:22
85:1
works 46:22 88:5
90:7
wouldn't 46:12 81:9
84:9,12 94:9 95:7
95:17
write 30:21
writing 21:10,12
written 8:19 51:7
58:20
wrong 33:23
www.bluecab.us
15:10

**X**

X 3:1,12

**Y**

yank 85:2
yard 68:12
yeah 9:10 63:13
year 7:14
Yearly 54:20
years 7:12 9:4,7,10
9:11 19:3
Yellow 46:13 81:5

**0**

07 1:7 97:7 100:7
08 73:15,18
084-003728 99:5

**1**

1 3:14 32:22 33:3
52:11 83:3
10 90:21
11 83:4
1300 2:11 100:6
13584 1:7 97:7 100:7
15 9:4 65:2 90:22
16 7:12
1615 100:2
19 51:3
195 76:1 81:5 84:7,11
95:3,21
1981 8:9
1985 7:24 8:2
1986 9:10,12,21
10:14 11:21
1990 9:8

**2**

2 73:22 74:1
2-3 3:15 74:3
20 9:7 52:2,3 65:2
90:20
2006 18:23 33:18
2007 17:18 18:8,15
19:19 20:1 36:1,1
36:10 73:2 75:10
2008 73:7
201-6400 2:12
2010 1:14 97:14,22
100:4,10
207(a) 100:17
225 2:10 100:6
23 17:18 33:18 73:2
236-9381 2:4
25 9:10,11 53:22
25th 63:22
250,000 59:18
26 100:10
26th 1:14 97:13
266-1313 2:8
28 100:17

**3**

3 73:24
30 51:7 53:22
312 2:4,8,12 100:3
33 3:14

**4**

4 3:5 52:12

**5**

5/30/63 7:5
5500 1:15 2:3

**6**

60602 100:2
60602-4212 2:4
60606 2:11 100:6
60654 2:7
675 7:9

**7**

7:00 95:13
70 1:15 2:3
74 3:15
7417 11:4,12
745 2:7
75 84:12
782-4705 100:3

**8**

80 3:6 90:20
85 3:9 75:12 78:1,2
79:20
86 10:18

**9**

9 100:4
93 3:10
95 79:22

#7

## BLUE CAB COMPANY OWNER-OPERATOR AGREEMENT

This Agreement (the "Agreement") is made this _23rd_ Day of _March 2006_, Between Blue Cab Company, Inc. (hereinafter, the "Company" or "Blue Cab") Thomas Mcfadden-1618 S. Home Berwyn, Il. 60402 hereinafter, "Owner" or "Owner/Driver").

WHEREAS, the Company is the holder of municipal taxi owner licenses in the Oak Park, River Forest and other areas in Illinois;

WHEREAS, the Company, through its intimate knowledge the taxicab business has developed methods and techniques for the profitable operation of taxicabs;

WHEREAS, as a result of its knowledge and its success in developing business through advertising and other means, Blue Cab has built a reputation for prompt and courteous service in the areas authorized by its licenses.

WHEREAS, the success of Blue Cab depends on the continuation of this reputation and goodwill and upon its maintaining the high standards of prompt, efficient,, safe and courteous service to the public.

WHEREAS, the Owner/Driver, being duly aware of the reputation of Blue Cab and its business standards herein above set forth, has acquired a vehicle and desires to operate his or her vehicle as a taxicab as an independent contractor under the Blue Cab name under a leasehold agreement;

Now, therefore, in consideration of the foregoing and of the mutual agreements contained herein. Blue Cab and the Owner/Driver agree as follows:

1.    **Term.** This Agreement shall be in effect until this Agreement is terminated as provided for in Paragraph 19 below. Nothing in this Agreement shall constitute a promise by Blue Cab to contract with Owner for any specific duration.

2.    **Compliance with regulations.** Owner/Driver hereby recognizes and agrees that Blue Cab has certain responsibilities and duties under its various municipal licenses to operate taxicabs and pursuant to various city ordinances, state and federal statutes. Owner/Driver agrees to comply with and abide by all laws, ordinances, rules and regulations of federal, state, county, municipal and other government agencies and with any directive of any public officer acting pursuant to law.

3.    **Infringement on trade name.** Owner/Driver hereby acknowledges the validity of the trade name "Blue Cab" and also acknowledges that it is the property of Blue Cab. Owner/Driver agrees not to infringe upon, harm, or contest Company's right to or interest in the name "Blue Cab".

4.    **Use of mark.** Owner/Driver shall not use any mark, logo, design or name of Blue Cab other than as herein authorized.



BENNETT
DEPOSITION 1
EXHIBIT
7-26-10  JP
PENGAD 800-631-6989

5.    **Reputation of Company.** Owner agrees to give his or her personal loyalty to the goals and purposes of the company and to promote the growth and the identity of the company and its good reputation for prompt courteous customer service to the public. Owner agrees not to act in anyway detrimental to the public image and/or business interest of Blue Cab.

6.    **Maintenance of Vehicle(s).** Owner agrees to maintain all vehicles used for Blue Cab taxi service in good condition and Owner agrees to repair and to pay all costs, expenses, fees, and charges incurred in connection with the operation, titling, licensing and registration of said vehicle(s) including, but not limited to, maintenance, repairs, fees and servicing, taxes, assessments, and other governmental charges whatsoever payable on said vehicle(s) or on the use, possession or operation thereof.

7.    **Inspection.** Owner agrees to present the taxicab to the Company for inspection as to condition, cleanliness and safety at a mutually agreeable upon reasonable notice to the Owner once each 30 days on mutually agreeable date.

8.    **License.** Owner agrees that the taxi owner's license may be used only upon this specific vehicle until such time as it is properly authorized by the Company for a replacement vehicle.

9.    **Assignment.** Any rights of the owner under this Agreement shall not be sold, assigned or transferred.

10.    **Non-Conveyance.** Nothing contained herein shall have the effect of transferring or conveying to Owner any right, title or interest in any equipment furnished by Blue Cab, or any licenses or duties relating to.

11.    **Independent Contractor Relationship.**  This agreement does not render the Owner/Driver an agent, legal representative, joint venturer or partner of Blue Cab for any purpose whatsoever, it being understood between the parties hereto that the Owner is to act as an independent contractor, and is in no way authorized to make any contract, agreement, warranty or representation on behalf of Blue Cab. It is expressly agreed, stipulated, and understood that Owner/Driver shall not be deemed or considered an employee of Blue Cab, or as being entitled to participate in any plans, distributions or benefits extended by Blue Cab to any of its regular employees. The Owner agrees to pay any required state or federal employment taxes, social security or unemployment taxes. The Owner understands and agrees that as an independent contractor, there is no employer/employee relationship, and coverage under workmen's compensation insurance is not provided or required.

11.    **Liability Insurance.** The owner will maintain public liability insurance of at least $250,000.00 with Blue Cab as the named insured. Certificates of insurance indicating this coverage must be issued and presented to the Company naming Blue Cab as certificate holder.

12.    **Maintenance of Equipment.** Computer, meter and Two-way radio and camera

2

maintenance will be provided by the company except in the case of vandalism or abuse. Theft of any equipment or components will be chargeable at the Company's cost and shall be credited towards Owner's required $1,300.00 deposit as described in Paragraph 13 below. The deficiency will immediately be reimbursed to the Company. This deposit may be used to offset any outstanding payments for, but not limited to, dispatching, repairs or notes to the Company or its affiliates.

13. **Covenants of Company and Owner; Deposit.** The Company agrees to furnish to the Owner its goodwill and trade name to be affixed by permanent decal or lettering to each side of the taxicab, a two way radio, meter, camera system, computer, side decals, a toplight and radio dispatch service; free access to all of the Company's taxi stands, the right of participation in the charge account system of the Company, and the Owner agrees in consideration of the foregoing to furnish to the general public a taxicab in good working order and in a safe and clean condition and painted in the company colors and agrees to bear all of the operating costs thereof, as set forth above. Owner further agrees to place a deposit of $1,300.00 (the "Deposit") with Company upon the execution of this Agreement. The Deposit shall be used to offset expenses described in Paragraph 12 above. Upon the termination of this Agreement for any reason, Company shall inspect the equipment and components used by Owner and shall refund Owner's entire Deposit, less any expenses or costs necessary to repair said equipment and components. The Authorization to Remove Equipment attached hereto is made a part of this Agreement.

14. **Installation and Weekly Lease Fees.** The Owner further agrees for this aforesaid consideration to pay a flat fee of $350.00 for the installation of the two-way radio, computer meter and decals. Such fee will be recurring as the vehicle is replaced. The Owner agrees to pay $195.00 per week on the first day of the week in advance, to the Company for the continuing considerations recited herein above. It is understood and agreed that dispatch service will not be provided at any time the fees are in arrears.

15. **Approval of Drivers.** The Owner agrees to submit the names of potential drivers of the vehicles operated under this Agreement to Company officials for approval and to refrain from hiring, leasing to or otherwise engaging the services of any taxicab driver until such driver has been approved by the Company. Owner agrees to strictly prohibit the operation of any taxicab motor vehicle listed in schedule A (attached hereto) by other than an approved driver.

16. **Approval of Advertising.** In the event that the Owner desires to carry display advertising on the inside or outside of the taxicab, the Owner agrees that the company shall have full exclusive power to approve or disapprove the content of such advertising based on the image projected for the Company.

17. **Rate increases; Permissible Rates.** It is further agreed by the Company that in the event of a rate increase the company guarantees that the fees charged under the terms of this Agreement will be increased not more than the same percentage of the rate increase. Owner agrees that the rates of fare charged by any driver of the taxicab named in this Agreement shall be only those approved by the licensing municipality and the Company.

3

18.    **Sublease.** It is further agreed that the owner has no right to assign or sublease this Agreement.

19.    **Termination.** Company shall have the right to terminate this Agreement immediately for one or more of the following reasons: (a) If Company learns that Owner or any person permitted by Owner to operate the motor vehicle(s) described in Exhibit A as a taxicab does not possess all required permits and licenses; (b) In the event Owner fails to make all payments to Company when due; (c) If the Owner or any person permitted by Owner to operate the motor vehicles described in Exhibit A is convicted of or pleads guilty to the possession of a motor vehicle or the operation of a motor vehicle while under the influence of intoxicating liquors or drugs; or (d) a violation of Paragraph 20 below. Both Owner and Company may terminate this Agreement by providing the other with 30 days written notice.

20.    **Non-Competition.** During the term of this Agreement (including any renewals) and for one (1) year thereafter, Owner shall not:

      (a)    Directly or indirectly solicit any long-standing, regular clients of Blue Cab for taxi services with whom Owner became acquainted by virtue of his relationship with Blue Cab;

      (b)    Use Blue Cab's dispatch service in any manner for the benefit of any other person or entity or in any manner unrelated to his performance of taxi services under this Agreement;

      (c)    Take an ownership interest in, manage, or otherwise control or direct another taxicab company which is licensed by any municipalities whose boundaries are within a seven (7) mile radius of the municipalities in which Blue Cab is currently licensed (Oak Park, Berwyn, Forest Park, North Riverside, River Forest, Hillside);

      (d)    Solicit or attempt to cause any other current Blue Cab drivers or other employees to discontinue their affiliation (in the case of an independent contractor) or leave their employment (in the case of an employee) with Blue Cab.

Owner agrees that a violation of this Paragraph 20 shall irreparably injure Blue Cab, and Blue Cab shall be entitled to a temporary restraining order and a permanent injunction against Owner.

21.    **Successor Agreement.** This Agreement may be replaced by mutual agreement by a successor agreement at the rates for services in effect at the time of replacement.

22.    **Choice of Law; Consent to Venue.** This Agreement shall be construed under the laws of the State of Illinois. Any action brought related to this Agreement shall be brought in the Circuit Court of Cook County, and all parties hereto consent to venue in Cook County.

23.    **Authority.** The persons executing this Agreement represent that they have

4

authority to do so and that they intend their signatures to bind the parties on whose behalf they have signed this Agreement.

In witness whereof, the parties hereby enter into and execute this Agreement as of the date first above written.

**CAR OWNER**                                    **Blue Cab Company**

By:

5

**SCHEDULE A**

**DESCRIPTION OF MOTOR VEHICLE**
**2000 FORD CROWN VICTORIA**
**2FAFP71W6YX166916**
**21552TX**
**AUTHORIZATION TO REMOVE EQUIPMENT**

The Owner agrees to allow Blue Cab or any of it affiliated companies to remove all the

taxi cab related equipment that was originally installed in Owner's vehicle. Blue Cab shall

reserve the right to remove all taxi equipment and decals at any time. Blue Cab or affiliates will

not be responsible for any holes or damages caused by removal of equipment.

Owner Agrees to allow Blue Cab or any affiliated to Tow or
have Towed vehicle to Blue cab office with or without owners
Authorization.

_____
Owner

_____
Print

6

**M & C MOTORS, INC.**
417 Roosevelt Rd.
orest Park, IL 60130
PHONE (708) 583-6910
**REG #**

**McFadden, Tom**
1618 Home Ave
BERWYN, IL 60402

| Tech | Qty. | Part Number | Description | Each | Total | Date 10-02-2007 Mileage 0 Invoice 35451 |
|------|------|-------------|-------------|------|-------|------|
| AD MIN | | | Labor removal of taxi equipment | | 34.50 | |

| | | SubTotal | 34.50 |
|--|--|----------|-------|

| AD MIN | | | payment to get access to vehicle to remove equipment | | 250.00 |
|--------|--|--|--|--|--------|

| | SubTotal for SUB | 250.00 |
|--|-----------------|--------|

Model 2000 FORd CROWN VIC 4.6
License 21552TX
Unit 07
Vin 2FAFP71W6YX166916
Home 708-749-3323          Work   - -

| Service History | Miles | Date | Next Service Due |
|-----------------|-------|------|------------------|
| OIL LUBE & | 182053 | 9/11/07 | 186053 10-11-2007 |
| ENGINE TUNE UP | 0 | | Never Serviced |
| EMISSIONS | 0 | | Never Serviced |
| FUEL INJ | 0 | 9/14/06 | N/A 06-09-2009 |
| FUEL FILTER | 0 | | Never Serviced |
| AIR FILTER | 0 | | Never Serviced |
| A/C SERVICE | 0 | | Never Serviced |
| FRONT END | 0 | | Never Serviced |
| TIRE(S) | 0 | | Never Serviced |
| ROTATE TIRES | 0 | | Never Serviced |
| SHOCKS / | 0 | | Never Serviced |
| FRONT BRAKE | 0 | | Never Serviced |
| REAR BRAKE | 0 | | Never Serviced |
| TRANSMISSION | 0 | | Never Serviced |
| COOLING | 0 | | Never Serviced |
| HOSES / BELTS | 0 | | Never Serviced |
| TIMING BELT | 0 | | Never Serviced |
| BATTERY | 0 | | Never Serviced |
| FLEET SERVICE | 0 | | Never Serviced |
| SAFTEY | 163827 | 3/7/07 | 213827 09-03-2007 |

| Department | Sale | Payments |
|------------|------|----------|
| Labor | 34.50 | |
| Sublet Labor | 250.00 | |
| Road Service | 0.00 | |
| Parts | 0.00 | |
| Storage | 0.00 | |
| EPA Charges | 0.00 | |
| Discount | 0.00 | |
| Shop Supplies | 0.00 | |
| Discount | 0.00 | |
| Enviromental fees | 0.00 | |
| SUB TOTAL ==> | 284.50 | 0.00   Total Paid |
| Sales Tax | 0.00 | 284.50  Balance Due |
| TOTAL ==> | 284.50 | |

DEPOSITION EXHIBIT 2
7-26-10 JP
PENGAD 800-631-6989

FILE COPY





HOME    CORPORATE ACCOUNTS    SERVICES    RATES    CAREERS    ABOUT US    CONTACT US

Flight Status
By Flight or Route

AA 1241
examples: AA 123 or JFK to LHR
Don't Know the Code?

FLIGHTSTATS

SERVING CHICAGOLAND



It's 3 am on a Sunday morning... an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week.

## Taxi Cab Service Chicagoland
### CORPORATE TRAVEL SOLUTION...



Blue Cab has been the choice of both small and large companies alike when it comes to taxi cab service to meetings, events and the airports. Corporate pricing plans are available upon request. Blue Cab also provides time-sensitive package delivery in a 48 state area.

### SERVICE YOU CAN COUNT ON...

- 24 hour service, 7 days a week
- Time orders accepted
- Clean and well maintained vehicles
- Flat rates to Midway & O'Hare airports
- Quick response time
- Computer Dispatched
- Over 78 years of courteous, helpful service

### RELIABLE, ECONOMICAL TRANSPORTATION SOLUTIONS...

Blue Cab Company offers quick response times via our GPS tracked and computer dispatched fleet. When you're on the go, Blue Cab is your best choice for timeliness offering a pleasurable transportation experience at a cost effective price.

### Call 708-583-6900

## We provide Taxi Service in the following Chicagoland cities:

| | | | | | | |
|---|---|---|---|---|---|---|
| Addison | Bridgeview | Elk Grove | Itasca | Midway | River Grove | Western Springs |
| Aurora | Broadview | Elmwood Park | Justice | Naperville | Riverside | Westmont |
| Bedford Park | Brookfield | Forest Park | La Grange Park | Norridge | Rosemont | Willow Springs |
| Bellwood | Burbank | Franklin Park | Lisle | Northlake | Schiller Park | Willowbrook |
| Bensenville | Burr Ridge | Glen Ellyn | Lombard | Oak Brook | Stickney | |
| Berkeley | Cicero | Glendale Heights | Lyons | Oak brook Terrace | Stone Park | |
| Berwyn (N 22nd st) | Countryside | Harwood Heights | Maywood | Oak park (N of lake) | Summit | |
| Berwyn (S 22nd st) | Darien | Hillside | Mccook | Oak park (S of lake) | Villa Park | |
| Bloomingdale | Downers Grove | Hinsdale | Medinah | Park Ridge | Warrenville | |
| Bolingbrook | Elmhurst | Hodgkins | Melrose Park | River Forest | Westchester | |

Home    |    Corporate Accounts    |    Services    |    Rates    |    Careers    |    About Us    |    Contact Us
Privacy Policy    |    Terms & Conditions    |    Sitemap

Copyright © Blue Cab 2008-All rights reserved    Design & Developed By | Internet Marketing Services By CCS



BENNETT
DEPOSITION
EXHIBIT 3
7-26-10 JP





HOME        CORPORATE ACCOUNTS        SERVICES        RATES        CAREERS        ABOUT US        CONTACT US

**Flight Status**
By Flight or Route

AA 1241
examples: AA 123 or JFK to LHR
Don't Know the Code?
powered by
FLIGHTSTATS

**SERVING CHICAGOLAND**



It's 3 am on a Sunday morning... an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week.

## SERVICES

**Services that we offer :**

Taxicab Service

Passenger Transportation

Airport Transportation

Medi car and Paratransit Services

Hospital Transportation

School Bus Transportation

Special Education Transportation

Children Transportation

Transportation for disabled

Corporate Transportation

### Call 708-583-6900

**We provide Taxi Service in the following Chicagoland cities:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Addison | Bridgeview | Elk Grove | Itasca | Midway | River Grove | Western Springs |
| Aurora | Broadview | Elmwood Park | Justice | Naperville | Riverside | Westmont |
| Bedford Park | Brookfield | Forest Park | La Grange Park | Norridge | Rosemont | Willow Springs |
| Bellwood | Burbank | Franklin Park | Lisle | Northlake | Schiller Park | Willowbrook |
| Bensenville | Burr Rridge | Glen Ellyn | Lombard | Oak Brook | Stickney | |
| Berkeley | Cicero | Glendale Heights | Lyons | Oak brook Terrace | Stone Park | |
| Berwyn (N 22nd st) | Countryside | Harwood Heights | Maywood | Oak park (N of lake) | Summit | |
| Berwyn (S 22nd st) | Darien | Hillside | Mccook | Oak park (S of lake) | Villa Park | |
| Bloomingdale | Downers Grove | Hinsdale | Medinah | Park Ridge | Warrenville | |
| Bolingbrook | Elmhurst | Hodgkins | Melrose Park | River Forest | Westchester | |

Home    |    Corporate Accounts    |    Services    |    Rates    |    Careers    |    About Us    |    Contact Us
Privacy Policy    |    Terms & Conditions

Copyright © Blue Cab 2008-All rights reserved          Design & Developed By | Internet Marketing Services By CCS





## 24 HOUR DISPATCH
## 708-583-6900

HOME      CORPORATE ACCOUNTS      SERVICES      RATES      CAREERS      ABOUT US      CONTACT US

Flight Status
By Flight or Route

AA 1241
examples. AA 123 or JFK to LHR
Don't Know the Code?
powered by
FLIGHTSTATS

### SERVING CHICAGOLAND



It's 3 am on a Sunday morning... an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week.

# CORPORATE ACCOUNTS

Thank you for considering Blue Cab Co. for your client transportation needs. Blue Cab is a family owned business that has been servicing the near west suburbs for over 80 years. We presently have a fleet of 100 vehicles that operate anywhere from O'Hare Field to Midway airport and from I355 east into Chicago. Blue Cab operates 24 hours a day, 365 days a year. We are always here for your client needs.

Corporate/medical transportation is not new to us. Currently, approximately 25 percent of our business is a form of corporate or medical transportation. We are presently doing business with over 200 corporate, medical and social service organizations. Should you consider Blue Cab for your client transportation needs, we will gladly provide references at your request.

As with all our account customers, the following will apply. (If this is not conducive to your operation, please let us know and we will accommodate any changes necessary).

- Blue Cab will open an account on a voucher program. Accounts can be customized by department, division or any way you feel necessary to best manage the program.
- Blue Cab will provide voucher books for you that are to be filled out by your staff with all the pertinent information. If there were a return trip, two separate tickets would need to be completed. This would help protect against unauthorized charges to your accounts.
- When the order is placed, we will ask the staff member to provide the following information:
  o If the client is being picked up from home, the client's home phone number so we may make contact on arrival
  o The address for the pickup
  o The destination (our driver's are instructed to take clients only to the destination given unless we receive additional authorization for a change)
  o The passenger's name
  o Which department is being charged
  o The name of the person authorizing the trip
  o The name of the person authorizing the trip
  o If the order is a prearranged trip, let the agent know what day and time is needed. We can prearrange trips up to 90 days in advance
  o If there are any special instructions, let the agent know at this time

Charges will be based on our regular meter rate of $2.25 base fare plus $1.90 per mile. An additional 15% will be added to each fare for administrative charges. There will be no need for the passenger to add any gratuity to the fare. Blue Cab bills all account customers twice

a month, on the 15th and the last day of the month. If this is not conducive to your needs, we can customize a program for your clients.

We ask that you provide us with a list of key personnel to contact in case of problems or emergencies. We are certain you will be pleased with our service. If you have any questions or concerns, please feel free to call.

Home | Corporate Accounts | Services | Rates | Careers | About Us | Contact Us
Privacy Policy | Terms & Conditions

Copyright © Blue Cab 2008-All rights reserved

Design & Developed By | Internet Marketing Services By CCS





HOME    CORPORATE ACCOUNTS    SERVICES    RATES    CAREERS    ABOUT US    CONTACT US

Flight Status
By Flight or Route

AA 1241

examples: AA 123 or JFK to LHR
Don't Know the Code?
powered by
FLIGHTSTATS

**SERVING CHICAGOLAND**



It's 3 am on a Sunday morning... an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week.

## RATES
### BLUE CAB AIRPORT RATES:

| TOWN | OHARE | MIDWAY | TOWN | OHARE | TOWN |
|---|---|---|---|---|---|
| ADDISON | 29 | 40 | LA GRANGE PARK | 26 | 24 |
| AURORA | 60 | 66 | LISLE | 37 | 41 |
| BEDFORD PARK | 38 | 14 | LOMBARD | 29 | 38 |
| BELLWOOD | 22 | 26 | LYONS | 30 | 18 |
| BENSENVILLE | 19 | 41 | MAYWOOD | 26 | 25 |
| BERKELEY | 22 | 27 | MCCOOK | 35 | 18 |
| BERWYN (N 22ND ST) | 29 | 20 | MEDINAH | 28 | 50 |
| BERWYN (S 22ND ST) | 31 | 18 | MELROSE PARK | 21 | 31 |
| BLOOMINGDALE | 30 | 47 | MIDWAY | 45 | 10 |
| BOLINGBROOK | 45 | 43 | NAPERVILLE | 45 | 44 |
| BRIDGEVIEW | 38 | 18 | NORRIDGE | 16 | 36 |
| BROADVIEW | 25 | 25 | NORTHLAKE | 21 | 34 |
| BROOKFIELD | 29 | 23 | OAK BROOK | 26 | 30 |
| BURBANK | 42 | 16 | OAK BROOK TERRACE | 25 | 32 |
| BURR RIDGE | 36 | 27 | OAK PARK (N OF LAKE) | 24 | 24 |
| CICERO | 33 | 18 | OAK PARK (S OF LAKE) | 26 | 22 |
| COUNTRYSIDE | 31 | 22 | PARK RIDGE | 20 | 43 |
| DARIEN | 34 | 32 | RIVER FOREST | 23 | 25 |
| DOWNERS GROVE | 32 | 34 | RIVER GROVE | 20 | 28 |
| ELK GROVE | 21 | 50 | RIVERSIDE | 29 | 21 |
| ELMHURST | 23 | 34 | ROSEMONT | 11 | 42 |
| ELMWOOD PARK | 22 | 27 | SCHILLER PARK | 15 | 38 |
| FOREST PARK | 24 | 23 | STICKNEY | 31 | 18 |
| FRANKLIN PARK | 16 | 34 | STONE PARK | 20 | 31 |
| GLEN ELLYN | 34 | 41 | SUMMIT | 36 | 17 |

Blue Cab - 24 Hour Dispatch                                    Page 2 of 2

| GLENDALE HEIGHTS | 34 | 45 | VILLA PARK | 26 | 36 |
|---|---|---|---|---|---|
| HARWOOD HEIGHTS | 17 | 38 | WARRENVILLE | 44 | 48 |
| HILLSIDE | 24 | 26 | WESTCHESTER | 25 | 26 |
| HINSDALE | 30 | 28 | WESTERN SPRINGS | 27 | 25 |
| HODGKINS | 33 | 19 | WESTMONT | 30 | 30 |
| ITASCA | 26 | 48 | WILLOW SPRINGS | 38 | 25 |
| JUSTICE | 39 | 20 | WILLOWBROOK | 33 | 28 |

We never charge meter + 50% regardless of your destination

## Airport rate information:

1. Airport rates are door-to-door service, no stops
2. When an airport trips requires multiple stops, the meter will run to the last stop before the airport. The flat rate from that city then applies to the airport. The same rules apply on return trips.
3. When separate parties share rides to/from the airports, each party pays 75% of the current airport rate.

## Extra Charges:

| MPEA | $1.00 ON ALL TRIPS |
|---|---|
| CHICAGO GROUND TAX | $1.00 ON ALL TRIPS |
| ADD'L PASSENGERS | .75 CENTS EACH OVER 12 |
| VAN REQUEST | $10.00 |

 LOCAL PHONE#           :     708-383-2121

OUT OF STATE RESERVATIONS :   1-800-779-3131

Home   |   Corporate Accounts   |   Services   |   Rates   |   Careers   |   About Us   |   Contact Us
Privacy Policy   |   Terms & Conditions

Copyright © Blue Cab 2008-All rights reserved                    Design & Developed By | Internet Marketing Services By CCS

http://www.bluecab.us/rates.html                                      08/20/2008





HOME      CORPORATE ACCOUNTS      SERVICES      RATES      CAREERS      ABOUT US      CONTACT US

Flight Status
By Flight or Route

AA 1241

examples: AA 123 or JFK to LHR
Don't Know the Code?
powered by
FLIGHTSTATS

SERVING CHICAGOLAND



It's 3 am on a Sunday morning... an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week.

# CAREERS

Please fill out this form and indicate whether you are applying for Driver positions or Office positions.

First name      :
Last Name       :
Phone           :
Email           :
Applying for    :          Select position

[ Submit ]

Home    |    Corporate Accounts    |    Services    |    Rates    |    Careers    |    About Us    |    Contact Us
Privacy Policy    |    Terms & Conditions

Copyright © Blue Cab 2008-All rights reserved          Design & Developed By | Internet Marketing Services By CCS





HOME      CORPORATE ACCOUNTS      SERVICES      RATES      CAREERS      ABOUT US      CONTACT US

Flight Status
By Flight or Route
AA 1241
examples: AA 123 or JFK to LHR
Don't Know the Code?
powered by
FLIGHTSTATS

**SERVING CHICAGOLAND**



It's 3 am on a Sunday morning... an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week

## | CAREERS

Please fill out this form and indicate whether you are applying for Driver positions or Office positions.

| | | |
|---|---|---|
| First name | : | |
| Last Name | : | |
| Phone | : | |
| Email | : | |
| Applying for | : | Select position |

[ Submit ]

Home  |  Corporate Accounts  |  Services  |  Rates  |  Careers  |  About Us  |  Contact Us
Privacy Policy  |  Terms & Conditions

Copyright © Blue Cab 2008-All rights reserved          Design & Developed By | Internet Marketing Services By CCS





HOME     CORPORATE ACCOUNTS     SERVICES     RATES     CAREERS     ABOUT US     CONTACT US

Flight Status
By Flight or Route

AA 1241

examples: AA 123 or JFK to LHR
Don't Know the Code?
powered by
FLIGHTSTATS

**SERVING CHICAGOLAND**



It's 3 am on a Sunday morning... an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week.

## |ABOUT US



Founded in 1923, Blue Cab is one of the oldest cab companies in the Chicago metro area. Blue Cab is always leading the way in improving its cab service through adopting state-of-the art technology. Blue Cab has always looked at ways to help improve its services.

Before the use of two-way radios, Blue Cab set up telephone stations for the drivers to use to get their next order.



In the 1950's, Blue Cab installed two-way radios in all its cabs to increase the dispatch speed. In 1963, Blue Cab installed a second two-way radio in every cab to help the dispatcher know if the driver's meter was on. This helped the dispatcher find and schedule the next available cab thereby increasing the dispatching speed significantly.

Today Blue Cab uses the most advanced dispatching system on the market. The use of GPS (Global Positioning System), automated call ordering and Mobile Data Terminals has resulted in one of the fastest response times by any cab company.



Home | Corporate Accounts | Services | Rates | Careers | About Us | Contact Us
Privacy Policy | Terms & Conditions

Copyright © Blue Cab 2008-All rights reserved

Design & Developed By | Internet Marketing Services By CCS





**24 HOUR DISPATCH**
**708-583-6900**

HOME          CORPORATE ACCOUNTS          SERVICES          RATES          CAREERS          ABOUT US          CONTACT US

Flight Status
By Flight or Route

AA 1241
examples: AA 123 or JFK to LHR
Don't Know the Code?
powered by
FLIGHT

**SERVING CHICAGOLAND**



It's 3 am on a Sunday morning… an emergency transportation situation arises. Blue Cab is ready to respond. At any given moment 24 hours a day, 7 day's a week.

# | CONTACT

7417 Roosevelt Rd,
Forest Park, IL - 60130.

| Phone | : | (708) 383-2121 |
| Fax   | : | (708) 583-6901 |
| Email | : | info@bluecab.us |

Home     |     Corporate Accounts     |     Services     |     Rates     |     Careers     |     About Us     |     Contact Us
Privacy Policy     |     Terms & Conditions

Copyright © Blue Cab 2008-All rights reserved          Design & Developed By | Internet Marketing Services By CCS

```
 1   STATE OF ILLINOIS    )
                          )  SS:
 2   COUNTY OF COOK       )

 3        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                 COUNTY DEPARTMENT - LAW DIVISION

 4

 5   ROSE M. WASHINGTON-SANDERS,       )
                                       )
 6                     Plaintiff,      )
                                       )
 7        vs.                          ) No. 07 L 13584
                                       )
 8   THOMAS McFADDEN, Individually     )
     and as an Agent and/or Employee   )
 9   of BLUE CAB CO., INC.; and BLUE   )
     CAB CO., INC., an Illinois        )
10   corporation,                      )
                                       )
11                     Defendants.     )

12        This is to certify that I have read the

13   transcript of my deposition taken on the 26th day of

14   July 2010 in the foregoing cause, and that the

15   foregoing transcript accurately states the questions

16   asked and the answers given by me, with the changes

17   or corrections, if any, made on the Errata Sheet(s)

18   attached hereto.

19

20                          _____
                            JAMES BENNETT
21
                            Subscribed and sworn to
                            before me this _____ day
22                          of _____ 2010.

23                          _____
                            Notary Public
24

                                                        97
```

SULLIVAN REPORTING COMPANY
Two North LaSalle Street
Suite 1615
Chicago, Illinois   60602
(312) 782-4705

August 9, 2010

Mr. Stephen S. Weiss
Tribler, Orpett & Meyer, PC
225 West Washington Street, Suite 1300
Chicago, IL   60606

Re:   07 L 13584
      Washington-Sanders vs. McFadden/Blue Cab

Dear Mr. Weiss:

Enclosed is your copy of the deposition of JAMES
BENNETT which was taken on July 26, 2010.

As signature was reserved, please arrange for the
deponent to review his transcript making any
necessary corrections on the errata sheets.   Then
have him sign the deponent's signature page and have
the signature notarized.

Please send the original errata sheets and signed
deponent's certificate to Ms. C. Daley Scott, keep a
copy for yourself, and please send a copy to Ms. L.
Rozich and me.

According to Illinois Supreme Court Rule 207(a),
signature must be obtained within 28 days or the
deposition may then be used fully as though signed.
Therefore, your prompt attention in this matter is
greatly appreciated.

Sincerely,

Jean M Plomin

Jeanie Plomin, CSR, RPR
Sullivan Reporting Company

Enc.
cc:  Ms. C. Daley Scott, Ms. L. Rozich

100