# EXHIBIT 5

# DEPOSITION OF ROSE WASHINGTON-SANDERS

## (Plaintiff in underlying auto liability lawsuit and defendant in coverage lawsuit)

## taken February 25, 2010



EXHIBIT

5

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 1

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

ROSE M. WASHINGTON-SANDERS, )
)
   Plaintiff, )
)
  -vs- ) No. 07 L 013584
)
THOMAS MCFADDEN, Individually )
and as an agent and/or employee )
of BLUE CAB CO., INC., and )
BLUE CAB CO., INC., an Illinois )
Corporation, )
)
   Defendants. )

COPY

RECEIVED

MAR 2 9 2010

POWER ROGERS & SMITH P C

   The deposition of ROSE M. WASHINGTON-SANDERS,
called by the Defendants for examination pursuant
to notice and pursuant to the Code of Civil
Procedure of the State of Illinois, and the Rules
of the Supreme Court thereof, pertaining to the
taking of depositions, for the purpose of
discovery, taken before Aneesha L. Williams,
Certified Shorthand Reporter, for the County of
Cook and State of Illinois, at 70 West Madison
Street, 55th Floor, Chicago, Illinois, commencing
at the hour of 1:00 p.m. on the 25th day of
February, 2010.

AROUND THE CLOCK COURT REPORTING, LLC
(866) 603-5822   (773) 863-8689



EXHIBIT
E

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

---

Page 2

```
1    APPEARANCES:
2
     POWER, ROGERS & SMITH, P.C., by
3      MS. CAROLYN DALEY SCOTT
       70 West Madison Street, 55th Floor
4      Chicago, Illinois 60602
       (312) 236-9381
5
         On behalf of the Plaintiff;
6
7    CONDON & COOK, by
       MR. MARK B. RUDA
8      745 North Dearborn Street
       Chicago, Illinois 60654
9      (312) 266-1313
10        On behalf of the Defendant,
          Thomas McFadden;
11
12   TRIBLER, ORPETT & MEYER, P.C., by
       MR. STEPHEN S. WEISS
13     225 West Washington Street, Suite 1300
       Chicago, Illinois 6060
14     (312) 201-6400
15        On behalf of the Defendant,
          Blue Cab Company.
16
17
18
19
20
21
22
23
24
```

Page 3

```
1             INDEX
2
     WITNESS                    PAGE
3
     ROSE M. WASHINGTON-SANDERS
4
     EXAMINATION
5
     BY MR. RUDA          4, 113
6
     BY MR. WEISS           87
7
8
9
10
11
12
13           EXHIBITS
14   ROSE SANDERS
     DEPOSITION EXHIBIT     MARKED FOR ID
15
     Nos. 1-3                  4
16
17
18
19
20
21
22
23
24
```

Page 4

```
1              (Whereupon Sanders Deposition
2                Exhibit Nos. 1-3 were marked
3                for identification.)
4              (WHEREUPON, the witness
5                was duly sworn.)
6          ROSE M. WASHINGTON-SANDERS,
7    called as a witness herein, having been first duly
8    sworn, was examined and testified as follows:
9              EXAMINATION
10   BY MR. RUDA:
11       Q.   Would you state your name for us,
12   please?
13       A.   Rose M. Washington-Sanders.
14       Q.   And would you prefer that we refer to
15   you as Ms. Sanders or Ms. Washington?
16       A.   I would prefer you call me Rose.
17       Q.   We'll call you Rose.
18       A.   Thank you.
19          MR. RUDA:  This is going to be the
20   discovery deposition of Rose Washington-Sanders,
21   for the official record, being taken in accordance
22   with the Code of Civil Procedure and been set
23   today by agreement of the parties.
24          Before we ask you any questions,
```

Page 5

```
1    ma'am, I just want to put on the record that we
2    discussed with your counsel prior to the
3    deposition that in the event we need to ask you to
4    return to be deposed concerning any issues that
5    might be related to medical records that we have
6    yet to receive, that we have an agreement that
7    you're going to be re-called to be questioned
8    concerning issues that arise in the medical
9    records that we haven't seen yet.
10          MS. SCOTT:  And we agree to that, and
11   it's just limited only to those medical records.
12          MR. RUDA:  Fair enough.
13          MR. WEISS:  Agreed.
14          MR. RUDA:  Now, Rose, my name is Mark
15   Ruda.  I don't know if you've ever given a
16   deposition before.
17          THE WITNESS:  No, I have not.
18          MR. RUDA:  We need you to give a spoken
19   answer.  And although we are sitting very closely
20   together across this small table, if you shake
21   your head and if I do, both of us are going to
22   know exactly what we mean, but we need you to give
23   a spoken answer to all the questions.  So what I'd
24   ask you to do is wait until I'm done or any of us
```

2 (Pages 2 to 5)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 6

1 are done asking you a question and then you
2 respond, and I'll try to wait before you're done
3 as well before I ask my next question.
4 THE WITNESS: Okay.
5 MR. RUDA: If I should ask you a
6 question, and when I get done with it, you think
7 to yourself you have no idea what I asked you,
8 that's my fault, not yours. That would be a bad
9 question. I've asked them in the past, and I am
10 reasonably certain in the future at some point I'm
11 going to ask another bad question. So don't be
12 shy by telling me you don't know what I mean.
13 THE WITNESS: Okay.
14 BY MR. RUDA:
15 Q. Let's get started with just some
16 background information.
17 Can I have your date of birth,
18 please?
19 A. ▬▬▬▬▬▬
20 Q. And what is your Social Security
21 number?
22 A. ▬▬▬▬▬
23 Q. And currently where do you reside?
24 A. 1040 Ontario Street, Unit 2I, Oak Park,

Page 7

1 Illinois, 60302.
2 Q. How long have you lived at that
3 address?
4 A. Around five years.
5 Q. So at the time of the accident, you
6 were living at that address?
7 A. That is correct.
8 Q. And just so we have it clear the time
9 of the accident or the date this accident occurred
10 was September 23, 2007; is that correct?
11 A. Correct.
12 Q. Now, can you tell me are you currently
13 married?
14 A. Divorced.
15 Q. How long have you been divorced for?
16 A. I don't know.
17 Q. Approximately.
18 A. Maybe seven years, eight years maybe.
19 Q. At the time the accident occurred, back
20 in September of 2007, you were divorced?
21 A. Yes.
22 Q. At the time of the accident,
23 September 23rd of 2007, other than yourself, did
24 anyone else reside with you at your address in

Page 8

1 Oak Park?
2 A. No.
3 Q. So you lived alone?
4 A. Yes.
5 Q. Do you have any children, ma'am?
6 A. No.
7 Q. Let me ask — and I'll jump around a
8 little bit.
9 After the accident, did anyone come
10 to stay or live with you to care for you, keep an
11 eye on you after this accident?
12 A. My friend did.
13 Q. And what's your friend's name?
14 A. Frances Owens.
15 Q. Is that F-r- —
16 A. F-r-a-n-c-e-s, O-w-e-n-s.
17 Q. And Frances Owens, what is her address?
18 A. I don't know if I — I don't have that.
19 She lives in Calumet City. I can get that for
20 you, though.
21 Q. You can have your counsel provide that
22 to us.
23 A. All right.
24 Q. And do you have a phone number or

Page 9

1 something for her that you happen to know?
2 A. Uh-huh.
3 MS. SCOTT: If you want, I can just
4 provide all that information, contact information
5 for Frances Owens.
6 BY MR. RUDA:
7 Q. Ms. Owens, as best you can recall, when
8 is it that she came to stay with you after this
9 accident?
10 A. I was discharged from the hospital, I
11 believe, on February 15th, and she stayed with me
12 for about a week.
13 Q. So February 15th of 2008?
14 A. Yeah, it would be 2008.
15 Q. And when she stayed with you, what sort
16 of things did she do other than — I'm sure she
17 provided emotional support and that sort of thing.
18 Did she do other things for you?
19 A. Yes. She would help me get up off the
20 couch because I couldn't get up by myself. She
21 would do the dishes. She did the house cleaning.
22 She prepared my meals for me. She basically took
23 care of me.
24 Q. And that was for about a week, you

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 10

1 said?
2    A. Uh-huh.
3    Q. Is that a yes, ma'am?
4    A. I'm sorry. Yes.
5    Q. I failed to mention that an uh-huh, we
6 know what you mean, but it is a yes or no.
7    A. I understand it. You might have to
8 keep telling me that, but I understand.
9    Q. Other than Ms. Owens, did you after
10 that point have anyone else that came in and
11 provided care to you, whether it's a friend or
12 relative or someone you hired to do so?
13    A. I had a nurse, a home nurse that came
14 in, and then also an occupational therapist.
15    Q. They came to the house?
16    A. Yes.
17    Q. Just generally speaking, we will come
18 back to that.
19      How long was there a home nurse
20 that would come to your apartment, over what
21 period of time?
22    A. I don't know exactly. Let me see.
23 I would say at least two months.
24    Q. And then the occupational therapist,

Page 11

1 how long did you have the occupational therapist
2 come to the house?
3    A. Approximately the same time.
4    Q. Were they coming during the same
5 two-month period?
6    A. Yes.
7    Q. Now, other than that first week when
8 you returned to your house in February of 2008,
9 did you have anyone else that would do things,
10 such as dishes, cleaning, prepare meals, help you
11 around the house, do day-to-day activities that
12 you needed to do wherever you live?
13    A. No. I'd say my friends would always --
14 they still do. They come over and see about me
15 and they do things for me, including Frances.
16 She still does that. My laundry has to be done
17 outside the house. It's an outside thing, and she
18 comes over and she does my laundry still because I
19 have difficulty with the steps.
20    Q. Let me ask, other than Frances Owens
21 doing your laundry, continuing to do so, are there
22 any other specific things that your friends do for
23 you, grocery shopping or whatever it might be?
24    A. No. I can do that. No. I would say

Page 12

1 not. Not at this time.
2    Q. And when you said that your friends
3 will come over and check on you and maybe help you
4 with things, do you mean they were visiting, and
5 if you need to get a box off a shelf or something,
6 they might do it if you can't do it?
7    A. Correct.
8    Q. So it's not a regular --
9    A. No, it is not at this point.
10    Q. Going back then to just some background
11 information.
12      At the time of the accident, you
13 were employed. Where did you work?
14    A. American College of Surgeons.
15    Q. Just down on --
16    A. 633 North Saint Claire.
17    Q. And how long had you worked there?
18 When did you start there, in other words?
19    A. '91.
20    Q. And what was your job position or title
21 back at the time of the accident?
22    A. Convention services coordinator.
23    Q. Now, do you still work there?
24    A. Yes, I do.

Page 13

1    Q. Do you still hold the same position?
2    A. Yes, I do.
3    Q. Tell me -- and it doesn't have to be
4 long, but tell me briefly what does your job
5 involve. What sort of things do you do?
6    A. I mainly work with exhibitors, and when
7 their applications come in for exhibiting, I
8 process them, give them to my manager for book
9 assignments. It comes back to me, and I do the
10 financials and make sure all the contact
11 information is -- that all the financial
12 information is done. I keep in contact with
13 exhibitors. I send out invoices. I just
14 basically keep up with the exhibitors, and then on
15 site I supervise the registration area and make
16 sure that the booths are okay and all that kind of
17 stuff.
18    Q. And are the job duties you have now the
19 same as you had before the accident, or are they
20 any different?
21    A. I don't do as much as I did prior to
22 the accident.
23    Q. Now, before the accident, were you a
24 full-time employee at the American College of

4 (Pages 10 to 13)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

---

Page 14

1  Surgeons?
2      A.   Yes.
3      Q.   How about right now, are you a
4  full-time employee?
5      A.   Yes, I am.
6      Q.   For how long a period of time was it
7  that you were unable to work after the accident?
8  Do you recall?
9          MS. SCOTT: You're talking full-time or
10 just in general?
11         MR. RUDA: Just couldn't work period
12 after the accident.
13 BY MR. RUDA:
14     Q.   How long were you out of commission, in
15 other words, and unable to do any work?
16     A.   Until April of 2008, and I did a few
17 hours at home beginning in April and I did not go
18 back to work until June.
19     Q.   June of '08?
20     A.   Right, and that was like two days a
21 week I started out, and then it gradually
22 increased.
23     Q.   Let me ask, in terms of being off of
24 work until April, was that under the direction of

---

Page 15

1  your doctor or doctors?
2      A.   Yes, it was.
3      Q.   And then returning to do some work at
4  home, some at-home assignments, did your doctors
5  okay you to do it that, or did you do that on your
6  own?
7      A.   Yes, they did.
8      Q.   And how about back in June when you
9  returned two days a week, was that pursuant to
10 your doctor's orders?
11     A.   Correct.
12     Q.   Now, when you went back to two days
13 week, was that at your office back at the location
14 on
15 Saint Claire?
16     A.   Correct.
17     Q.   How long did you work two days a week
18 for? How long did that go on for?
19     A.   I can't remember.
20     Q.   Do you know, generally speaking, was it
21 5 months, 10 months, a year?
22     A.   I would say it was probably two months.
23     Q.   And then after two months, how much
24 more time did you start to work during —

---

Page 16

1      A.   Well, I increased it to three, and then
2  from three days I went to five days a week. And I
3  would say that by August, September, I was up to
4  five days a week.
5      Q.   So August, September of 2008 then you
6  were back to full-time?
7      A.   Correct.
8      Q.   Now, you mentioned earlier that what's
9  different about how you work now versus before the
10 accident is you don't work as much.
11         How do you quantify —
12     A.   No, I don't mean — Well, if you
13 understood me to say I don't have as much to do.
14     Q.   You mean your duties are different?
15     A.   I do the same thing, but it's not as
16 intense or involved as I was doing before.
17 For example, when I say I worked on site, I cannot
18 stand as long as I used to be able to. I cannot
19 walk through the exhibits as I used to be able to.
20 I have to have someone transport me because I
21 cannot stay on my feet as long as I used to.
22         I drive to work every day. They
23 have provided me parking because I cannot walk,
24 like, taking public transportation. I can walk

---

Page 17

1  maybe a block and a half now, and I'm looking
2  forward to that getting better, but right now
3  that's where I'm at.
4      Q.   Now, prior to the accident of September
5  of 2007, what was your compensation? Were you
6  salaried, hourly? What was your structure at that
7  time?
8      A.   It's the same as it is now. And what
9  is that? Salaried.
10     Q.   Now, at the time of the accident, do
11 you recall what your salary was, yearly salary?
12     A.   No, I do not. Excuse me. And I need
13 to tell you that I don't look at things like that,
14 so I can't tell you, but I can find out. Is that
15 something you need to know?
16         MS. SCOTT: I think you have her tax
17 returns.
18         MR. RUDA: We do.
19         THE WITNESS: Then that would tell you.
20 BY MR. RUDA:
21     Q.   How about now? I mean, what's your
22 yearly salary right now?
23     A.   I think it's the same.
24         MR. WEISS: Same as before the

---

5 (Pages 14 to 17)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 18

1 accident?
2 THE WITNESS: Well, maybe I got a
3 general increase, whatever you call that --
4 MS. SCOTT: Cost of living.
5 THE WITNESS: Cost of living. It
6 wouldn't have been over two percent, if I did.
7 BY MR. RUDA:
8 Q. Is that what your employer does? Do
9 they every year give a cost of living, or does it
10 depend on --
11 A. It depends on your evaluations and
12 those kinds of things. In fact, the last
13 evaluation I didn't get an increase.
14 Q. Why don't I hand you to what's been
15 marked as Sanders Deposition Exhibit 1. These are
16 your answers to interrogatories. Just take a look
17 at them and look at the last page and make sure
18 that these are yours. I'm sure they are. And, in
19 particular, I wanted you to look at the answer to
20 No. 8. But just look over the whole thing first
21 and let me know when you're done.
22 A. Sure.
23 Q. When you're done, let me know, and I'll
24 ask you just a quick question.

Page 19

1 A. Am I looking at the right thing? Where
2 am I supposed to look?
3 Q. I think the question was No. 8. Let me
4 know when you're done.
5 My question is: Are these your
6 answers to interrogatories? The very last page
7 has your signature on it, if you don't recall
8 seeing it before?
9 A. Yes. This is true. It was true at the
10 time that I wrote this, yes.
11 Q. So does that help you recall what your
12 annual salary was at the time, ma'am? The answer
13 to No. 8 asks about --
14 A. Well, it says "salary at the time of
15 the occurrence, approximately 42,000 a year."
16 Q. And I was going to hand to you also
17 Exhibit 2 and 3, which are '06 and '07 tax
18 returns. Can you take a look at those real
19 quickly?
20 Exhibit No. 2, which is the '06 tax
21 return, is that your tax return for the year 2006?
22 A. Uh-huh.
23 Q. Is that a yes?
24 A. Yes.

Page 20

1 Q. And Exhibit No. 3, is that your tax
2 return for the year 2007?
3 A. Yes.
4 Q. And the tax returns reflect the income
5 that you generated, which appears to be a hundred
6 percent from working at the American College of
7 Surgeons?
8 A. Correct.
9 Q. Now, let me ask you, in years
10 subsequent, you know -- Let's just talk about
11 2008, was your salary basically the same, or was
12 it any less or any more than what you earned in
13 the years 2006 and 2007? Pardon me. Strike that.
14 Compound question.
15 In 2008, do you know what your
16 income was from American College of Surgeons?
17 A. To be accurate, I would need to get the
18 information to you.
19 Q. Let me ask generally speaking.
20 A. You want 2008?
21 Q. Let me ask you a couple questions.
22 Generally speaking, would it be the
23 same as what your income was in 2007?
24 A. As far as I know, 2007, I would -- I

Page 21

1 don't think 2007, which are -- You're talking
2 about 2008?
3 Q. Yes, the year afterwards.
4 So, you know, the year that you
5 were rehabbing from the accident and you only
6 worked part-time.
7 A. I don't think it was that.
8 Q. Okay. We will --
9 A. I do not think it was the 45,000, no.
10 MR. RUDA: We would like to get a copy
11 of the 2008 tax return.
12 MS. SCOTT: That's fine.
13 BY MR. RUDA:
14 Q. How about this tax return that's due in
15 April of this year? Have you filed the 2009 tax
16 return yet, ma'am?
17 A. No.
18 Q. Do you have the W-2 forms from your
19 employer, W-2 form that you received from the
20 American College of Surgeons?
21 A. I do.
22 Q. Do you know what your income was this
23 year, in the year 200- --
24 A. I have not looked at it. I haven't

6 (Pages 18 to 21)

WASHINGTON-SANDERS vs. McFADDEN        ROSE M. WASHINGTON-SANDERS
07 L 013584                                    FEBRUARY 25, 2010

Page 22

1  even opened it.
2          MS. SCOTT: When you say this year --
3          MR. RUDA: I mean this year's tax
4  return, which is last year.
5  BY MR. RUDA:
6      Q.   So would you provide your 2009 W-2 form
7  to your attorney and you can send it to us. And
8  when you file the tax return, I suppose you should
9  do that, too. Just send her the W-2 forms now, if
10  you would be so kind.
11      A.   Uh-huh.
12      Q.   Now, in regard to the year 2008, can
13  you tell me generally -- it looks like -- I'm just
14  going to round the numbers. It looks like you
15  make between $41,500 and $42,000 a year, according
16  to the tax return that you have provided.
17          Do you know how much less money you
18  made in 2008? Was it 50 percent of that, or do
19  you have any idea, ma'am?
20          I am asking you to speculate, but I
21  am asking it based upon what you recall, at best
22  you know.
23          MS. SCOTT: I'm going to object. We've
24  gone over this, asked and answered. Yeah, I don't

Page 23

1  think -- Do you really want her to guess on an
2  answer? I don't think that -- I mean, I don't
3  want my client just guessing and speculating.
4  You know, if she knows, she knows. If she doesn't
5  know, we're going to get you the tax returns and
6  you will get your answer then.
7          MR. RUDA: She can answer the question
8  as it stands.
9          THE WITNESS: Ask it again, please.
10  BY MR. RUDA:
11      Q.   My question is: You were in between
12  $41,500 and about $42,000 a year in 2006, 2007.
13  In 2008, you said you've earned less money than
14  that.
15          I was asking you to tell me, as
16  best you can recall, based upon what you recall,
17  when you filed tax returns for that year, how much
18  less you earned? And you can tell me
19  percentage-wise if you want to, you know,
20  50 percent less.
21          I'm just asking again --
22      A.   Okay. I'm guessing, if my memory
23  serves me right, and I'm not sure about this, but
24  I think it was 34, I believe, and I will look at

Page 24

1  that when I go home.
2      Q.   Thank you, ma'am.
3          Now, in terms of your current
4  employment, do you have any plans at this point to
5  retire, any specific plans at this point?
6      A.   No, but I am 62.
7      Q.   That's why I asked specific plans.
8          Some day you'd like to retire, I
9  take it?
10      A.   Yes, some day I would like to. I was
11  just thinking about it. I probably can't do it.
12  I won't be able to retire so I can take care of
13  myself.
14      Q.   Now, in regard to the answers to
15  interrogatories, if I can just look at them real
16  quickly.
17      A.   Certainly.
18      Q.   In the answers, you had indicated some
19  persons that have basically knowledge of the
20  event, the accident, or your injuries, and the
21  first person is Sherlynn Reid. It's
22  S-h-e-r-l-y-n-n, and Reid is R-e-i-d.
23          First, just generally speaking,
24  what does Ms. Reid know about? Is it the

Page 25

1  accident, or is it your injuries or your rehab?
2  What things does she know about?
3      A.   Sherlynn and Frances -- Frances was
4  first to be at the hospital because, according to
5  the paramedics, she was the last person that I had
6  spoken with, so they notified her. And then
7  Frances notified Sherlynn, and they both were at
8  the hospital when I arrived.
9      Q.   So that's the date of the accident?
10      A.   Correct.
11      Q.   So they know about you in the hospital
12  and the things that happened that day?
13      A.   Correct.
14      Q.   Do they know about other things as
15  well, ma'am, concerning --
16      A.   What other things?
17      Q.   Well, your injuries or damages as a
18  result of the accident.
19      A.   They saw me in the hospital, so they
20  are aware of what happened to me, yes.
21      Q.   Did they visit you while you were in
22  the hospital during that period of time?
23      A.   Yes, they did.
24      Q.   Not just once.

7  (Pages 22 to 25)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 26

1    A.   Pretty much every day.
2    Q.   What about William Montell Washington?
3 I take it that's your --
4    A.   That is my brother.
5    Q.   What does Mr. Washington know about --
6 And, again, I'm asking questions because it is the
7 context of how the answers are phrased and the
8 questions were phrased.
9    Does Mr. Montell Washington, what
10 does he know, just generally speaking, about the
11 facts of the occurrence or your injuries and
12 damages you're claiming because of the occurrence?
13    I'm assuming he was probably not
14 there when you had the accident?
15    A.   No, he was not, but he was there the
16 next day.
17    Q.   So he came to see you in the hospital
18 then?
19    A.   Yes.
20    Q.   So how long a period of time was your
21 brother, Mr. Washington, in Chicago visiting you
22 in the hospital?
23    A.   He came approximately three to four
24 times. He lives in Washington D.C., and the times

Page 27

1 that he would come, he stayed three to five days.
2    Q.   So did he return more than once to
3 visit you?
4    A.   Yes, he did.
5    Q.   So over what period of time did that
6 happen?
7    A.   I would say from September to February.
8    Q.   So how many times did he come into town
9 to visit you?
10    A.   Three to four times.
11    Q.   Did he ever return after you were back
12 at home and either visit you once you were back at
13 home in, I think you said, February of 2008?
14    A.   No. I went to see him.
15    Q.   When did you go to see him?
16    A.   Christmas.
17    Q.   Of which year, ma'am?
18    A.   Probably 2008 and 2009.
19    Q.   Before the accident, would you go visit
20 him at Christmas time? Did you have a regular
21 schedule for the holidays that you'd been doing
22 for years?
23    A.   Usually, we would meet at home, and
24 then when my family -- mom and dad passed, then

Page 28

1 I'd go with him. I'd go wherever he was.
2    Q.   So how long had that been -- I know you
3 said you did it in '08 and '09.
4    You weren't able to do it obviously
5 in '07. You were in the hospital.
6    A.   They came to see me in the hospital.
7    Q.   What year did it start where you would
8 visit your brother wherever he was?
9    A.   Well, I would say my mom died -- When
10 was the last time I was in -- I don't know how
11 long she has been gone. When did it start that I
12 would go to my brother's? I always went to my
13 brother's, really, for Christmas even when I was
14 married.
15    Q.   So this is for years and years?
16    A.   Yeah.
17    Q.   Let me ask you --
18    A.   Or we would have -- Growing up, there
19 were five members in my father's family that we
20 rotated.
21    Q.   Houses that you would visit for the
22 holidays?
23    A.   Yes, we would rotate with the brothers
24 and sisters, and then it got to be just me

Page 29

1 going -- When the brothers and sisters died, then
2 I would go home and be with my mother, and from
3 there when my mother died, then I would go with my
4 brother.
5    Q.   Are you the only one here in Chicago?
6    A.   Uh-huh.
7    Q.   And that's a yes?
8    A.   I'm sorry. Yes, that is true.
9    Q.   Now, generally speaking, you talked
10 about work, how you can't work as intensely or as
11 hard, can't stand up as long, that sort of thing.
12    A.   I said I don't have the stamina that I
13 had before. That's basically it. My mind is very
14 good.
15    Q.   Other than that, are there things that
16 you used to do before this accident that you no
17 longer do? Any activities or things that you used
18 to be able to do?
19    A.   Well, I like to dance, and right now I
20 cannot do that. A little bit of chair dancing.
21 Let's see. I did like playing volleyball -- not
22 basketball -- volleyball, badminton. Anything
23 that involves riding my bike, anything that
24 involves using my legs I have not been able to do

8 (Pages 26 to 29)

WASHINGTON—SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 30

1  that.
2      Q.   In terms of riding a bike, did you used
3  to regularly ride a bike before the accident?
4      A.   No, it was not regular. It was
5  periodic, and I do have a bike.
6      Q.   How frequently did you ride your bike?
7      A.   I would say maybe once a month, twice a
8  month.
9      Q.   And then badminton, you mentioned.
10     A.   Well, I did play that, and I played
11  racketball at the Y and at the Gottlieb Health
12  Club that I belonged to. I don't belong to that
13  now. I belong to FCC.
14     Q.   And then before the accident, how
15  frequently would you play badminton? Let's say,
16  during a month, how often would you play?
17     A.   I would say maybe three to five times.
18     Q.   And how about racketball? How
19  frequently did you play before the accident?
20     A.   Once or twice a week.
21     Q.   And volleyball, how frequently did you
22  play that before the accident?
23     A.   That's not that often, just when I go
24  out with friends.

Page 31

1      Q.   So a couple times a year?
2      A.   You need an answer. Let's say five
3  times a year.
4      Q.   Was this, you know, at the Y if they
5  had the volleyball net up, and you'd just kind of
6  goof around?
7      A.   Yes.
8      Q.   How about dancing? Before the
9  accident, how frequently would you dance?
10     A.   Well, when I was married, we would go
11  out every week and dance at least twice, one to
12  two times a week. And then after that, after on
13  my own, I would go out maybe once, twice a month.
14     Q.   And where would you go dancing?
15     A.   It's called the Taste, which is on,
16  like, 63rd and something -- I don't know. It's on
17  the South Side.
18     Q.   In Chicago?
19     A.   Yes. And really some of the
20  organizations that I'm in when we have what are
21  called stepper's sets or something like that, I
22  would dance at those, too, if someone would ask me
23  to dance. Otherwise, I'd dance with ladies.
24     Q.   You weren't taking a dance class?

Page 32

1      A.   No, no. Yeah, I thought that I would
2  really like do that because we have line dancing,
3  and I used to do -- I like doing that, too, but I
4  will, but not right now.
5      Q.   So before the accident, you used to
6  dance, occasionally play volleyball, badminton,
7  ride a bike occasionally, racketball regularly.
8          Can you not do any of those
9  activities now or --
10     A.   As I said, I can dance just a little.
11  It's the stamina, once again, and it's the ankle,
12  and the thighs, too. They give out, they cramp.
13  So I can't maintain the stamina, as I said.
14  That's how I can...
15     Q.   So is it painful, or is it more just
16  you don't have the endurance, as you said, the
17  stamina?
18     A.   Sometimes it's painful, and I do get
19  cramps, even sometimes laying in bed.
20     Q.   In regard to the accident, let's kind
21  of direct our attention to the day of the
22  accident. We all know you were in a cab.
23          Where is it you were picked up?
24  At what location?

Page 33

1      A.   Midway Airport.
2      Q.   Had you flown in from somewhere?
3      A.   From Little Rock, Arkansas.
4      Q.   And what was the purpose of the visit
5  to Little Rock?
6      A.   My nephew, great nephew, probably -- I
7  don't know -- birthday. It was a birthday.
8      Q.   And what time of day was it that you
9  were picked up at Midway?
10     A.   It was afternoon. I believe around
11  2:00 or so.
12     Q.   And did you call someone and have a cab
13  come, or did you just walk out and see somebody
14  and they grabbed you?
15     A.   No, I called Blue Cab, which is located
16  in Oak Park.
17     Q.   And why did you call Blue Cab?
18     A.   Which is located in Oak Park.
19     Q.   So you know that they're there?
20     A.   Yes.
21     Q.   Had you used Blue Cab before?
22     A.   Yes, I had for travel.
23     Q.   You mean to and from the airport kind
24  of thing or other things as well?

9 (Pages 30 to 33)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 34

1    A.   Yeah, that's right, just travel,
2    airport.
3    Q.   Now, the driver of the cab at the time
4    of the accident was Thomas McFadden.
5        Had you ever ridden with
6    Mr. McFadden before the day of the accident?
7    A.   No, and it's nice to know his name.
8    Q.   And the driver of the cab, did you know
9    him before the accident? Did you ever meet him,
10   see him, know him? He wasn't your next door
11   neighbor, something like that?
12   A.   No.
13   Q.   So let's kind of run through it then.
14       So you called Blue Cab, asked for a
15   cab; is that correct?
16   A.   Yes.
17   Q.   So you were picked up at Midway?
18   A.   Yes.
19   Q.   Midway is pretty small.
20       Is it in the area where taxi cabs
21   pick people up or a specific terminal? Where was
22   it that you were picked up at?
23   A.   Well, I was flying Southwest, so it
24   would be the pick up for Southwest, whatever

Page 35

1    terminal, you know, whatever area that is.
2    Q.   When the cab arrived, did you have
3    luggage?
4    A.   I did.
5    Q.   Who put the luggage in the cab, if you
6    recall?
7    A.   I don't recall.
8    Q.   Do you know was the luggage in the
9    trunk, or was it in the back of the cab with you?
10   A.   It was in the trunk.
11   Q.   Now, when the cab arrived, pulled up,
12   and you realized it was for you, did you have any
13   conversation with the cab driver at all?
14   A.   No.
15   Q.   He didn't speak to you? He didn't --
16   A.   Oh, conversation being he said --
17   Well, I knew the cab number, because that's what
18   Blue Cab does, they give you a cab number that's
19   going to pick you up so that you know what's
20   coming, and the conversation being I told him
21   where I was going.
22   Q.   So when the cab is approaching --
23   A.   Like maybe hello or --
24   Q.   I'll ask you to run through it.

Page 36

1        Did you see the cab approaching,
2    did you know, or did you just see it stopped and
3    you saw the number? Just kind of run me through
4    the sequence as best you can recall now.
5    A.   I was standing out in the waiting area,
6    and I saw the cab pull up. It's a blue and white
7    cab, and then I saw the number on it, so I knew it
8    was for me.
9    Q.   Is there a name on the cab?
10   A.   It says Blue Cab.
11   Q.   So you saw it. I take it you
12   approached the cab then?
13   A.   I probably did something like that to
14   let him know that it's me (indicating). I did a
15   hand wave.
16   Q.   Now, do you recall speaking to the cab
17   driver at all or him saying anything to you? Not
18   what you assume happened, but --
19   A.   When?
20   Q.   Initially, when the cab pulled up.
21   After your gesture and the cab driver knew it was
22   you that he was supposed to pick up, did you have
23   any conversation with him of any kind?
24   A.   I don't recall that.

Page 37

1    Q.   In terms of where you were going to,
2    what was your destination?
3    A.   1040 Ontario.
4    Q.   So you were going home?
5    A.   Yes.
6    Q.   Now, do you recall having any
7    conversation with the cab driver concerning
8    telling him where you wanted to go or him saying
9    "Where are you going, ma'am?" Something like
10   that?
11   A.   What I recall is telling him that "I'm
12   going to 1040 Ontario." I would think that he
13   acknowledged what I said. We really didn't have a
14   conversation at that point.
15   Q.   At any time prior to the accident while
16   you were inside the cab, was there any
17   conversation between you and the driver,
18   Mr. McFadden? And as best as you recall, was
19   there any --
20   A.   I know we did talk, but I really don't
21   remember the conversation.
22   Q.   Now, the driver of the cab, can you
23   describe him at all? Do you remember what he
24   looked like?

AROUND THE CLOCK COURT REPORTING, LLC
(866) 603-5822      (773) 863-8689

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 38

1    A.   What I recall is that he -- He's tall,
2  average size, and I would say that he would be --
3  I think he had salt and pepper hair, I believe,
4  and I would think that he would probably be in his
5  maybe 60s and he is white and that's about it.
6    Q.   When you conversed with him, did you
7  notice anything unusual about the manner in which
8  he conversed with you?
9    A.   No.
10   Q.   And, again, you remember some sort of
11  conversation, but you don't really remember what
12  it was about and who said what; is that correct?
13   A.   I would say part of the conversation,
14  probably one part of it had to do with because he
15  did not take the expressway. He took the streets,
16  and we talked about why he took the streets.
17  You know, it was better traffic-wise traveling,
18  and that's basically all I remember, but I know we
19  did have some kind of conversation.
20   Q.   Now, after you were picked up inside
21  the cab and the cab departed from Midway, what
22  route was taken?
23   A.   I don't recall that. It's possible
24  that he went down -- What is that? Cicero to --

Page 39

1  No, no.
2    MS. SCOTT: If you don't know, I don't
3  want you to guess.
4    THE WITNESS: I don't know. We were on
5  the streets. I don't know.
6  BY MR. RUDA:
7    Q.   At some point, do you know the name of
8  the street you were on before the accident? At
9  some point can you pick up the route for me, you
10  know, where you got to at the point of the
11  accident?
12   A.   No.
13   Q.   Do you know what street you were on
14  immediately before the accident occurred?
15   A.   No, I don't. I thought I did, but, no,
16  I don't, because -- I think it was Roosevelt, but
17  I don't really remember.
18   Q.   Before you gave your deposition today,
19  did you look at documents or answers to
20  interrogatories?
21   A.   I sure didn't.
22   Q.   Did you look at police reports or
23  anything?
24   A.   I have not looked at a thing.

Page 40

1    Q.   Now, can you describe to me as -- and I
2  think you were on Roosevelt Road from what I can
3  tell, but I wasn't there, so I don't know.
4    But can you tell me as you're
5  driving along this road, whatever road it was, did
6  you see or notice anything unusual before the
7  accident took place?
8    A.   I did.
9    Q.   Could you tell me what you saw?
10   A.   I saw Mr. McFadden.
11   Q.   The driver?
12   A.   The driver. I saw the driver. He was
13  kind of pushed back in the seat and leaning to the
14  right a bit, and I did ask him if he was all
15  right.
16   Q.   Was that a different position than he
17  had been at some point?
18   A.   Yes, it was. He was sitting straight
19  in the seat before as a driver does.
20   Q.   So he was pushed back in the seat and
21  leaning?
22   A.   Sort of pushed back like this. He was
23  sitting back like this (indicating).
24   Q.   So you asked the driver, you know --

Page 41

1    A.   I asked him if he was all right.
2    Q.   Did you receive a response to that
3  question?
4    A.   No, I did not. I received a physical
5  response.
6    Q.   And what was that?
7    A.   He quickly turned around and looked at
8  me from the right. He looked around at me like
9  this and went back like that (indicating).
10   Q.   Okay. And can you tell me what is it
11  about him leaning to the right and sort of pushing
12  back that you thought was unusual?
13   A.   Because he was not -- I just wondered
14  what was wrong because he was not sitting like a
15  driver does.
16   Q.   Could you tell where his hands were at
17  that point? Were they on the wheel or somewhere
18  else?
19   A.   He had his hands on the steering wheel.
20   Q.   So after you asked this question and he
21  turned around quickly and looked at you, did he
22  look back forward again?
23   A.   Yes, he did.
24   Q.   Did you notice anything unusual or out

11 (Pages 38 to 41)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 42

1  of the ordinary, as far as you were concerned, at
2  any time after that up until when the accident
3  happened, the collision occurred?
4      A.   I think also I saw his right leg go up,
5  and I thought, okay, he is going to put his foot
6  on the brake and we are going to stop, and instead
7  of that, the foot went on the accelerator. And
8  then it's interesting time-wise that I had time to
9  see all this, but I did, that I said, okay, we're
10  getting out of control and there is nothing I can
11  do about this, so...
12     Q.   Let's go through it real quickly.
13          So you said, "Hey, are you all
14  right?" And then he turns around and looks at you
15  and looks back forward again.
16          When was it that you saw his right
17  leg go up?
18     A.   That was the sequence. I would say
19  that it happened almost immediately.
20     Q.   So you ask him the question, he looked
21  back, and his right leg goes up and quickly it
22  happens?
23     A.   I really believe so.
24     Q.   So there's no time lag in between?

Page 43

1      A.   No, I don't recall a time lag. It just
2  happened.
3      Q.   And after you saw his right leg go up,
4  then you said his foot was on the accelerator.
5          Did you see it on the accelerator,
6  or did you feel the car accelerate?
7      A.   I felt the car -- the taxi accelerate.
8      Q.   And did that, again, happen just
9  immediately after you saw his right leg go up?
10  Did the acceleration begin in a quick sequence, as
11  you said, or --
12     A.   I don't know the time frame, but there
13  was time there that I saw and felt what was
14  happening, and it was like it was just one thing
15  after another. I don't know how I can put a
16  time -- I mean, it happened quickly, but I could
17  observe it.
18     Q.   In terms of where you were sitting in
19  the cab, where were you sitting?
20     A.   I was sitting on the passenger side in
21  the back seat.
22     Q.   And what sort of divider or thing
23  separating you --
24     A.   Well, it would be the two seats. There

Page 44

1  was no -- what do you call that? Plastic or
2  whatever. That was not up there.
3      Q.   So it was as if you were sitting in
4  an --
5      A.   A regular car.
6          MS. SCOTT: Wait for him to completely
7  finish his question.
8          THE WITNESS: Oh, yes. I'm sorry.
9  BY MR. RUDA:
10     Q.   So in the front seat, were there two
11  seats and then space in between for an arm rest or
12  something like that?
13     A.   Correct.
14     Q.   Is that why you could see his leg move
15  where you were sitting?
16     A.   That is correct.
17     Q.   I take it from where you were sitting
18  and where he was driving, it was, as we used to
19  say in the old days, kitty corner. That is an
20  angle to your left.
21          I'll give you my positioning of
22  hands. He was here, you were here, and you could
23  see him because it was open in the middle?
24     A.   That is correct.

Page 45

1      Q.   When you say you saw his leg go up,
2  could you describe more specifically what you
3  mean?
4      A.   I would say that it went higher than --
5  When you look at a person driving, their knee is
6  extended a bit, and for his knee to go up, it was
7  bent more. I don't know if that explains it, but
8  it was just lifted. It lifted a bit. The leg
9  lifted a bit. It was a lift that I could see
10  distance-wise.
11     Q.   Was it the knee that you saw lift up?
12  Was it his foot that you saw lift up?
13     A.   I did not see the foot. I saw -- And I
14  said leg, I would say the thigh and the knee, and
15  which the calf and the foot is connected.
16     Q.   And again, just so we're clear, from
17  when you saw the thigh and the knee lift up, as
18  you've described it, until you felt the car
19  accelerating?
20     A.   Right, because I thought that he was
21  getting ready to put the brake on.
22     Q.   How much time went by?
23     A.   I cannot tell you.
24     Q.   So was it quick, or was it

12 (Pages 42 to 45)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 46

1  five seconds? Because five seconds is actually a
2  very long time, if you're just sitting in a car.
3        So I'm asking if you can tell at
4  all how much time it was?
5        A.  As I said, I had time to observe it.
6  So I don't know. You judge time. I know I -- I
7  don't know. I can't answer that.
8        Q.  Before you saw the leg move up, the
9  right leg go up in the air, what would you say the
10  speed was the taxi was traveling at?
11        A.  I cannot -- I don't know.
12        Q.  Do you know what the speed limit was on
13  the street?
14        A.  No, I don't, but I would think it would
15  be 30. I don't know.
16        Q.  After you saw the leg go up and you
17  said you felt the car begin to accelerate, how
18  would you describe the force of the acceleration?
19  In your own words, describe it to me as best you
20  can.
21        A.  It was enough that I knew something was
22  going to happen.
23        Q.  What do you mean by that, that you knew
24  something was going to happen?

Page 47

1        A.  Because the acceleration was such
2  that -- It was just inappropriate acceleration as
3  far as riding in a cab, and I saw -- He still had
4  his hands on the steering wheel, but I saw the cab
5  going towards the pole and he started -- I saw the
6  losing of control start to happen.
7        Q.  And I know this may be difficult for
8  you, and I apologize.
9        A.  That's all right. I'll start crying
10  and I won't cut you off, but it's emotional for
11  me.
12        Q.  And if you need a break, let us know.
13        A.  Okay.
14        Q.  How much time would you say went by
15  between when you felt the acceleration begin until
16  the impact occurred?
17        A.  I can't judge time. I don't know.
18        Q.  How about --
19        A.  I'll say six seconds. I don't know.
20        Q.  At the time of impact, do you know what
21  the speed of the taxi cab was?
22        A.  No, I don't.
23        Q.  You mentioned that there was contact
24  with a pole.

Page 48

1        What kind of pole was it, ma'am?
2  How would you describe it?
3        A.  I believe it was one of those poles --
4  a light pole, I think, that was, like, beige
5  and -- Does it have speckles in it or something?
6        Q.  A street lamp?
7        A.  Street lamp, light pole.
8        Q.  Now, you mentioned before that when the
9  vehicle started to accelerate, his hands were on
10  the wheel, and then you saw the vehicle going
11  toward the pole; is that correct?
12        A.  I'm sorry. Yes, it is correct.
13        Q.  Do you know how many lanes of traffic
14  there were on the road that you were traveling on
15  before any of these things occurred?
16        A.  No.
17        Q.  One lane? Two lanes?
18        A.  No. I think there were two lanes.
19  I think there were two lanes, but we were -- I do
20  recall that we were in the -- What do you call
21  that? The inside lane. Next to the street, next
22  to the sidewalk.
23        Q.  Closest to the curb?
24        A.  Yeah.

Page 49

1        Q.  Were there any other cars or vehicles
2  around you, let's say, before his leg lifted up,
3  the right leg lifted up?
4        A.  I don't know.
5        Q.  Now, from the time period that you felt
6  the car accelerate until there was the impact with
7  the pole and the vehicle, did the car ever slow
8  down?
9        A.  Well, I don't know that. I would think
10  it slowed down when it hit the light pole.
11        Q.  Well, before it hit, I'm asking if you
12  felt the vehicle slow down at all?
13        A.  No, I did not.
14        Q.  Were you looking at what the driver was
15  doing, applying his brake, or accelerator at that
16  point?
17        A.  No, I was not.
18        Q.  What were you looking at once you felt
19  the acceleration and you saw the vehicle start to
20  go towards the pole? What were you looking at at
21  that point?
22        A.  I was looking straight ahead, I
23  believe, because I sat back in the seat and
24  relaxed and said, "God, this is yours."

13 (Pages 46 to 49)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 50

1    Q.   Did you have your seatbelt on at the
2  time?
3    A.   No, I did not.
4    Q.   Now, describe to me as best you can --
5  and, again, I know this is difficult, but the
6  force of the impact, how would you describe it in
7  your own words to us?
8    A.   I can only tell you what happened to
9  me. I went head first -- at least I think I did.
10  That's what I felt, head first. My head hit the
11  rearview mirror, and then I came back and ended up
12  on the floor.
13    Q.   The floor in the rear --
14    A.   The floor in the rear of the taxi cab.
15    Q.   And you said -- at least you think your
16  head hit the mirror.
17       Why do you say you think? Do you
18  recall that, or somebody told you that later?
19    A.   No, because I felt it. I felt
20  something hit my head, and all I know is that it
21  had to be the rearview mirror.
22    Q.   Now, at the time of impact, did you
23  hear any noises and, if so, what were they?
24    A.   I didn't hear any noises.

Page 51

1    Q.   Did air bags deploy in the vehicle; do
2  you know?
3    A.   The air bag deployed on the driver's
4  side, and I was aware of that. I saw it.
5    Q.   Can you tell me, if you know, did you
6  lose consciousness, if you know, after the impact
7  occurred?
8    A.   In the car, no, I did not.
9    Q.   Now, immediately after the impact took
10  place, tell me how you felt emotionally, as well
11  as physically? And you can start either way you
12  want to tell me.
13    A.   Well, first of all, I thought how did I
14  get on the floor, because I'm tall and I'm a large
15  woman and I thought it was interesting that I was
16  sitting on the floor, and then the cab driver
17  asked me if I could open his seatbelt and I said
18  sure. I could not move my arms to open his
19  seatbelt, and I told him I was sorry, but it
20  didn't register with me that I couldn't move my
21  arm.
22    Q.   Were your arms giving you pain or
23  discomfort at that point?
24    A.   I couldn't move them. I don't know if

Page 52

1  I was in pain or not. I don't know, but I
2  couldn't move them.
3    Q.   Now, how else did you feel then as you
4  were in the back of the car?
5    A.   That was about it.
6    Q.   In regard to the driver, what could you
7  see? I mean, you said you were on the floor of
8  the car.
9    A.   The only thing I thought I saw -- I'm
10  thinking I saw the air bag open. I saw blood
11  splatter, and that was it and then he asked me if
12  I could unfasten his seatbelt.
13    Q.   You said you couldn't.
14       Was there any other conversation
15  between you and the driver in the car?
16    A.   No, nothing else.
17    Q.   I know you couldn't move your arms.
18  Did you attempt to move your legs or your body in
19  any fashion?
20    A.   No.
21    Q.   What happened next? Did people come to
22  help you out of the vehicle?
23    A.   The paramedics came.
24    Q.   How long was it would you say from when

Page 53

1  the impact occurred until the paramedics arrived?
2    A.   It seems to me that it was almost
3  immediate. I mean, like, maybe not even
4  five minutes passed.
5    Q.   Were there any bystanders that came to
6  the car to ask you questions or help or anything?
7    A.   I only remember seeing a lady. I don't
8  remember that she was at the car. I just remember
9  seeing a lady.
10    Q.   Did you call the fire department or the
11  paramedics?
12    A.   No, I did not.
13    Q.   Did the driver call anyone, that you
14  can tell?
15    A.   Not to my knowledge.
16    Q.   Once the paramedics arrived at the
17  scene, what did they do for you?
18    A.   The paramedics, I recall getting into
19  the cab with me and telling me that they were
20  going to have to cut us out of the cab and that
21  they were going to take the driver first and that
22  they were going to put a tarp over me.
23    Q.   And then did they put a tarp over you?
24    A.   Yes.

14  (Pages 50 to 53)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

**Page 54**

1    Q.   Did they cut the car to get --
2    A.   I guess so.
3    Q.   Were you conscious at that point when
4 they were cutting the vehicle?
5    A.   I was conscious until what I remember
6 is being pulled out of the cab, put on the
7 stretcher and put in the ambulance, and that's
8 about as far as I go.
9    Q.   Can you tell me, as best you recall,
10 how long did it actually take them from when they
11 arrived at the scene of the accident until you got
12 to the point where you don't have a recollection
13 of what happened?
14    A.   I have no idea of the time. I really
15 don't.
16    Q.   Did you see them remove the driver out
17 of the cab?
18    A.   No, I did not.
19    Q.   During the time that you and the driver
20 were in the cab, at any point, did he lose
21 consciousness, as far as you can tell, if you
22 could tell?
23    A.   I don't know that.
24    Q.   Was he making any noises or sounds, not

**Page 55**

1 necessarily conversation?
2    A.   Not to my remembrance.
3    Q.   When the paramedics came to the scene
4 of the vehicle and talked to you and told you what
5 they were going to do, did they ask you questions?
6    A.   I don't recall being asked questions.
7    Q.   What's the next thing that you recall
8 after they got you out of the cab, put you on a
9 stretcher, and were getting you to the ambulance?
10 You said at that point you don't recall anything.
11    A.   No, other than they said that they were
12 going to have to cut off my top. I do remember
13 that, and that they were going to need to remove
14 my nail polish.
15    Q.   And did you lose consciousness, if you
16 know?
17    A.   Evidently. I don't know, but evidently
18 I did because I don't remember anything else.
19    Q.   What's next thing you remember?
20    A.   I remember the nurse coming to me and
21 saying that your sisters are here, and I remember
22 saying to the nurse "I have no sisters."
23    Q.   Well, that's because they said they
24 were your sisters so they could get in.

**Page 56**

1    A.   Oh, I know, and I told the nurse who
2 they were and I said it's fine.
3    Q.   Do you know when that was, what time of
4 day?
5    A.   No. I have no idea, no.
6    Q.   Maybe you didn't know then but do you
7 know now? Had anything been done for you at that
8 point, or were you still in the ER triage unit
9 where they were --
10    A.   I believe I was in the ER. Well, I was
11 in ER because I think Frances told me that the cab
12 driver was next to me in a different, you know...
13    Q.   Let me ask you a question about the cab
14 driver.
15       Did you and the cab driver have any
16 conversations while you were in the ER together?
17    A.   Oh, no. I haven't seen him, no. In
18 fact, I hope he's all right.
19    Q.   And you haven't spoken to him?
20    A.   No.
21    Q.   And how long were you in the ER until
22 they started --
23    A.   I do not know that.
24    Q.   Did you remain in the same hospital

**Page 57**

1 until February, or at some point did you move
2 somewhere else?
3    A.   No. September 23rd till, I believe, it
4 was October 8th that I moved to West Suburban
5 Hospital for rehab. October 8th I believe it was.
6    Q.   But the hospital that you were taken
7 to --
8    A.   Loyola for the ER?
9    Q.   And were you admitted at Loyola then?
10    A.   Yes. That's where I had my surgery.
11    Q.   Well, let's go through that then.
12       While you were in the hospital in
13 the ER, tell me how you felt at that time.
14    A.   I don't know. They told me I was in
15 pain, so maybe I was. I don't know how I felt.
16 I really don't know.
17    Q.   Is there any particular part of your
18 head, your arm, or leg, any part of your body that
19 hurt, that you recall? I'm sure they gave you
20 pain medication at some point.
21    A.   I don't recall. I'm going to say
22 something that's off the wall right now. What I
23 do recall is that I had visitors, and I think I
24 was hallucinating, so I'm pretty sure I was on

15 (Pages 54 to 57)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

---

Page 58

1  medication.
2  Q. Okay. I'm not asking this to say you
3  were off the wall, but the visitors obviously --
4  You mentioned that your friends were there, that
5  they came to the hospital together basically.
6  A. Yes.
7  Q. The other visitors that you saw, that
8  you think you saw, who were they?
9  A. My dead animals, my pets.
10  Q. That's not unusual, by the way,
11  especially for what they were giving you, which is
12  probably why you also don't recall the pain that
13  you most certainly had.
14  So what did they do for you in the
15  ER other than poke you and look at you and hook
16  you up to tubes and give you stuff?
17  A. That's what I was told they did. Thank
18  you.
19  Q. Do you recall anything specifically?
20  A. I really don't.
21  Q. Once they admitted you to the hospital,
22  what's the first thing that you recall they did,
23  what kind of procedure or things they did for you?
24  A. You know, the only thing that I

---

Page 59

1  remember is leaving Loyola and going to West Sub.
2  I really don't remember -- It's only what I have
3  been told. Yeah, it's what I've been told, that
4  psychologically I think I was -- I've been told
5  that I was much worst off than I thought I was,
6  basically, is all I can say about that.
7  Q. If this isn't a fair statement, tell me
8  it's not.
9  But is it fair to say that at this
10  point that you do not recall what procedures were
11  done to you at Loyola, and your knowledge of it is
12  based upon what people told you or looking at
13  records or seeing a bill or something like that?
14  A. Well, I could say that I know that I
15  had casts on my arms because I remember seeing
16  that and I have the scars, and I know that I had
17  surgery on my ankle because I saw that. I know
18  that they did skin grafts because I can look at my
19  leg and see that. I know that I had rods put in
20  because I can see the spot where they did it.
21  At the time that it was occurring -- I also have
22  stitches that go up my leg, and I have a scar down
23  my back. I know that they did work on me because
24  I can see it, but at the time that it was

---

Page 60

1  occurring I did not experience it.
2  Q. So is it fair to say that you know you
3  had these procedures done because you can see the
4  remnants of them?
5  A. Correct.
6  Q. Other than you recall casts on your
7  arms.
8  So you actually recall seeing them
9  on your arms. And that's why you know that at
10  Loyola they did a whole number of different
11  treatments and procedures?
12  A. That is correct.
13  Q. So you don't have a recollection of
14  going into the surgical room and them doing your
15  arms or doing your ankle. Is that a correct
16  statement?
17  A. That is correct. No, I do not.
18  Q. Now, you said before that you do recall
19  leaving Loyola.
20  A. Uh-huh.
21  Q. Is that correct?
22  A. That is correct.
23  Q. So when you left Loyola -- And it looks
24  like you were admitted to West Suburban on

---

Page 61

1  October 8th of 2007.
2  Tell me what you recall about that
3  day when you left Loyola.
4  A. I recall being put on a stretcher.
5  Q. So you weren't in a wheelchair. They
6  took you by stretcher?
7  A. (Nodding.)
8  MS. SCOTT: Is that a yes?
9  THE WITNESS: I'm sorry. Yes, I was in
10  a stretcher.
11  BY MR. RUDA:
12  Q. Were you transferred via ambulance to
13  West Suburban?
14  A. Yes, I was.
15  Q. Do you recall how you felt that day,
16  you know, how your body felt?
17  A. No.
18  Q. Now, once you got to West Suburban, do
19  you recall what sort of treatment you received at
20  West Suburban Medical Center?
21  A. I think initially when I got there I
22  was still immobile. I could not feed myself.
23  I really couldn't do anything for myself, so I
24  would think that the treatment that I got was just

---

16 (Pages 58 to 61)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

**Page 62**

1 the immediate care, I don't know, feeding me
2 and --
3    Q.   Do you know the reason why you were
4 transferred from Loyola to West Suburban Medical
5 Center?
6    A.   I think I requested to do that because
7 I lived in Oak Park.
8    Q.   It was closer to home?
9    A.   Correct.
10    Q.   Other than that, was there a medical
11 reason or some other reason?
12    A.   (Shaking head.)
13    Q.   Is that no?
14    A.   No, I don't believe so.  Thank you.
15    Q.   When you were at Loyola, do you recall
16 that you were immobile and they had to feed you
17 and take care of whatever needs you had, they had
18 to do that basically for you?
19    A.   I know that is true, but I don't recall
20 it.
21    Q.   That's what I thought, but I wanted to
22 make sure.
23         Once you got to West Suburban, at
24 some point, I assume that you began to undergo

**Page 63**

1 therapy; is that correct?
2    A.   But I don't recall when it started, but
3 I did.  They started by doing therapy in the room,
4 and then from there I progressed to going to the
5 rehab center.  It's on the 5th floor of West Sub.
6    Q.   Now, when you were at West Suburban
7 Hospital, were you still having to lie down?
8 Maybe they raised you up a little bit, but were
9 you able to sit up, such as we are sitting in
10 chairs now?
11    A.   Initially, no.  As I said, I don't know
12 when I started, but I did -- I could only be on my
13 back.  I wore -- I had a protective boot on my
14 left leg.  I had to keep pillows under my knees to
15 relieve the -- It was just totally uncomfortable.
16 I remember that.  I had no strength or energy to
17 move myself over the bed.  I couldn't do that.
18    Q.   Would they come and turn you or move
19 you to different sides?
20    A.   They propped me with pillows because --
21 part of the skin graft is on this left side of my
22 leg, so I couldn't lay on that, and I couldn't get
23 over to the right side, I think, because there was
24 a muscle removed from my back here (indicating).

**Page 64**

1 So basically I just had to stay on my back.
2    Q.   Do you know approximately when it was
3 that you were able to sit up on your own?
4    A.   I would say probably some time in
5 January.
6    Q.   January 2008, correct?
7    A.   Correct.
8    Q.   Now, you mentioned the therapy was done
9 for you in the room initially to start.
10         Do you know how long that therapy
11 was?
12    A.   No, I don't.
13    Q.   Do you recall when it was that you went
14 to the therapy center?  It was obviously to a
15 different floor you went to have it done.
16    A.   No.  I was placed on the 5th floor, and
17 that's where the therapy center is.
18    Q.   Do you know when it was that you
19 started to go to the therapy center?  Do you know
20 what month possibly?
21    A.   I'm speculating here, maybe towards the
22 end of October, late October, early November,
23 maybe.  I don't know, but, as I said, I was
24 speculating.

**Page 65**

1    Q.   I assume when you initially went to the
2 therapy center that they assisted you in getting
3 to and from, you know, from your room to where the
4 therapy was.  Is that a correct assumption?
5    A.   Uh-huh.
6    Q.   Is that yes?
7    A.   Yes.  They had -- It was like a
8 stretcher kind of piece of equipment, but it was
9 called a hard bed, I believe.  And that's what
10 they would transport me on to the therapy room,
11 and then I would do -- I think I started out doing
12 hand exercises.  I did leg exercises, and there
13 was some machine that they would hook my leg up
14 to, and it would like bend -- flex, the word is
15 flex.  Flex the leg, that I would do in the room,
16 but when I'd go to the therapy room and then I do
17 recall -- I don't know when it happened, but the
18 first time I was able to stand up, it's a piece of
19 equipment that you're strapped to and it rotates.
20    Q.   Do you know when it was that you began
21 to be able to move on your own from your room to
22 the therapy center?
23    A.   It would be when I started using a
24 walker and -- timeframe wise, I don't know.

17 (Pages 62 to 65)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

**Page 66**

1 Probably, I would say, maybe January.
2     Q.   January of 2008?
3     A.   '08, yes. I think most things started
4 happening in January of 2008. I don't know. I'm
5 guessing again.
6     Q.   And from what you said, did you use a
7 walker to assist you initially to get to and from?
8     A.   First, I went in that hard bed, and
9 then I was in a wheelchair and then I went from a
10 wheelchair to a walker and four-prong walker and
11 then I went to a three-prong walker and then I
12 went to a cane.
13     Q.   When were you using the cane? Do you
14 recall?
15     A.   When I came home, I was in a
16 wheelchair, and I used the three-prong walker and
17 then I started using the cane. So I would say
18 that probably utilizing the cane and still going.
19 to the wheelchair in April, maybe May.
20     Q.   So in the hospital you didn't use a
21 cane?
22     A.   No, no.
23     Q.   So you used a four-prong walker to get
24 to and from.

**Page 67**

1     Did you use a three-prong walker to
2 get to and from, or is that when you were at home?
3     A.   I was trained on that before I left the
4 hospital. So I would say that -- It was used
5 after I got home really. It was used at home.
6     Q.   Did you have a wheelchair when you went
7 home?
8     A.   Yes.
9     Q.   So when you went home in --
10     A.   February.
11     Q.   February of '08.
12     A.   15th. When I had the wheelchair, I
13 used the wheelchair for transport when I'd go to
14 rehab.
15     Q.   Around the house, would you try and get
16 around using the walker at first as opposed to the
17 wheelchair?
18     A.   Yes.
19     Q.   Let's go back to, if we could, the
20 injuries that you sustained, ma'am.
21     Tell me -- and I know you don't
22 recall what the treatment was at Loyola, but I
23 assume you know or at least know something.
24     What parts of your body were

**Page 68**

1 injured then? Let's go through it individually,
2 and you can start wherever you'd like.
3     A.   Okay. I broke both wrists. I
4 fractured both thighs, and I guess it would be
5 called a fracture of the left ankle. The bone was
6 protruding through the skin, and then I have some
7 scarring. I guess it would be -- I don't know.
8 That looks like a cut, but it's like that
9 (indicating).
10     Q.   Let me ask you real quick, the scarring
11 that you have, tell me what parts of the body that
12 you have scarring to.
13     A.   Arms and legs.
14     Q.   Both arms and both legs?
15     A.   Uh-huh.
16     Q.   Where is the scar, in particular?
17 We need photos. We can get them later.
18     But, in particular, in terms of
19 your arm, where is the scarring at?
20     A.   On the inside of -- What do you call
21 this?
22     MS. SCOTT: Forearm.
23     THE WITNESS: Forearm. And I would
24 say, like, there is some here, and this on the

**Page 69**

1 right side (indicating).
2     MS. SCOTT: It's mainly the lower half
3 of both arms.
4     THE WITNESS: Yeah, the lower half I
5 have -- evidently something was -- because there's
6 stitches going up the left knee.
7 BY MR. RUDA:
8     Q.   Let's talk about your left leg then for
9 a moment.
10     You got stitches on your left knee?
11     A.   There is a stitch going up the middle
12 of the left knee. They did a skin graft on the
13 outside of the thigh. They did a skin graft on
14 the inside of the calf. The skin grafting was put
15 on the left ankle. Is that right? That's it.
16     Q.   Now, you mentioned before that they had
17 to surgically repair parts of your body using some
18 hardware.
19     What parts? How about your arms?
20 Do you have pins in --
21     A.   I have pins in both wrists, and I have
22 pins in the thighs.
23     Q.   How about the ankle? What did they do
24 for the ankle in terms of hardware?

18 (Pages 66 to 69)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 70

1     A.   I think I have a pin in there, too.
2   I think I do, but that's where the plastic surgery
3   was, so I'm not sure.
4     Q.   Now, I know you had a number of
5   surgeries. I know you don't recall them, but can
6   you tell us what surgeries you had, what you've
7   been told, or what you think you know?
8     A.   The only thing that I've been told.
9   I was told that I had eight or nine surgeries, and
10  I don't -- The two that I know about was the
11  second skin grafting of the ankle, and then --
12  Well, it wasn't really a surgery. I had to go
13  back into the hospital. I believe I received --
14  It was a staph infection of where they did the
15  first skin graft.
16    Q.   Do you know where the staph infection
17  was?
18    A.   Say that again.
19    Q.   When was the hospitalization for the
20  staph infection? And approximately is good
21  enough.
22         If you know, was it in '08 or was
23  it last year?
24    A.   I don't know. I can find that out.

Page 71

1     Q.   In terms of the second skin graft, the
2   one concerning the ankles you describe, when was
3   that done?
4     A.   That was done while I was still in West
5   Sub, but it was done over at Loyola.
6     Q.   They moved you over there to have it
7   done?
8     A.   I think -- Wait a minute. Timeframe
9   wise? I don't think so. Wait. I think I was
10  already discharged when I had the second one done.
11  I don't know. I'd have to look that up, too.
12         And, basically, what I did because
13  I'm starting to feel kind of weird with this, but
14  I'll be fine. But I just kind of do things and
15  don't look at time, so you're asking me specifics,
16  which is really funny because, as I said, I don't
17  even remember when I got divorced. I just kind of
18  move through what I'm doing and go beyond it. So
19  I'll look it up for you. I know I can find it.
20    Q.   In terms of the surgical procedures
21  done to your arms, wrists, your legs, or the
22  ankle, have any of your doctors said you're going
23  to need another surgery to remove any of the --
24  here is the technical term -- stuff they put into

Page 72

1   you?
2     A.   No.
3     Q.   Are you having any problems, pain,
4   discomfort, difficulty with the hardware that's in
5   you, you know, the pins and things they did to
6   repair you?
7     A.   No, I don't think I am. I still
8   have -- Sometimes I feel a pulling in this arm
9   (indicating).
10    Q.   In your left arm, ma'am?
11    A.   In my left arm, I have a pulling in the
12  left arm. I don't know what that's from, but
13  there's a pulling in the left arm periodically.
14  When I get up, sometimes there's pain in my
15  thighs, pain sometimes -- and I'm saying pain, but
16  I hate to use that word. It's an uncomfortable
17  feeling, but it is painful. It hurts. In the
18  ankle, sometimes it gets tight. I get cramps in
19  my thighs. Most of the time it's when I'm in the
20  bed. I don't know. It's like if I'm relaxing
21  sometimes the muscles kick in and just kind of
22  contract. If I stand up, I can walk it out.
23    Q.   Is the cramping in your thighs when you
24  are laying down or sitting down?

Page 73

1     A.   The cramping in the thighs is basically
2   when I stand up. The calves is when I'm lying
3   down. I can get up myself, but it is quite
4   interesting what I do to get up off the couch, and
5   I have also almost destroyed my couch because when
6   I get up I need support, and I push up against the
7   arm like that. So I'm going to have to get a new
8   couch.
9     Q.   The pain in your ankle that you
10  mentioned, is that upon -- For example, you've
11  been sitting down.
12         Is it upon getting up and moving
13  that there's discomfort?
14    A.   Yes, it is.
15    Q.   Does it pass then as you move?
16    A.   Yes, it does.
17    Q.   You also mentioned sometimes you get
18  pain in your thighs.
19         Is that also upon having periods of
20  rest when you stand up and begin moving and having
21  discomfort?
22    A.   It's when I possibly sit too long.
23    Q.   And then when you move around, does the
24  pain dissipate?

19 (Pages 70 to 73)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 74

1    A.   When I get up, it eases, yes.
2    Q.   Now, besides these complaints --
3    A.   Guess you can call it a stiffness. I
4  don't know.
5    Q.   That's how you describe it, though, as
6  a stiffness, the pain in your thighs upon sitting
7  too long?
8    A.   Yeah, because I don't recognize pain.
9  I call it stiffness. It's probably painful, but I
10 don't recognize that. It's all in perception.
11   Q.   Okay. Is that your philosophy, that
12 you don't believe in pain, so you call it
13 something else?
14   A.   So then you don't feel it as bad.
15   Q.   There is medically some basis for that.
16   A.   It's also perception.
17   Q.   So you've described certain episodes of
18 pain or discomfort that you have concerning
19 different parts of your body.
20       Besides what you just said moments
21 ago, tell me how you feel. How do you feel now as
22 you're sitting here during the deposition? You've
23 been at it sitting here for an hour-and-a-half or
24 so. How do you feel now?

Page 75

1    A.   I feel comfortable. I feel like I'm
2  getting a headache, though, but that could --
3  Never mind. That could be something else. And a
4  little tight on the left side, and if I stand up,
5  it would relieve it.
6    Q.   Is it your back or your leg that's
7  tight on your left side? What part of your body?
8    A.   It's my butt.
9    MR. WEISS:  Did you want to take a
10 break to stand up?
11   THE WITNESS:  Thank you. What you did
12 is you drew my attention to it. I wasn't paying
13 attention to it.
14   MR. RUDA:  I understand. Do you want
15 to take a break for a second?
16   MR. WEISS:  You can stand up and answer
17 questions.
18   THE WITNESS:  I'm fine. Let's go.
19 BY MR. RUDA:
20   Q.   Generally, how is your life different
21 now than before the accident on a daily basis?
22   A.   On a daily basis, I think it takes me a
23 little longer to get ready for work, not that much
24 longer, but I move a little bit slower through the

Page 76

1  apartment. I don't walk as fast. The distance
2  that I could walk, I can't do that now. At church
3  I cannot kneel at the altar. I spend a lot of
4  time at church, but I'm functioning. It takes me
5  a long time to do the stairs, and I manage with
6  that. It's really stairs and -- I'm functioning.
7  It just takes me a little longer.
8    Q.   In terms of distance, how far would you
9  say -- Let's say we're going to put the stopwatch
10 on you and watch you walk.
11       How far can you go now?
12   A.   I probably could walk maybe a
13 block-and-a-half before I would need to stop.
14   Q.   How about before the accident? How
15 long were you able to go for, would you say?
16   A.   On a treadmill, I could walk three
17 miles.
18   Q.   Did you used to work out on a treadmill
19 before the accident?
20   A.   Uh-huh, and that's one of the equipment
21 pieces that was in my therapy, also, was a
22 treadmill.
23   Q.   Just so the question is answered.
24   A.   I said yes.

Page 77

1    Q.   So you worked out on a treadmill before
2  the accident?
3    A.   Yes.
4    Q.   How regularly did you do that?
5    A.   I went to the treadmill three times a
6  week.
7    Q.   And how long would you walk for?
8    A.   Half an hour, 45 minutes.
9    Q.   Now, after the accident, you said one
10 of the modalities of therapy was walking on a
11 treadmill.
12   A.   Right, that was the rehab part.
13   Q.   While you were in the rehab in the
14 midst of it and you got to your maximum on the
15 treadmill, how long would you walk for?
16   A.   We didn't do mileage, but I think
17 probably I was on the treadmill that was during
18 the therapy session maybe five minutes.
19   Q.   Now, have you attempted to go back to
20 working out on a treadmill since this accident?
21   A.   No. The only thing that I've done
22 after the therapy -- Now, as I said, I do belong
23 to the health club, and it's just a matter of
24 getting myself there, but I will not do the

20  (Pages 74 to 77)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

**Page 78**

1 treadmill. When I went for my training session,
2 the trainer turned the treadmill on. It was a
3 slow speed, but I couldn't do it for whatever
4 reason. I don't know why. I didn't feel
5 comfortable with it, but I had done it with the
6 therapy. So what I do is bicycling, the recumbent
7 bike, because I couldn't do the regular bicycle
8 because I don't have the flexibility in the left
9 knee to bend it. There's not the full bend in the
10 knee that I need. So the recumbent bike, I can do
11 that, and I did, like, the weight training stuff,
12 the machine-type stuff.
13    Q. So when you work out now when you go to
14 the health club, you do the bicycling.
15    Do you work out with machine
16 weights or free weights?
17    A. No. The machines that have the weight
18 bells on them and -- I don't know how to describe
19 them. I don't know what they're called.
20    Q. But not free weights that you have
21 to --
22    A. No.
23    Q. And how often do you work out?
24    A. And, now, I said to get myself to go

**Page 79**

1 there. I joined the end of December and I've been
2 twice.
3    Q. How about before December of 2009, were
4 you a member of another health club?
5    A. Yes. I belonged to Gottlieb, and I
6 would go three times a week.
7    Q. Before the accident, would you go to
8 Gottlieb three times a week to do a work out
9 program, whatever it was?
10    A. That's where I would go to play
11 racketball. That's where I would go to do the
12 exercises. I did the badminton at the YMCA in Oak
13 Park. I didn't join any Jazzercise or anything,
14 no. So that was it.
15    Q. In terms of working out at your new
16 health club, the fact that you've only been twice,
17 is that just you've got to get started again and
18 regularly going?
19    A. That is exactly right.
20    Q. Because you know you can never stop.
21    A. It's a matter of getting there, and I
22 need to do that.
23    Q. Now, you mentioned that you had
24 difficulty at church. For example, you can't

**Page 80**

1 kneel and you spend a lot of time at church.
2    Do you volunteer at church or
3 serve?
4    A. I do. I'm an officer.
5    Q. Is there any physical component to that
6 other than you have to get where you're going?
7    A. That's basically it.
8    Q. Any other hobbies or activities that
9 we've covered, the physical ones? How about
10 hobbies or activities that you engage in that you
11 can't do anymore that you used to do, clubs,
12 things like that?
13    A. No. I think that adjustments have been
14 made where I have continued. I belong to it --
15 It's called Linx, Incorporated, and it is an
16 international women's club, and I'm the recording
17 secretary. That's just a matter of being able to
18 write, which I can do. At church I'm a trustee,
19 and I'm also the treasurer of the church. That's
20 it, and then I work.
21    Q. Now, the doctors that you have, your
22 answers to interrogatories indicate certain places
23 you received treatment.
24    Is there a regular doctor that you

**Page 81**

1 see or a family doctor?
2    A. Yes, Dr. Slasuraitis. And you want me
3 to spell her name?
4    Q. For the record, that's probably a good
5 idea.
6    A. I have to look it up. Her name is
7 Andrea, A-n-d-r-e-a. Last name is spelled,
8 S-l-a-s-u-r-a-i-t-i-s, Slasuraitis.
9    Q. And Dr. Slasuraitis, where does she
10 practice at?
11    A. At West Suburban.
12    Q. Is that your family doctor you go see
13 for all your regular stuff or if you're sick?
14    A. Yes.
15    Q. How long has she been your doctor,
16 approximately?
17    A. She became my doctor while I was in
18 West Suburban. I had Dr. -- I don't know.
19 Anyway, I had a different doctor, and at the time
20 that I had the accident, she was leaving the
21 business. She was leaving where she was. She was
22 with West Sub, the program, and she was moving
23 over to the South Side. So what I did not know is
24 that she had transferred my records to another

AROUND THE CLOCK COURT REPORTING, LLC
(866) 603-5822    (773) 863-8689

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

**Page 82**

1  doctor, which when I got to the hospital, they
2  were telling me that this was my doctor, and I was
3  saying, no, this is not my doctor. Diana Bibbs,
4  that's her name, B-i-b-b-s, was my primary
5  therapist prior to Dr. Slasuraitis.
6      Q.   And for how long would you say you
7  saw --
8      A.   Dr. Bibbs.
9      Q.   Yes.
10     A.   I would say 10 years, if not more.
11     Q.   Now, in regard to your past health
12  history before this accident, had you ever
13  suffered any injuries falling down, car accident,
14  box falling on your head --
15     A.   No.
16     Q.   Something like that?
17     A.   No.
18     Q.   Before this accident, did you have any
19  problems of any kind with any parts of your body,
20  arthritis, congenital conditions, discomfort,
21  problems, anything at all?
22     A.   I did have a back problem.
23     Q.   From what you've described, your back
24  is one of the things that wasn't hurting in this

**Page 83**

1  accident?
2      A.   No, it was not.
3      Q.   What's your back problem that you have?
4      A.   Sciatica.
5      Q.   You still have it on occasion or not?
6      A.   Well, when I'm standing too long or
7  walking too much or whatever, I get a pain right
8  back here (indicating), and I think maybe that's
9  it. However, big deal.
10     Q.   Any other problems, such as that back
11  problem or feet problems or anything like that
12  that you had before that accident?
13     A.   No.
14     Q.   In terms of hospitalizations, prior to
15  the accident, had you ever been hospitalized
16  previously for anything?
17     A.   I've had -- well, fibroids and polyps.
18     Q.   Other than that, anything else?
19     A.   No.
20     Q.   So nothing ever broken, bruised,
21  fractured, anything like that in your body
22  previous to this accident, correct?
23     A.   So what do you do with your finger when
24  you jam it playing volleyball?

**Page 84**

1      Q.   You either pull it out or go to the
2  doctor and they put a splint on it.
3      A.   That's about it.
4      Q.   Other than volleyball-related injuries,
5  nothing?
6      A.   No.
7          MS. SCOTT: Can we go off the record?
8          (Whereupon there was a discussion
9          had off the record.)
10  BY MR. RUDA:
11     Q.   In terms of expenses that have been
12  incurred, other than for medical expenses, have
13  you had to incur expenses or do things for
14  accommodations because of the accident around your
15  house or otherwise?
16     A.   Yeah. I have had to get -- I have a
17  bench for the tub, and I initially had for the
18  toilet. It was one of those with the hand things
19  on it, and now I -- Well, now I can use just the
20  seat part because it's high enough that I can get
21  up.
22          What else did I have to do? I've
23  got a chair that has that lift, you know, with a
24  remote thing that you push it and it lifts it up,

**Page 85**

1  and I got like a kitchen chair, I think.
2  Otherwise, it's just the medications. I have a
3  really -- No, I think that's it.
4      Q.   In terms of any of your doctors,
5  whether it's your primary care doctor or any other
6  doctors, have any of them told you what you might
7  expect in the future because of this accident,
8  that you might be facing health issues or problems
9  in the future because this accident happened?
10     A.   No.
11     Q.   And when is the last time that you did
12  go to a doctor because of this accident, whether
13  it was a follow-up visit or you had a complaint or
14  problem of some kind?
15     A.   I saw Dr. Weiss on Thursday,
16  February 4th.
17     Q.   And what kind of doctor is Dr. Weiss.
18     A.   Dr. Weiss is the doctor who took care
19  of my ankle. He is a wound care doctor at West
20  Suburban, and he also prescribed the physical
21  therapy.
22     Q.   Did he do the surgery?
23     A.   No, he did not. Dr. Vandevander
24  (phonetic) did the surgery.

22 (Pages 82 to 85)

WASHINGTON-SANDERS vs. McFADDEN        ROSE M. WASHINGTON-SANDERS
07 L 013584                            FEBRUARY 25, 2010

Page 86

1    Q.    How do you spell his name, do you
2    recall?
3    A.    V-a-n -- I don't know how to spell his
4    name.
5    Q.    Phonetically it's Vandever?
6    A.    Vandevander.
7    Q.    And did he do the surgery on your
8    ankle?
9    A.    Yes.
10   Q.    Did he do the surgery on any other part
11   of your body?
12   A.    No.
13   Q.    Do you know who any of the surgeons
14   were that worked on you, your arms, legs?
15   A.    There are two others. Dr. Bednar,
16   B-e-d-n-a-r, and it's one that starts with an S.
17   MS. SCOTT: Off the record.
18   (Whereupon a discussion was
19   held off the record.)
20   THE WITNESS: Dr. Stover.
21   BY MR. RUDA:
22   Q.    Dr. Stover?
23   A.    That's right. Thank you.
24   Q.    Do you have written down somewhere or

Page 87

1    have the names of all the docs that you saw?
2    A.    I do.
3    Q.    It's probably a good idea to --
4    A.    I just took them out of this calendar
5    because I didn't think I needed them anymore.
6    MS. SCOTT: We can supply you with a
7    list.
8    MR. RUDA: I think I'm done, but I'll
9    defer to Steve.
10   MR. WEISS: Rose, my name is Steve
11   Weiss. I represent Blue Cab, so I'm going to ask
12   you some questions. I'm going to be kind of
13   hopping around from subject to subject. I'm not
14   going to re-plow the field, so to speak. He asked
15   most of the questions. So if you're following
16   where I'm going, let me know, and I'll slow down.
17   THE WITNESS: All right.
18   EXAMINATION
19   BY MR. WEISS:
20   Q.    When did you call Blue Cab about being
21   picked up at the airport?
22   A.    I believe I called them when I arrived
23   at the airport.
24   Q.    I assume you called them from a cell

Page 88

1    phone?
2    A.    Yes.
3    Q.    And who was your cell phone carrier at
4    the time?
5    A.    Verizon.
6    Q.    Is it still Verizon?
7    A.    Yes, it is.
8    Q.    Did you call them from the plane, like,
9    for example, when you were deboarding?
10   A.    No. I would have called once I was off
11   the plane and in the terminal.
12   Q.    Did you check your bags?
13   A.    I did.
14   Q.    So while you were waiting for the bags,
15   is that when you made the call?
16   A.    That's quite possible, but I would
17   think I probably called before I went to the
18   baggage claim.
19   Q.    Can you give me a rough estimate?
20   I'm not going to hold you to it, but a rough
21   estimate as to how much time passed between the
22   time you called to Blue Cab and when you got to
23   the cab, either outside or inside the cab.
24   And let's do it in 15-minute

Page 89

1    increments.
2    A.    You know, I don't know if I'm getting
3    this time with the cab confused with another, but
4    I think that I had to call them to say, "Are you
5    coming?" That's in my head. You know, I thought
6    they should have been there sooner than they were.
7    I think, but I don't know if that's true.
8    So I would say if I would have made
9    a call saying where is the cab, it would have been
10   at least 20 minutes that I would have waited, just
11   knowing me.
12   Q.    And do you have Blue Cab or at least
13   did you have Blue Cab programmed in your phone?
14   A.    It still is.
15   Q.    Now, I think you answered this question
16   already. I just want to make sure I understood
17   it.
18   The only reason you called Blue Cab
19   is because Blue Cab is located in Oak Park?
20   A.    Right.
21   Q.    To my knowledge, there's cabs waiting
22   outside of the airport, such that anybody can just
23   walk out, get in line and go.
24   A.    You're absolutely correct.

23 (Pages 86 to 89)

WASHINGTON-SANDERS vs. McFADDEN      ROSE M. WASHINGTON-SANDERS
07 L 013584                               FEBRUARY 25, 2010

Page 90

1  Q. Why did you not do that as opposed to
2  calling Blue Cab?
3  A. Because I knew that he would have to go
4  back to Oak Park, and I thought it would be more
5  convenient for both of us. And, also, I'm
6  familiar with Blue Cab, because, as I said, I live
7  in Oak Park and I know it's there, and I also
8  lived in River Forest and I also used Blue Cab
9  when I was in River Forest.
10 Q. Is it your understanding that Blue Cab
11 is mostly a suburban cab company, as it were?
12 A. Uh-huh.
13 Q. Is that a yes?
14 A. Yes, it is.
15 Q. Again, I'm not trying to be rude.
16 A. No.
17 Q. And I think you testified before that
18 you normally used Blue Cab to get you from the
19 airport or to and from the airport; is that true?
20 A. Correct.
21 Q. Would it be both directions? Like, if
22 you were going to O'Hare or going to Midway, would
23 you call --
24 A. Probably not to go because I could get

Page 91

1  someone to take me, and it is only because -- If I
2  can't get someone to pick me up or take me, then I
3  would use Blue Cab.
4  Q. Before this accident, were you a
5  frequent traveler, in your mind? Air traveler, I
6  should say.
7  A. I would say no.
8  Q. Can you estimate for me how many times
9  you used Blue Cab before the accident?
10 A. Maybe four or five times, maybe.
11 Q. How was it that you first came to use
12 Blue Cab?
13 A. My friend Sherlynn suggested Blue Cab.
14 Q. And that was the woman whose name was
15 listed in the interrogatories?
16 A. That's correct.
17 Q. How did Blue Cab come up with Sherlynn?
18 A. Well, I would think -- I've known
19 Sherlynn since 1991, so you're asking me to really
20 remember something. But I think that probably I
21 needed to go to the airport and she couldn't take
22 me or Arthur couldn't take me at the time when I
23 was married, or maybe Arthur and I were going
24 somewhere together and we needed a cab, so

Page 92

1  Sherlynn would suggest, you know, various kinds of
2  things to do in Oak Park, services to use in Oak
3  Park that are available. So probably I said to
4  her Sherlynn, we need a cab, and she said call
5  Blue Cab.
6  Q. The four or five times doesn't sound
7  like a lot of times to me?
8  A. No, it is not.
9  Q. Do you have any --
10 A. Because I also drive, so...
11 Q. Did you have any issues with Blue Cab
12 in any of those four or five prior trips before
13 this accident?
14 A. No, not at all. I'm pleased with Blue
15 Cab service, and I -- yeah, I have no problem with
16 the service that I've received from them. It's
17 been fine.
18 Q. Have you called them since the
19 accident?
20 A. Oh, no, but it has nothing to do with
21 that. It's me.
22 Q. Let me just tell you this: To my
23 limited knowledge of the rules, you're under no
24 obligation to know or remember anything. So if

Page 93

1  you don't know something or you don't remember,
2  just tell me.
3  A. Sure. I will.
4  Q. Do you know how it is that Blue Cab
5  determines which driver goes and picks up which
6  fare?
7  A. I sure don't.
8  Q. Do you know whether the people driving
9  the cabs are actually employed by Blue Cab company
10 or their contractors or some other relationship?
11 A. No, I don't. And let me tell you that
12 I would think that it is an assumption on my part,
13 as I would other things, that if you are driving a
14 company cab, that you are an employee of the cab,
15 and that's the way I look at that.
16 Q. Why do you say that?
17 A. Because I would think that you would
18 have to be insured through the cab company.
19 It's like if I see somebody driving the GE
20 electric truck, I would assume that they are an
21 employee of the truck. Otherwise, they would not
22 be covered under insurance or, you know, really
23 have the responsibility of driving the vehicle.
24 Q. That's just an assumption you have?

24 (Pages 90 to 93)

WASHINGTON-SANDERS vs. McFADDEN          ROSE M. WASHINGTON-SANDERS
07 L 013584                                      FEBRUARY 25, 2010

Page 94

1     A.   I said it is an assumption.
2     Q.   Based on your 62 years of experience?
3     A.   Based on my 62 years of living, yes.
4     Q.   In terms of you getting into any
5  particular cab, did it matter to you whether these
6  people were employees or agents or contractors, or
7  was that even a factor in determining the call to
8  Blue Cab?
9     A.   I would never ever think of anything
10 like that. I called Blue Cab because it's a cab
11 company and they have cab drivers and they are in
12 Oak Park. That is the only reason.
13    Q.   When you spoke to Blue Cab when you
14 called them from the airport -- I am back to the
15 date of the occurrence now.
16         Do you know who you spoke to?
17    A.   No.
18    Q.   Do you know how long the conversation
19 was?
20    A.   No. Other than saying, "My name is
21 Rose Sanders. I'm at Midway Airport, and I would
22 like a cab to take me to 1040 Ontario." And what
23 is it called? The dispatcher said something,
24 "Ms. Sanders, we have a cab out for you in -- I

Page 95

1  don't know -- "the pick-up place for Southwest,
2  and it's cab number whatever, whatever, whatever,"
3  because there is an identifying number on the cab.
4     Q.   Do you know why it was that McFadden,
5  in particular, as opposed to any other driver
6  showed up to pick you that day?
7     A.   No, other than maybe he was the area.
8     Q.   Did you talk to him about why it was
9  that he came to get you as opposed to anyone else?
10    A.   No.
11    Q.   How many miles approximately is it from
12 the Midway Airport to your house in Oak Park?
13    A.   I don't know. I can tell you how many
14 miles it is from work, but I can't tell you from
15 Midway.
16    Q.   Would it be fair to say it's under
17 10 miles or 20 miles?
18    A.   Well, I guess you could possibly say
19 it's under 20 miles, but it's like 12 miles to
20 downtown from Oak Park, and I think it's a little
21 bit further from Midway to get to Oak Park; so
22 maybe 20 or less, I guess.
23    Q.   Based on your experience in living at
24 that location, do you have an estimate as to --

Page 96

1  And I know this varies by day and time of day, et
2  cetera.
3         How long would it normally take you
4  to go from your home to Midway? And let me refine
5  the question. Let me strike that for now.
6         What day of the week was this?
7     A.   I think I came back on a Sunday.
8     Q.   So it is a Sunday?
9     A.   I think.
10    Q.   At 2 o'clock in September, right?
11    A.   Uh-huh.
12    Q.   Is that a yes?
13    A.   Yes, it is.
14    Q.   So I would think that traffic would be,
15 relatively speaking, light? Would that be fair?
16    A.   I think that would be fair to say.
17    Q.   Given that it was a Sunday at 2 o'clock
18 in September and traffic was relatively light,
19 what would be your reasonable estimation as to how
20 long it would take you to get from Midway to your
21 home in Oak Park?
22    A.   I would say maybe, 20, 25 minutes,
23 maybe.
24    Q.   Were you going to pay in cash that day?

Page 97

1  Had you made it home safely?
2     A.   I really thought I had taken the money
3  out. I thought I had the money in my hand, and I
4  had my keys because there was no money and I
5  couldn't find my keys because I had -- I remember
6  asking Sherlynn and Frances to go over to wherever
7  the car was and ask -- I think the police had it
8  or something -- to ask the police if they had my
9  keys and they were not found.
10    Q.   So getting back to my question, you
11 were going to pay cash; is that true?
12    A.   I believe so. Yes, I was.
13    Q.   When you got in the cab, did you talk
14 with McFadden about the route he was going to
15 take, or did you simply defer to him to pick the
16 route?
17    A.   Deferred. No, we did not talk about
18 the route that he was going to take at the time I
19 got in the cab.
20    Q.   And then you said earlier that once you
21 got in the cab, you were curious about why he was
22 taking the route that he --
23    A.   Correct, rather than -- He took the
24 streets, and the reason I asked that is because

25 (Pages 94 to 97)

WASHINGTON-SANDERS vs. McFADDEN          ROSE M. WASHINGTON-SANDERS
07 L 013584                                   FEBRUARY 25, 2010

Page 98

1  there are times when I drive to Midway that I will
2  take the streets.
3      Q.   Did ask out of -- I don't want to say
4  anger, but did you ask because you were second
5  guessing him, or were you just curious?
6      A.   I was curious. I like reasons to do
7  things.
8      Q.   Let's assume it was 20 miles, and let's
9  assume it was going to be about 20 minutes.
10         How far into the trip were you,
11  let's say, when the accident occurred?
12     A.   Well, I think that we were pretty close
13  to home. If we go with the 20 minutes, I would
14  say maybe another 10 minutes and we would have
15  been at home.
16     Q.   So we're talking maybe around halfway
17  home at the point of the impact?
18     A.   Yeah.
19     Q.   Is that fair?
20     A.   Is that halfway? I'd say three
21  quarters. I think we were closer than halfway.
22     Q.   Before the, let's call it the trouble
23  started, what were you doing in the cab? Were you
24  reading the newspaper, just looking out the

Page 99

1  window, talking on your cell phone?
2      A.   Looking out the window and periodically
3  having a conversation with the cab driver.
4      Q.   And I think you told us earlier that
5  you're not really sure or you don't really
6  remember what you guys were talking about, other
7  than what you already told us?
8      A.   Right.
9      Q.   Let's talk a little bit about the cab
10  now, the cab itself.
11         What make or model of car was it,
12  if you know?
13     A.   I don't know. I know it was blue and
14  white.
15     Q.   Did it look different to you than other
16  Blue Cabs you had taken in the past?
17     A.   No.
18     Q.   Were all of the Blue Cabs that you rode
19  in the four times before the accident --
20     A.   Wait. Let me go back to that, because
21  I believe -- if I recall, I believe this cab had
22  more white than the blue, and I think the blue was
23  a little bit lighter. Now, there are some that
24  I've seen with dark -- more blue, like blue being

Page 100

1  the dominant color and then there's white and it's
2  a darker blue.
3      Q.   Did you comment to McFadden about that?
4      A.   No, because it had Blue Cab written on
5  it?
6      Q.   And where was Blue Cab written on the
7  car, if you remember?
8      A.   I believe it's on the doors.
9      Q.   Other than Blue Cab, were there any
10  other writings, that you recall, on the vehicle?
11     A.   I really think there's more, but I
12  don't know what it is, as far as a design kind of
13  thing on it, but I don't really recall what it
14  would be.
15     Q.   It's my understanding that this cab was
16  a 2000 Ford Crown Victoria.
17         Does that jog your memory at all?
18     A.   That's quite possible. Maybe that's
19  how I was able to get on the floor. Crown
20  Victorias are larger cars.
21     Q.   Were the other Blue Cabs that you had
22  ridden in before the accident, the four or five
23  other trips, were they all Crown Victorias, or
24  were they different types of cars?

Page 101

1      A.   I would think I don't really remember.
2      Q.   That's fine.
3          Did it seem to you that the cab was
4  in good working order before the accident?
5      A.   Yeah. I didn't notice anything out of
6  the ordinary with the car.
7      Q.   At any point in time in the ride, and
8  I'm just trying to jog your memory about what you
9  might have talked to him about, McFadden.
10     A.   Sure.
11     Q.   Did you ever discuss the cab itself,
12  the car?
13     A.   I don't recall that.
14     Q.   Did you ever discuss who owned the car?
15     A.   No.
16     Q.   Did you discuss anything about when it
17  was purchased or the make or the model, anything
18  like that?
19     A.   No.
20     Q.   Did you discuss who was responsible to
21  maintain it, to keep it?
22     A.   No.
23     Q.   Did you discuss anything about when the
24  car had last been looked at?

26 (Pages 98 to 101)

WASHINGTON—SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON—SANDERS
FEBRUARY 25, 2010

Page 102

1    A.  No.
2    Q.  Did you discuss how McFadden was
3  licensed to be a driver, like who licensed him and
4  where he was licensed, anything like that?
5    A.  No.
6    Q.  And you never met the man before the
7  accident, to your knowledge?
8    A.  Never ever, ever, ever to my knowledge.
9    Q.  Do you have an opinion, as you sit here
10  today, as to why this accident happened, and if
11  so, will you share it with me?
12    A.  I will. It's my opinion that God
13  decided that I was not taking time for myself, and
14  since I didn't do it, God did it. That's my
15  opinion.
16    Q.  And I understand that type of belief,
17  and I think for what this is worth, it seems like
18  you're doing a good job in trying to move on from
19  a horrible situation, and you should be commended
20  for that.
21    A.  Really, most things that I do I learn a
22  lesson from it, so...
23    Q.  But getting to more practical terms, do
24  you have -- I know what you testified to, but I'm

Page 103

1  trying to put this in a bow now.
2        Is it your opinion that McFadden,
3  something was wrong with him, or that he messed up
4  or that the car was broken? In your opinion, what
5  caused this accident?
6    A.  In my opinion, and in what I observed
7  is that something was going on with him, and
8  that's all I can say. I don't know what. And I'm
9  not saying that he messed up, nothing about the
10  car, nothing. There was something that occurred
11  with him.
12    Q.  And other than the leaning and the
13  accelerating, there is nothing --
14    A.  And that's what I'm basing it on
15  because we were having an okay discussion when we
16  talked. There was nothing that he said out of the
17  ordinary, you know, that I thought was screwy or
18  anything like that, no.
19    Q.  Anything else unusual or screwy, as you
20  put it, other than what you've already described
21  in terms of McFadden's actions that day?
22    A.  No.
23    Q.  When McFadden began to accelerate, was
24  he accelerating in a direct straight line as if

Page 104

1  staying within the lane, or was he deviating to
2  one side or the other outside the lane?
3    A.  From what I can recall, it seems to me
4  that the car pulled to the right. It seems like
5  it started going to the right. Now, I don't know
6  if that's accurate or not. That's just kind of
7  what I'm feeling right now, as I think about it,
8  that it pulled to the right. That's what it
9  seemed to be, and if I looked up and I saw -- I
10  did see a pole. I saw the pole, but I don't know
11  if there were any other cars. I don't know.
12    Q.  The pole, do you know where it was
13  positioned in relation to the roadway? I mean,
14  was it on a --
15    A.  I don't know.
16    Q.  -- pole to the right side of the car,
17  to the best of your memory or knowledge?
18    A.  I don't know that either. I did not
19  see any of the scene. I was in the cab, the tarp
20  was put over me, and then I was pulled out and
21  went to the ambulance, so I did not see anything.
22  Other than I do remember a woman standing, as I
23  say, I saw one woman, and I asked the paramedic to
24  pull my top down because it wasn't a flesh show.

Page 105

1    Q.  Other than what you've already told us,
2  do you recall anything else unusual about either
3  McFadden's personality, the way he was acting or
4  the way he was driving before the accident?
5    A.  No.
6    Q.  Now, I'm going to start hopping around
7  the salary. You said that you didn't get an
8  increase last year.
9        Was that due to just the economy in
10  general, or did you relate that to this accident?
11    A.  No, I don't relate that to the
12  accident.
13    Q.  Have you made any attempt, as you sit
14  here today, to calculate how much money and wages
15  you did not earn as a result of this accident?
16    A.  No, I have not.
17    Q.  When you were out in '08 after the
18  accident -- '07 and 08, in fact, after the
19  accident, were you still being paid as a salaried
20  employee?
21    A.  Yes, because I used up all my sick time
22  and all my vacation that I had saved for old age,
23  not the vacation, the sick time.
24    Q.  Are you a member of a union?

27 (Pages 102 to 105)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 106

1   A.  No.
2   Q.  Sometimes those conventions -- there's
3  a lot of union employees, aren't there, related to
4  conventions?  Isn't that the big problem?
5   A.  That's McCormick.  That's not my
6  association.  We use them, but that's McCormick
7  Place.  I work for an association, and we're
8  non-profit.
9   Q.  How did you come to get that job, just
10 out of curiosity?
11  A.  Well, that's an interesting thing.
12 When I moved, I initially worked in Milwaukee for
13 21 years, and when I got married, I moved down
14 here and I took a year off and then I decided
15 that -- I also looked for a job in my field, which
16 I was a music therapist prior to coming down here.
17 I did not find a job in my field that I liked,
18 that I wanted, so I went to a group called Women
19 Employed because I felt I needed to be there.  I
20 hadn't been out in the job market.  I was a
21 director when I was in Milwaukee, so I said, okay,
22 you're on the other side of the fence.  You need
23 to learn about what the job market is and how to
24 be interviewed.

Page 107

1   So Women Employed went through that
2  with me, and I met Claudia at Women Employed, and
3  Claudia had just left the American College of
4  Surgeons, and she told me that there was a
5  position open there, temp position.  I'd have to
6  get it on my own.  But, anyway, you asked me how I
7  got the position.  So I went, I did go there, I
8  applied for the temporary position, and I was
9  hired.  I got the job, and I believe it was August
10 that -- No, March.  My boss wrote a job
11 description for me and hired me after all of that.
12  Q.  And this is a tough question, and I'm
13 just trying to -- It's tough for me to ask is what
14 I mean.  Hopefully, you will understand it.
15  A.  I will.
16  Q.  Your physical condition before the
17 accident, let's assume that it was 100 percent.
18  A.  It was not.
19  Q.  Let's assume it was 100 percent.
20  A.  Okay.
21  Q.  In other words, let's assume at the
22 time when you got in the cab that day that it was
23 100 percent.
24   Where are you at now?

Page 108

1   A.  I see what you're saying.  I don't
2  think anybody is 100 percent.  Where am I at now?
3  I would say probably based on 100 percent, 70, 75.
4   Q.  Did any doctor tell you -- and I
5  apologize if counsel asked you this, but did any
6  doctor tell you that you might need any type of
7  future surgery?
8   A.  No.
9   Q.  Did any doctor tell you at this point
10 you're certainly going to need future treatment of
11 some type?
12  A.  No.
13  Q.  Have you ever been involved in any
14 other lawsuits?
15  A.  No.
16  Q.  Any worker's compensation claims?
17  A.  No.
18  Q.  Have you ever received any payments
19 from Medicare?
20  A.  No.
21  Q.  Are you a Medicare beneficiary now or
22 have you ever been?
23  A.  No, almost.
24  Q.  I assume you had healthcare coverage

Page 109

1  through your employer?
2   A.  Absolutely.
3   Q.  Who is your healthcare with?
4   A.  Blue Cross Blue Shield.
5   Q.  Is it your understanding that Blue
6  Cross Blue Shield has paid the medical bills
7  related to this accident?
8   A.  They haven't sent me any bills
9  otherwise, so I think so.
10  Q.  And at this point in time, you haven't
11 paid any monies out of your own pocket, at least
12 for the health care treatment; is that true?
13  A.  Paid copayments, and I pay for my
14 medication and I have paid when I needed to take
15 the transport thing.  I paid for that.  What else
16 did I pay for?  Otherwise, no, I think that the
17 health insurance is taking care of everything
18 else, to my knowledge.
19  Q.  Other than your family doctor, are you
20 treating with any other doctors at this point?
21  A.  Now, Dr. Weiss, I was still seeing
22 Dr. Weiss, and he released me that day that I told
23 you I went to him the last time.  Pardon me.  I
24 don't have to go back and see him for six months.

28 (Pages 106 to 109)

WASHINGTON–SANDERS vs. McFADDEN       ROSE M. WASHINGTON–SANDERS
07 L 013584                               FEBRUARY 25, 2010

**Page 114**

```
 1        MR. RUDA: No other questions other
 2   than we're reserving with regard to the medical
 3   treatment.
 4        MS. SCOTT: We will reserve signature.
 5        (Whereupon the deposition
 6         proceedings were concluded.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 115**

```
 1   STATE OF ILLINOIS )
                       ) SS:
 2   COUNTY OF COOK  )
 3     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT - LAW DIVISION
 4
 5   ROSE M. WASHINGTON-SANDERS,  )
 6        Plaintiff,              )
                                  )
 7        -vs-                    )  No. 07 L 013584
                                  )
 8   THOMAS MCFADDEN, Individually )
     and as an agent and/or employee)
 9   of BLUE CAB CO., INC, and     )
     BLUE CAB CO., INC., an Illinois)
10   Corporation,                  )
                                   )
11        Defendants.              )
12     I, ROSE M. WASHINGTON-SANDERS, being first
13   duly sworn, on oath say that I am the deponent in
     the aforesaid transcript of my deposition taken
     February 25th, 2010, consisting of pages 1 through
14   114, whatever inclusive, taken at the aforesaid
     time and place and that the foregoing is a true
15   and correct transcript of my testimony so given.
16   _____ Corrections have been submitted
         _____ No corrections have been
17       submitted
18
19
20   _____
     ROSE M. WASHINGTON-SANDERS, Deponent
21
22   SUBSCRIBED AND SWORN TO
     before me this     day
23   of       , A.D. 2010.
24
```

**Page 116**

```
 1   STATE OF ILLINOIS )
                       ) SS:
 2   COUNTY OF COOK  )
 3        I, Aneesha L. Williams, Certified
 4   Shorthand Reporter in and for the County of Cook,
 5   State of Illinois, do hereby certify that on the
 6   25th day of February, 2010, the deposition of
 7   witness, ROSE M. WASHINGTON-SANDERS, called by the
 8   Defendants, was taken before me, reported
 9   stenographically and was thereafter reduced to
10   typewriting through computer-aided transcription.
11        The said witness, ROSE M.
12   WASHINGTON-SANDERS, was first duly sworn to tell
13   the truth, the whole truth, and nothing but the
14   truth, and was then examined upon oral
15   interrogatories.
16        I further certify that the foregoing is a
17   true, accurate and complete record of the
18   questions asked of and answers made by the said
19   witness, at the time and place hereinabove
20   referred to.
21        The signature of the witness was not
22   waived by agreement.
23        Pursuant to Rule 207(a) of the Rules of
24   the Supreme Court of Illinois, if deponent fails
```

**Page 117**

```
 1   to read and sign this deposition transcript within
 2   30 days or make other arrangements for reading and
 3   signing thereof, this deposition transcript may be
 4   used as fully as though signed, and the instant
 5   certificate will then evidence such failure to
 6   read and sign this deposition transcript as the
 7   reason for signature being waived.
 8        The undersigned is not interested in the
 9   within case, nor of kin or counsel to any of the
10   parties.
11        Witness my official signature as a
12   Certified Shorthand Reporter, in and for
13   Cook County, Illinois on this 15th day of
14   March, 2010.
15
16
17
18
     _____
19   Aneesha L. Williams,
     Certified Shorthand Reporter
     License No. 084-004443
20
21
22
23
24
```

30 (Pages 114 to 117)

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 118

**A**

able 16:18,19 24:12
28:4 29:18,24
63:9 64:3 65:18
65:21 76:15 80:17
100:19
absolutely 89:24
109:2
accelerate 43:6,7
46:17 48:9 49:6
103:23
accelerating 45:19
103:13,24
acceleration 43:10
46:18 47:1,2,15
49:19
accelerator 42:7
43:4,5 49:15
accident 7:5,9,9,19
7:22 8:9,11 9:9
12:12,21 13:19,22
13:23 14:7,12
16:10 17:4,10
18:1 21:5 24:20
25:1,9,18 26:14
27:19 29:16 30:3
30:14,19,22 31:9
32:5,20,22 34:4,6
34:9 37:15 39:8
39:11,14 40:7
42:2 54:11 75:21
76:14,19 77:2,9
77:20 79:7 81:20
82:12,13,18 83:1
83:12,15,22 84:14
85:7,9,12 91:4,9
92:13,19 98:11
99:19 100:22
101:4 102:7,10
103:5 105:4,10,12
105:15,18,19
107:17 109:7
112:24

**accommodations**
84:14
accurate 20:17
104:6 116:17
acknowledged
37:13
acting 105:3
actions 103:21
activities 11:11
29:17 32:9 80:8
80:10
address 7:3,6,24
8:17
adjustments 80:13
admitted 57:9
58:21 60:24
aforesaid 115:13
115:14
african 112:9,12
afternoon 33:10
age 105:22
agent 1:8 115:8
agents 94:6
ago 74:21 110:2
agree 5:10
agreed 5:13
agreement 4:23 5:6
116:22
ahead 49:22 111:12
air 46:9 51:1,3
52:10 91:5 112:1
airport 33:1,23
34:2 87:21,23
89:22 90:19,19
91:21 94:14,21
95:12
altar 76:3
ambulance 54:7
55:9 61:12 104:21
ame 112:12
american 12:14
13:24 20:6,16
21:20 107:3
andrea 81:7,7

aneesha 1:18 116:3
117:18
anger 98:4
angle 44:20
animals 58:9
ankle 32:11 59:17
60:15 68:5 69:15
69:23,24 70:11
71:22 72:18 73:9
85:19 86:8 110:7
ankles 71:2
annual 19:12
answer 5:19,23
18:19 19:12 23:2
23:6,7 31:2 46:7
75:16 111:10,12
answered 22:24
76:23 89:15
answers 18:16 19:6
24:14,18 26:7
39:19 80:22
116:18
anybody 89:22
108:2
anymore 80:11
87:5
anyway 81:19
107:6
apartment 10:20
76:1
apologize 47:8
108:5
appear 110:14,16
appearances 2:1
appears 20:5
applications 13:7
applied 107:8
applying 49:15
approached 36:12
approaching 35:22
36:1
approximately
7:17 11:3 19:15
26:23 64:2 70:20

81:16 95:11
april 14:16,17,24
21:15 66:19
area 13:15 34:20
35:1 36:5 95:7
arent 106:3
arkansas 33:3
arm 44:11 51:21
57:18 68:19 72:8
72:10,11,12,13
73:7
arms 51:18,22
52:17 59:15 60:7
60:9,15 68:13,14
69:3,19 71:21
86:14
arrangements
117:2
arrived 25:8 35:2
35:11 53:1,16
54:11 87:22
arthritis 82:20
arthur 91:22,23
asked 6:7,9 22:24
24:7 34:14 40:24
41:1,20 51:17
52:11 55:6 87:14
97:24 104:23
107:6 108:5
111:20 116:18
asking 6:1 22:20,21
23:15,21 26:6
46:3 49:11 58:2
71:15 91:19 97:6
asks 19:13
assignments 13:9
15:4
assist 66:7
assisted 65:2
association 106:6,7
assume 36:18 62:24
65:1 67:23 87:24
93:20 98:8,9
107:17,19,21

108:24
**assuming** 26:13
**assumption** 65:4
93:12,24 94:1
111:19
athome 15:4
attempt 52:18
105:13
attempted 77:19
attention 32:21
75:12,13
attorney 22:7
august 16:3,5 107:9
available 92:3
average 38:2
awake 110:17
aware 25:20 51:4

**B**

back 7:19 10:18
12:10,21 13:9
14:18 15:8,12,13
16:6 27:11,12
35:9 40:13,20,22
40:23 41:9,12,22
42:15,21 43:21
49:23 50:11 52:4
59:23 63:13,24
64:1 67:19 70:13
75:6 77:19 82:22
82:23 83:3,8,10
90:4 94:14 96:7
97:10 99:20
109:24
background 6:16
12:10
backseat 112:7
bad 6:8,11 74:14
badminton 29:22
30:9,15 32:6
79:12
bag 51:3 52:10
112:1
baggage 88:18

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 119

| | | | |
|---|---|---|---|
| bags 51:1 88:12,14 | better 17:2 38:17 | box 12:5 82:14 | 107:22 111:4 | 109:12,17 110:3 |

bags 51:1 88:12,14
based 22:21 23:16 59:12 94:2,3 95:23 108:3
basically 9:22 13:14 20:11 24:19 29:13 38:18 58:5 59:6 62:18 64:1 71:12 73:1 80:7
basing 103:14
basis 74:15 75:21 75:22
basketball 29:22
bed 32:19 63:17 65:9 66:8 72:20
bednar 86:15,16
began 62:24 65:20 103:23
beginning 14:17
behalf 2:5,10,15
beige 48:4
belief 102:16
believe 9:11 23:24 33:10 38:3 42:23 48:3 49:23 56:10 57:3,5 62:14 65:9 70:13 74:12 87:22 97:12 99:21,21 100:8 107:9 113:9 113:19
bells 78:18
belong 30:12,13 77:22 80:14 112:8
belonged 30:12 79:5
bench 84:17
bend 65:14 78:9,9
beneficiary 108:21
bent 45:7
best 9:7 22:21 23:16 36:4 37:18 46:19 50:4 54:9 104:17
bethel 112:9,11

better 17:2 38:17
beyond 71:18
bibbs 82:3,4,8
bicycle 78:7
bicycling 78:6,14
big 83:9 106:4
bike 29:23 30:2,3,5 30:6 32:7 78:7,10
bill 59:13
bills 109:6,8
birth 6:17
birthday 33:7,7
bit 8:8 29:20 40:14 45:6,8,9 63:8 75:24 95:21 99:9 99:23
block 17:1
blockandahalf 76:13
blood 52:10 111:24
blue 1:8,9 2:15 33:15,17,21 34:14 35:18 36:6,10 87:11,20 88:22 89:12,13,18,19 90:2,6,8,10,18 91:3,9,12,13,17 92:5,11,14 93:4,9 94:8,10,13 99:13 99:16,18,22,22,24 99:24 100:2,4,6,9 100:21 109:4,4,5 109:6 115:9,9
body 52:18 57:18 61:16 67:24 68:11 69:17 74:19 75:7 82:19 83:21 86:11 112:3,5
bone 68:5
book 13:8
boot 63:13
booths 13:16
boss 107:10
bow 103:1

box 12:5 82:14
brake 42:6 45:21 49:15
break 47:12 75:10 75:15
briefly 13:4
broke 68:3
broken 83:20 103:4
brother 26:4,21 28:8 29:4
brothers 28:12,13 28:23 29:1
bruised 83:20
business 81:21
butt 75:8
bystanders 53:5

**C**

cab 1:8,9 2:15 32:22 33:12,15,17 33:21 34:3,8,14 34:15 35:2,5,9,11 35:13,17,18,18,22 36:1,6,7,9,10,12 36:16,20,21 37:7 37:16,22 38:21,21 43:19 47:3,4,21 50:14 51:16 53:19 53:20 54:6,17,20 55:8 56:11,13,15 87:11,20 88:22,23 88:23 89:3,9,12 89:13,18,19 90:2 90:6,8,10,11,18 91:3,9,12,13,17 91:24 92:4,5,11 92:15 93:4,9,14 93:14,18 94:5,8 94:10,10,11,13,22 94:24 95:2,3 97:13,19,21 98:23 99:3,9,10,15 100:4,6,9,15 101:3,11 104:19

107:22 111:4 115:9,9
cabs 34:20 89:21 93:9 99:16,18 100:21 111:1
calculate 105:14
calendar 87:4
calf 45:15 69:14
call 4:16,17 18:3 33:12,17 44:1 48:20 53:10,13 68:20 74:3,9,12 87:20 88:8,15 89:4,9 90:23 92:4 94:7 98:22 111:1
called 1:13 4:7 31:15,21 33:15 34:14 65:9 68:5 78:19 80:15 87:22 87:24 88:10,17,22 89:18 92:18 94:10 94:14,23 106:18 116:7
calling 90:2
calumet 8:19
calves 73:2
cane 66:12,13,17 66:18,21
cant 12:6 15:19 17:14 24:11 29:10 29:11 32:13 46:7 47:17 76:2 79:24 80:11 91:2 95:14
car 43:6,7 44:5 45:18 46:2,17 49:6,7 51:8 52:4,8 52:15 53:6,8 54:1 82:13 97:7 99:11 100:7 101:6,12,14 101:24 103:4,10 104:4,16 111:7,18
care 8:10 9:23 10:11 24:12 62:1 62:17 85:5,18,19

109:12,17 110:3
carolyn 2:3
carrier 88:3
cars 49:1 100:20,24 104:11
case 117:9
cash 96:24 97:11
casts 59:15 60:6
caused 103:5
cell 87:24 88:3 99:1
center 61:20 62:5 63:5 64:14,17,19 65:2,22
certain 6:10 74:17 80:22
certainly 24:17 58:13 108:10
certificate 117:5
certified 1:19 116:3 117:12,19
certify 116:5,16
cetera 96:2
chair 29:20 84:23 85:1
chairs 63:10
check 12:3 88:12
chicago 1:21 2:4,8 2:13 26:21 29:5 31:18
children 8:5
christmas 27:16,20 28:13
church 76:2,4 79:24 80:1,2,18 80:19 112:8,10
cicero 38:24
circuit 1:3 115:3
city 8:19
civil 1:14 4:22
claim 88:18
claiming 26:12
claims 108:16
claire 12:16 15:15
class 31:24

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 120

claudia 107:2,3
cleaning 9:21 11:10
clear 7:8 45:16
client 23:3
close 98:12
closely 5:19
closer 62:8 98:21
closest 48:23
club 30:12 77:23
   78:14 79:4,16
   80:16 110:9
clubs 80:11
code 1:14 4:22
college 12:14 13:24
   20:6,16 21:20
   107:3
collision 42:3
color 100:1
come 8:9 10:17,20
   11:2,14 12:3 13:7
   27:1,8 33:13
   52:21 63:18 91:17
   106:9
comes 11:18 13:9
comfortable 75:1
   78:5
coming 11:4 35:20
   55:20 89:5 106:16
commencing 1:21
commended 102:19
comment 100:3
commission 14:14
company 2:15
   90:11 93:9,14,18
   94:11
compensation 17:5
   108:16
complaint 85:13
complaints 74:2
complete 116:17
completely 44:6
component 80:5
compound 20:14
computeraided

116:10
concerned 42:1
concerning 5:4,8
   25:15 37:7 71:2
   74:18
concluded 114:6
condition 107:16
conditions 82:20
condon 2:7
confused 89:3
congenital 82:20
connected 45:15
conscious 54:3,5
   111:7,17,21
consciousness 51:6
   54:21 55:15
consisting 115:13
console 112:3
contact 9:4 13:10
   13:12 47:23
context 26:7
continued 80:14
continuing 11:21
contract 72:22
contractors 93:10
   94:6
control 42:10 47:6
convenient 90:5
convention 12:22
conventions 106:2
   106:4
conversation 35:13
   35:16,20 36:23
   37:7,14,17,21
   38:11,13,19 52:14
   55:1 94:18 99:3
conversations
   56:16
conversed 38:6,8
cook 1:2,3,20 2:7
   115:2,3 116:2,4
   117:13
coordinator 12:22
copayments 109:13

copy 21:10
corner 44:19
corporation 1:9
   115:10
correct 7:7,10,11
   12:7 15:11,16
   16:7 20:8 25:10
   25:13 34:15 38:12
   44:13,16,24 48:11
   48:12 60:5,12,15
   60:17,21,22 62:9
   63:1 64:6,7 65:4
   83:22 89:24 90:20
   91:16 97:23
   115:15
corrections 115:16
   115:17
cost 18:4,5,9
couch 9:20 73:4,5,8
couldnt 9:20 14:11
   51:20,24 52:2,13
   52:17 61:23 63:17
   63:22,22 78:3,7
   91:21,22 97:5
counsel 5:2 8:21
   108:5 117:9
county 1:2,3,3,19
   115:2,3,3 116:2,4
   117:13
couple 20:21 31:1
court 1:3,16 115:3
   116:24
coverage 108:24
covered 80:9 93:22
cramp 32:12
cramping 72:23
   73:1
cramps 32:19
   72:18
cross 109:4,6
crown 100:16,19
   100:23
crying 47:9
curb 48:23

curiosity 106:10
curious 97:21 98:5
   98:6
current 24:3
currently 6:23 7:12
cut 47:10 53:20
   54:1 55:12 68:8
cutting 54:4

D
dad 27:24
daily 75:21,22
daley 2:3
damages 25:17
   26:12
dance 29:19 31:9
   31:11,22,23,23,24
   32:6,10
dancing 29:20 31:8
   31:14 32:2
dark 99:24
darker 100:2
date 6:17 7:9 25:9
   94:15
day 1:22 16:22 24:8
   24:10 25:12 26:1
   26:16 32:21 33:8
   34:6 56:4 61:3,15
   95:6 96:1,1,6,24
   103:21 107:22
   109:22 115:22
   116:6 117:13
days 14:20 15:9,12
   15:17 16:2,2,4
   27:1 44:19 117:2
daytoday 11:11
dead 58:9
deal 83:9
dearborn 2:8
deboarding 88:9
december 79:1,3
decided 102:13
   106:14
defendant 2:10,15

defendants 1:10,13
   115:11 116:8
defer 87:9 97:15
deferred 97:17
departed 38:21
department 1:3
   53:10 115:3
depend 18:10
depends 18:11
deploy 51:1
deployed 51:3
deponent 115:12
   115:20 116:24
deposed 5:4
deposition 1:12
   3:14 4:1,20 5:3,16
   18:15 39:18 74:22
   114:5 115:13
   116:6 117:1,3,6
depositions 1:17
describe 37:23 40:1
   45:2 46:18,19
   48:2 50:4,6 71:2
   74:5 78:18
described 45:18
   74:17 82:23
   103:20
description 107:11
design 100:12
destination 37:2
destroyed 73:5
determines 93:5
determining 94:7
deviating 104:1
diana 82:3
didnt 18:13 35:15
   35:15 37:13 39:21
   50:24 51:20 56:6
   66:20 77:16 78:4
   79:13 87:5 101:5
   102:14 105:7
died 28:9 29:1,3
different 13:20
   16:9,14 40:16

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 121

56:12 60:10 63:19
64:15 74:19 75:20
81:19 99:15
100:24
**difficult** 47:7 50:5
**difficulty** 11:19
72:4 79:24
**direct** 32:21 103:24
**direction** 14:24
**directions** 90:21
**director** 106:21
**discharged** 9:10
71:10
**discomfort** 51:23
72:4 73:13,21
74:18 82:20
**discovery** 1:18 4:20
**discuss** 101:11,14
101:16,20,23
102:2
**discussed** 5:2
**discussion** 84:8
86:18 103:15
**dishes** 9:21 11:10
**dispatcher** 94:23
111:1
**dissipate** 73:24
**distance** 76:1,8
**distancewise** 45:10
**divider** 43:22
**division** 1:3 115:3
**divorced** 7:14,15
7:20 71:17
**docs** 87:1
**doctor** 15:1 80:24
81:1,12,15,17,19
82:1,2,3 84:2 85:5
85:12,17,18,19
108:4,6,9 109:19
**doctors** 15:1,4,10
71:22 80:21 85:4
85:6 109:20
112:23
**documents** 39:19

**doesnt** 13:3 23:4
92:6
**doing** 11:21 16:16
27:21 32:3 49:15
60:14,15 63:3
65:11 71:18 98:23
102:18 110:7
**dominant** 100:1
**dont** 5:15 6:11,12
7:16 8:18,18
10:22 13:21 16:10
16:12,13 17:13
18:14 19:7 21:1,7
22:24 23:2,2
28:10 29:12 30:12
31:16 32:16 33:7
35:7 36:24 37:20
38:11,23 39:2,2,4
39:5,15,16,17
40:3 43:1,12,15
45:7 46:6,7,11,14
46:15 47:17,19,22
49:4,9 51:24 52:1
53:7 54:12,15,23
55:6,10,17,18
57:14,15,16,21
58:12,20 59:2
60:13 62:1,14,19
63:2,11 64:12,23
65:17,24 66:4
67:21 68:7 70:5
70:10,24 71:9,11
71:15,16 72:7,12
72:20 74:4,8,10
74:12,14 76:1
78:4,8,18,19
81:18 86:3 89:2,7
93:1,1,7,11 95:1
95:13 98:3 99:5
99:13 100:12,13
101:1,13 103:8
104:5,10,11,15,18
105:11 108:1
109:24 110:1

111:5 113:5,5,6,7
**door** 34:10
**doors** 100:8
**downtown** 95:20
**dr** 81:2,9,18 82:5,8
85:15,17,18,23
86:15,20,22
109:21,22 110:3,6
**drew** 75:12
**drive** 16:22 92:10
98:1
**driver** 34:3,8 35:13
36:17,21 37:7,17
37:22 40:11,12,12
40:19,24 41:15
49:14 51:16 52:6
52:15 53:13,21
54:16,19 56:12,14
56:15 93:5 95:5
99:3 102:3 111:17
**drivers** 51:3 94:11
**driving** 40:5 44:18
45:5 93:8,13,19
93:23 105:4
**due** 21:14 105:9
**duly** 4:5,7 115:12
116:12
**duties** 13:18 16:14

_____

**E**

**earlier** 16:8 97:20
99:4
**early** 64:22
**earn** 105:15
**earned** 20:12 23:13
23:18
**eases** 74:1
**economy** 105:9
**eight** 7:18 70:9
**either** 27:12 51:11
84:1 88:23 104:18
105:2
**electric** 93:20
**emotional** 9:17

47:10
**emotionally** 51:10
**employed** 12:13
93:9 106:19 107:1
107:2
**employee** 1:8 13:24
14:4 93:14,21
105:20 115:8
**employees** 94:6
106:3
**employer** 18:8
21:19 109:1
**employment** 24:4
**ended** 50:11
**endurance** 32:16
**energy** 63:16
**engage** 80:10
**episcopal** 112:9,12
**episodes** 74:17
**equipment** 65:8,19
76:20
**er** 56:8,10,11,16,21
57:8,13 58:15
**especially** 58:11
**estimate** 88:19,21
91:8 95:24
**estimation** 96:19
**et** 96:1
**evaluation** 18:13
**evaluations** 18:11
**event** 5:3 24:20
**evidence** 117:5
**evidently** 55:17,17
69:5
**exactly** 5:22 10:22
79:19
**examination** 1:13
3:4 4:9 87:18
112:20
**examined** 4:8
116:14
**example** 16:17
73:10 79:24 88:9
**excuse** 17:12

**exercises** 65:12,12
79:12
**exhibit** 3:14 4:2
18:15 19:17,20
20:1
**exhibiting** 13:7
**exhibitors** 13:6,13
13:14
**exhibits** 16:19
**expect** 85:7
**expenses** 84:11,12
84:13
**experience** 60:1
94:2 95:23
**explains** 45:7
**expressway** 38:15
**extended** 45:6
**extent** 111:23 112:1
**eye** 8:11
**eyes** 110:16

_____

**F**

**face** 118:10,20
**facing** 85:8
**fact** 18:12 56:18
79:16 105:18
**factor** 94:7
**facts** 26:11
**failed** 10:5
**fails** 116:24
**failure** 117:5
**fair** 5:12 59:7,9
60:2 95:16 96:15
96:16 98:19
**falling** 82:13,14
**familiar** 90:6
**family** 27:24 28:19
81:1,12 109:19
**far** 20:24 42:1 47:3
54:8,21 76:8,11
98:10 100:12
**fare** 93:6
**fashion** 52:19
**fast** 76:1

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 122

fathers 28:19
fault 6:8
fcc 30:13 110:9
february 1:23 9:11
  9:13 11:8 27:7,13
  57:1 67:10,11
  85:16 115:13
  116:6
feed 61:22 62:16
feeding 62:1
feel 43:6 52:3 71:13
  72:8 74:14,21,21
  74:24 75:1,1 78:4
feeling 72:17 104:7
feet 16:21 83:11
felt 43:7,13 45:18
  46:17 47:15 49:5
  49:12,18 50:10,19
  50:19 51:10 57:13
  57:15 61:15,16
  106:19
fence 106:22
fibroids 83:17
field 87:14 106:15
  106:17
file 22:8
filed 21:15 23:17
financial 13:11
financials 13:10
find 17:14 70:24
  71:19 97:5 106:17
fine 21:12 56:2
  71:14 75:18 92:17
  101:2
finger 83:23
finish 44:7
fire 53:10
first 4:7 11:7 18:20
  24:21,23 25:4
  50:9,10 51:13
  53:21 58:22 65:18
  66:8 67:16 70:15
  91:11 115:12
  116:12

five 7:4 16:2,4 27:1
  28:19 30:17 31:2
  46:1,1 53:4 77:18
  91:10 92:6,12
  100:22
flesh 104:24
flex 65:14,15,15
flexibility 78:8
floor 1:21 2:3 50:12
  50:13,14 51:14,16
  52:7 63:5 64:15
  64:16 100:19
  112:6
flown 33:2
flying 34:23
following 87:15
follows 4:8
followup 85:13
foot 42:5,7 43:4
  45:12,13,15
force 46:18 50:6
ford 100:16
forearm 68:22,23
foregoing 115:14
  116:16
forest 90:8,9
form 21:19 22:6
forms 21:18 22:9
forward 17:2 41:22
  42:15
found 97:9
foundation 111:9
four 26:23 27:10
  91:10 92:6,12
  99:19 100:22
fourprong 66:10,23
fr 8:15
fracture 68:5
fractured 68:4
  83:21
frame 43:12
frances 8:14,16,17
  9:5 11:15,20 25:3
  25:3,7 56:11 97:6

free 78:16,20
frequent 91:5
frequently 30:6,15
  30:19,21 31:9
friend 8:12 10:11
  91:13
friends 8:13 11:13
  11:22 12:2 30:24
  58:4
front 44:10
full 78:9
fulltime 13:24 14:4
  14:9 16:6
fully 117:4
functioning 76:4,6
funny 71:16
further 95:21
  112:20 116:16
future 6:10 85:7,9
  108:7,10

**G**

gabapentin 113:10
ge 93:19
general 14:10 18:3
  105:10
generally 10:17
  15:20 20:19,22
  22:13 24:23 26:10
  29:9 75:20
generated 20:5
gesture 36:21
getting 17:2 42:10
  45:21 53:18 55:9
  65:2 73:12 75:2
  77:24 79:21 89:2
  94:4 97:10 102:23
give 5:18,22 13:8
  18:9 32:12 35:18
  44:21 58:16 88:19
given 5:15 96:17
  115:15
giving 51:22 58:11
glucophage 113:8

go 14:17 15:18 24:1
  27:15,19 28:1,1
  28:12 29:2,3
  30:23 31:10,13,14
  37:8 42:4,12,17
  43:3,9 45:1,6 46:9
  46:16 49:20 54:8
  57:11 59:22 64:19
  65:16 67:13,19
  68:1 70:12 71:18
  75:18 76:11,15
  77:19 78:13,24
  79:6,7,10,11
  81:12 84:1,7
  85:12 89:23 90:3
  90:24 91:21 96:4
  97:6 98:13 99:20
  107:7 109:24
  111:12 113:9
god 49:24 102:12
  102:14
goes 42:21 93:5
going 4:19 5:7,21
  6:11 12:10 19:16
  22:14,23 23:5
  29:1 35:19,21
  37:1,4,9,12 42:5,6
  46:22,24 47:5
  48:10 53:20,21,22
  55:5,12,13 57:21
  59:1 60:14 63:4
  66:18 69:6,11
  71:22 73:7 76:9
  79:18 80:6 87:11
  87:12,14,16 88:20
  90:22,22 91:23
  96:24 97:11,14,18
  98:9 103:7 104:5
  105:6 108:10
  110:8 111:3
good 29:14 70:20
  81:4 87:3 101:4
  102:18
goof 31:6

gottlieb 30:11 79:5
  79:8
grabbed 33:14
gradually 14:21
graft 63:21 69:12
  69:13 70:15 71:1
grafting 69:14
  70:11
grafts 59:18
great 33:6
grocery 11:23
group 106:18
growing 28:18
guess 23:1 39:3
  54:2 68:4,7 74:3
  95:18,22
guessing 23:3,22
  66:5 98:5
guys 99:6

**H**

hadnt 106:20
hair 38:3
half 17:1 69:2,4
  77:8
halfway 98:16,20
  98:21
hallucinating 57:24
hand 18:14 19:16
  36:15 65:12 84:18
  97:3
hands 41:16,19
  44:22 47:4 48:9
happen 9:1 27:6
  43:8 46:22,24
  47:6
happened 25:12,20
  36:18 42:3,19
  43:2,16 50:8
  52:21 54:13 65:17
  85:9 102:10
happening 43:14
  66:4
happens 42:22

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 123

hard 29:11 65:9
  66:8
hardware 69:18,24
  72:4
hate 72:16
havent 5:9 21:24
  56:17,19 109:8,10
head 5:21 50:9,10
  50:10,16,20 57:18
  62:12 82:14 89:5
  113:19,23
headache 75:2
health 30:11 77:23
  78:14 79:4,16
  82:11 85:8 109:12
  109:17 110:9
healthcare 108:24
  109:3
hear 50:23,24
  110:24 111:3
held 86:19
hello 35:23
help 9:19 11:10
  12:3 19:11 52:22
  53:6
hereinabove
  116:19
hes 38:1 56:18
hey 42:13
high 84:20
higher 45:4
hired 10:12 107:9
  107:11
history 82:12
hit 49:10,11 50:10
  50:16,20 110:15
  111:8,18
hobbies 80:8,10
hold 13:1 88:20
holidays 27:21
  28:22
home 10:13,19
  14:17 15:4 24:1
  27:12,13,23 29:2

37:4 62:8 66:15
  67:2,5,5,7,9 96:4
  96:21 97:1 98:13
  98:15,17
hook 58:15 65:13
hope 56:18
hopefully 107:14
hopping 87:13
  105:6
horrible 102:19
hospital 9:10 25:4
  25:8,11,19,22
  26:17,22 28:5,6
  56:24 57:5,6,12
  58:5,21 63:7
  66:20 67:4 70:13
  82:1
hospitalization
  70:19
hospitalizations
  83:14
hospitalized 83:15
hour 1:22 77:8
hourandahalf
  74:23
hourly 17:6
hours 14:17
house 9:21 10:15
  11:2,8,11,17
  67:15 84:15 95:12
houses 28:21
hundred 20:5
hurt 57:19
hurting 82:24
hurts 72:17

**I**

id 3:14 5:23 11:13
  28:1,1 31:23
  65:16 67:13 71:11
  98:20 107:5
idea 6:7 22:19
  54:14 56:5 81:5
  87:3

identification 4:3
identifying 95:3
ill 6:2 8:7 18:23
  35:24 44:21 47:9
  47:19 71:14,19
  87:8,16 113:9
illinois 1:1,3,9,15
  1:20,21 2:4,8,13
  7:1 115:1,3,9
  116:1,5,24 117:13
im 5:24 6:10 9:16
  10:4 17:1,3 18:18
  22:13,23 23:21,22
  23:23 26:6,13
  29:8 31:20 37:11
  44:8 46:3 48:12
  49:11 51:14,14
  52:9 57:19,21,24
  58:2 61:9 64:21
  66:4 70:3 71:13
  71:18 72:15,19,20
  73:2,7 75:1,18
  76:4,6 80:4,16,18
  80:19 83:6 87:8
  87:11,12,13,16
  88:20 89:2 90:5
  90:15 92:14 94:21
  101:8 102:24
  103:8,14 104:7
  105:6 107:12
immediate 53:3
  62:1
immediately 39:14
  42:19 43:9 51:9
immobile 61:22
  62:16
impact 47:16,20
  49:6 50:6,22 51:6
  51:9 53:1 98:17
inappropriate 47:2
including 11:15
inclusive 115:14
income 20:4,16,23
  21:22

incorporated 80:15
increase 18:3,13
  105:8
increased 14:22
  16:1
increments 89:1
incur 84:13
incurred 84:12
indicate 80:22
indicated 24:18
indicating 36:14
  40:23 41:9 63:24
  68:9 69:1 72:9
  83:8 112:5,7
individually 1:7
  68:1 115:8
infection 70:14,16
  70:20
information 6:16
  9:4,4 12:11 13:11
  13:12 20:18
initially 36:20
  61:21 63:11 64:9
  65:1 66:7 84:17
  106:12
injured 68:1
injuries 24:20 25:1
  25:17 26:11 67:20
  82:13 84:4 111:23
injury 113:23
inside 37:16 38:20
  48:21 68:20 69:14
  88:23
instant 117:4
insurance 93:22
  109:17
insured 93:18
intense 16:16
intensely 29:10
interested 117:8
interesting 42:8
  51:15 73:4 106:11
international 80:16
interrogatories

18:16 19:6 24:15
  39:20 80:22 91:15
  116:15
interviewed 106:24
invoices 13:13
involve 13:5
involved 16:16
  108:13
involves 29:23,24
isnt 59:7 106:4
issues 5:4,8 85:8
  92:11
ive 6:9 59:3,4 70:8
  77:21 79:1 83:17
  84:22 91:18 92:16
  99:24 110:12

**J**

jam 83:24
january 64:5,6
  66:1,2,4
jazzercise 79:13
job 12:20 13:4,18
  102:18 106:9,15
  106:17,20,23
  107:9,10
jog 100:17 101:8
join 79:13
joined 79:1
judge 46:6 47:17
jump 8:7
june 14:18,19 15:8

**K**

keep 8:10 10:8
  13:12,14 63:14
  101:21
keys 97:4,5,9
kick 72:21
kin 117:9
kind 13:16 22:10
  31:5 32:20 33:23
  34:13 36:3,23
  38:19 40:13 48:1

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 124

58:23 65:8 71:13
71:14,17 72:21
82:19 85:14,17
87:12 100:12
104:6
**kinds** 18:12 92:1
**kitchen** 85:1
**kitty** 44:19
**knee** 45:5,6,11,14
45:17 69:6,10,12
78:9,10
**kneel** 76:3 80:1
**knees** 63:14
**knew** 35:17 36:7,21
46:21,23 90:3
**know** 5:15,22 6:12
7:16 8:18 9:1
10:6,22 15:20
17:15 18:21,23
19:4 20:10,15,24
21:4,22 22:17,22
23:4,5,19 24:24
25:2,11,14 26:5
26:10 28:2,10
31:4,16 32:22
33:7,19 34:7,8,10
35:1,8,19 36:2,14
37:20 38:17,18
39:2,4,5,7,10,13
40:3,24 43:12,15
45:7 46:6,6,7,11
46:12,15 47:7,12
47:17,19,20 48:13
49:4,9 50:5,20
51:2,5,6,24 52:1
52:17 54:23 55:16
55:17 56:1,3,6,7
56:12,23 57:14,15
57:16 58:24 59:14
59:16,17,19,23
60:2,9 61:16 62:1
62:3,19 63:11
64:2,10,18,19,23
65:3,17,20,24

66:4 67:21,23,23
68:7 70:4,5,7,10
70:16,22,24 71:11
71:19 72:5,12,20
74:4 78:4,18,19
79:20 81:18,23
84:23 86:3,13
87:16 89:2,2,5,7
90:7 92:1,24 93:1
93:4,8,22 94:16
94:18 95:1,4,13
96:1 99:12,13,13
100:12 102:24
103:8,17 104:5,10
104:11,12,15,18
110:2,24 111:6,16
112:4 113:5,5,6
**knowing** 89:11
**knowledge** 24:19
53:15 59:11 89:21
92:23 102:7,8
104:17 109:18
**known** 91:18
**knows** 23:4,4

_____ L _____
**ladies** 31:23
**lady** 53:7,9 112:16
**lag** 42:24 43:1
**lake** 110:10
**lamp** 48:6,7
**lane** 48:17,21 104:1
104:2
**lanes** 48:13,17,18
48:19
**large** 51:14
**larger** 100:20
**lasix** 113:12
**late** 64:22
**laundry** 11:16,18
11:21
**law** 1:3 115:3
**lawsuits** 108:14
**lay** 63:22

**laying** 32:19 72:24
**leaning** 40:13,21
41:11 103:12
112:3
**learn** 102:21
106:23
**leaving** 59:1 60:19
81:20,21
**left** 44:20 60:23
61:3 63:14,21
67:3 68:5 69:6,8
69:10,12,15 72:10
72:11,12,13 75:4
75:7 78:8 107:3
**leg** 42:4,17,21 43:3
43:9 44:14 45:1,8
45:14 46:8,9,16
49:2,3 57:18
59:19,22 63:14,22
65:12,13,15 69:8
75:6 112:6
**legs** 29:24 52:18
68:13,14 71:21
86:14
**lesson** 102:22
**license** 117:19
**licensed** 102:3,3,4
**lie** 63:7
**life** 75:20
**lift** 45:9,11,12,17
84:23
**lifted** 45:8,8,9 49:2
49:3
**lifts** 84:24
**light** 48:4,7 49:10
96:15,18
**lighter** 99:23
**liked** 106:17
**limit** 46:12
**limited** 5:11 92:23
**line** 32:2 89:23
103:24
**linx** 80:15
**list** 87:7

**listed** 91:15
**little** 8:8 29:20
32:10 33:3,5 63:8
75:4,23,24 76:7
95:20 99:9,23
110:2
**live** 8:10 11:12 90:6
**lived** 7:2 8:3 62:7
90:8
**lives** 8:19 26:24
**living** 7:6 18:4,5,9
94:3 95:23
**located** 33:15,18
89:19 112:13
**location** 15:13
32:24 95:24
**long** 7:2,15 10:19
11:1 12:17 13:4
14:6,14 15:17,18
16:18,21 26:20
28:2,11 29:11
46:2 52:24 54:10
56:21 64:10 73:22
74:7 76:5,15 77:7
77:15 81:15 82:6
83:6 94:18 96:3
96:20
**longer** 29:17 75:23
75:24 76:7
**look** 17:13 18:16,17
18:19,20 19:2,18
23:24 24:15 39:19
39:22 41:22 45:5
58:15 59:18 71:11
71:15,19 81:6
93:15 99:15
**looked** 21:24 37:24
39:24 41:7,8,21
42:20 101:24
104:9 106:15
110:15,19,20
**looking** 17:1 19:1
49:14,18,20,22
59:12 98:24 99:2

**looks** 22:13,14
42:14,15 60:23
68:8
**lose** 51:6 54:20
55:15
**losing** 47:6
**lot** 76:3 80:1 92:7
106:3 110:24
**lower** 69:2,4
**loyola** 57:8,9 59:1
59:11 60:10,19,23
61:3 62:4,15
67:22 71:5 110:1
**luggage** 35:3,5,8
**lying** 73:2

_____ M _____
**maam** 5:1 8:5 10:3
19:12 21:16 22:19
24:2 25:15 27:17
37:9 48:1 67:20
72:10
**machine** 65:13
78:15
**machines** 78:17
**machinetype** 78:12
**madison** 1:20 2:3
**maintain** 32:13
101:21
**making** 54:24
**man** 102:6
**manage** 76:5
**manager** 13:8
**manner** 38:7
**march** 107:10
117:14
**mark** 2:7 5:14
**marked** 3:14 4:2
18:15
**market** 106:20,23
**married** 7:13 28:14
31:10 91:23
106:13
**matter** 77:23 79:21

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 125

| | | | | |
|---|---|---|---|---|
| 80:17 94:5 | metformin 113:8 | 71:18 73:15,23 | night 113:15 | occurrence 19:15 |
| maximum 77:14 | methodist 112:9,12 | 75:24 102:18 | nine 70:9 | 26:11,12 94:15 |
| mccormick 106:5,6 | meyer 2:12 | moved 57:4 71:6 | nodding 61:7 | occurring 59:21 |
| mcfadden 1:7 2:10 | michigan 112:14 | 106:12,13 | noises 50:23,24 | 60:1 |
| 34:4,6 37:18 | middle 44:23 69:11 | moving 73:12,20 | 54:24 | oclock 96:10,17 |
| 40:10 95:4 97:14 | midst 77:14 | 81:22 | nonprofit 106:8 | october 57:4,5 61:1 |
| 100:3 101:9 102:2 | midway 33:1,9 | muscle 63:24 | normally 90:18 | 64:22,22 |
| 103:2,23 110:15 | 34:17,19 38:21 | muscles 72:21 | 96:3 | office 15:13 |
| 111:7,17 115:8 | 90:22 94:21 95:12 | 113:9 | north 2:8 12:16 | officer 80:4 |
| mcfaddens 103:21 | 95:15,21 96:4,20 | music 106:16 | nos 3:15 4:2 | official 4:21 117:11 |
| 105:3 | 98:1 | | notice 1:14 38:7 | oh 35:16 44:8 56:1 |
| meals 9:22 11:10 | mileage 77:16 | **N** | 40:6 41:24 101:5 | 56:17 92:20 |
| mean 5:22 6:12 | miles 76:17 95:11 | nail 55:14 | notified 25:6,7 | 110:18 |
| 10:6 12:4 16:12 | 95:14,17,17,19,19 | name 4:11 5:14 | november 64:22 | ohare 90:22 |
| 16:14 17:21 22:3 | 98:8 | 8:13 34:7 36:9 | number 6:21 8:24 | okay 6:4,13 13:16 |
| 23:2 33:23 43:16 | milwaukee 106:12 | 39:7 81:3,6,7 82:4 | 35:17,18 36:3,7 | 15:5 21:8 23:22 |
| 45:3 46:23 52:7 | 106:21 | 86:1,4 87:10 | 60:10 70:4 95:2,3 | 41:10 42:5,9 |
| 53:3 104:13 | mind 29:13 75:3 | 91:14 94:20 | 95:20,21 96:21 | 47:13 58:2 68:3 |
| 107:14 | 91:5 | 113:10 | 110:11 | 74:11 103:15 |
| medical 5:5,8,11 | minute 71:8 | names 87:1 | numbers 22:14 | 106:21 107:20 |
| 61:20 62:4,10 | minutes 53:4 77:8 | nature 111:22 | nurse 10:13,13,19 | 111:19 |
| 84:12 109:6 114:2 | 77:18 89:10 96:22 | necessarily 55:1 | 55:20,22 56:1 | old 44:19 105:22 |
| medically 74:15 | 98:9,13,14 | need 5:3,18,22 12:5 | | once 25:24 27:2,12 |
| medicare 108:19 | mirror 50:11,16,21 | 17:12,15 20:17 | **O** | 30:7,20 31:13 |
| 108:21 | 113:20 | 31:2 47:12 55:13 | oak 6:24 8:1 33:16 | 32:11 49:18 53:16 |
| medication 57:20 | modalities 77:10 | 68:17 71:23 73:6 | 33:18 62:7 79:12 | 58:21 61:18 62:23 |
| 58:1 109:14 | model 99:11 101:17 | 76:13 78:10 79:22 | 89:19 90:4,7 92:2 | 88:10 97:20 |
| medications 85:2 | mom 27:24 28:9 | 92:4 106:22 108:6 | 92:2 94:12 95:12 | 113:16 |
| 112:22 | moment 69:9 | 108:10 | 95:20,21 96:21 | ones 80:9 113:2 |
| meet 27:23 34:9 | moments 74:20 | needed 11:12 87:5 | oath 115:12 | ontario 6:24 37:3 |
| member 79:4 | money 22:17 23:13 | 91:21,24 106:19 | object 22:23 | 37:12 94:22 |
| 105:24 | 97:2,3,4 105:14 | 109:14 | objection 111:9 | open 44:23 51:17 |
| members 28:19 | monies 109:11 | needs 62:17 111:2 | obligation 92:24 | 51:18 52:10 107:5 |
| memory 23:22 | montell 26:2,9 | neighbor 34:11 | observe 43:17 46:5 | 110:16 |
| 100:17 101:8 | month 30:7,8,16 | nephew 33:6,6 | observed 103:6 | opened 22:1 |
| 104:17 | 31:13 64:20 | nerves 113:12 | obviously 28:4 58:3 | opinion 102:9,12 |
| mention 10:5 | months 10:23 | net 31:5 | 64:14 | 102:15 103:2,4,6 |
| mentioned 16:8 | 15:21,21,22,23 | neurontin 113:11 | occasion 83:5 | opposed 67:16 90:1 |
| 30:9 47:23 48:8 | 109:24 110:5 | neurotin 113:11 | occasionally 32:6,7 | 95:5,9 |
| 58:4 64:8 69:16 | mother 29:2,3 | never 75:3 79:20 | occupational 10:14 | oral 116:14 |
| 73:10,17 79:23 | move 44:14 46:8 | 94:9 102:6,8 | 10:24 11:1 | order 101:4 |
| 113:18 | 51:18,20,24 52:2 | new 73:7 79:15 | occurred 7:9,19 | orders 15:10 |
| messed 103:3,9 | 52:17,18 57:1 | newspaper 98:24 | 39:14 42:3 47:16 | ordinary 42:1 |
| met 102:6 107:2 | 63:17,18 65:21 | nice 34:7 112:15 | 48:15 51:7 53:1 | 101:6 103:17 |
| | | | 98:11 103:10 | |

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 126

organizations 31:20
orpett 2:12
outside 11:17,17 69:13 88:23 89:22 104:2
owens 8:14,16,17 9:5,7 10:9 11:20
owned 101:14

**P**

page 3:2 18:17 19:6
pages 115:13
paid 105:19 109:6 109:11,13,14,15
pain 51:22 52:1 57:15,20 58:12 72:3,14,15,15 73:9,18,24 74:6,8 74:12,18 83:7
painful 32:15,18 72:17 74:9
paramedic 104:23
paramedics 25:5 52:23 53:1,11,16 53:18 55:3
pardon 20:13 109:23
park 6:24 8:1 33:16 33:18 62:7 79:13 89:19 90:4,7 92:1 92:3 94:12 95:12 95:20,21 96:21 110:11
parking 16:23
part 38:13,14 57:17 57:18 63:21 75:7 77:12 84:20 86:10 93:12 112:2,5,6
particular 18:19 57:17 68:16,18 94:5 95:5 110:6
parties 4:23 117:10
parts 67:24 68:11

69:17,19 74:19 82:19
parttime 21:6
pass 73:15
passed 27:24 53:4 88:21
passenger 43:20
pay 96:24 97:11 109:13,16
paying 75:12
payments 108:18
people 34:21 52:21 59:12 93:8 94:6
pepper 38:3
percent 18:6 20:6 22:18 23:20 107:17,19,23 108:2,3
percentagewise 23:19
perception 74:10 74:16
period 10:21 11:5 14:6,11 25:22 26:20 27:5 49:5
periodic 30:5
periodically 72:13 99:2
periods 73:19
person 24:21 25:5 45:5
personality 105:3
persons 24:19
pertaining 1:16
pets 58:9
philosophy 74:11
phone 8:24 88:1,3 89:13 99:1
phonetic 85:24
phonetically 86:5
photos 68:17
phrased 26:7,8
physical 41:4 80:5 80:9 85:20 107:16

physically 51:11
physician 110:4
pick 34:21,24 35:19 36:22 39:9 91:2 95:6 97:15
picked 32:23 33:9 34:17,22 38:20 87:21 111:2
picks 93:5
pickup 95:1
piece 65:8,18
pieces 76:21
pillows 63:14,20
pin 70:1
pins 69:20,21,22 72:5
place 40:7 51:10 95:1 106:7 115:14 116:19
placed 64:16
places 80:22
plaintiff 1:5 2:5 115:6
plane 88:8,11
plans 24:4,5,7
plastic 44:1 70:2
play 30:10,15,16,19 30:22 32:6 79:10
played 30:10
playing 29:21 83:24 110:22
please 4:12 6:18 23:9 111:14
pleased 92:14
pocket 109:11
point 6:10 10:10 12:9 24:4,5 37:14 39:7,9,10 40:17 41:17 49:16,21 51:23 54:3,12,20 55:10 56:8 57:1 57:20 59:10 62:24 98:17 101:7 108:9 109:10,20

poke 58:15
pole 47:5,24 48:1,4 48:7,11 49:7,10 49:20 104:10,10 104:12,16 110:15 111:8,18
poles 48:3
police 39:22 97:7,8
polish 55:14
polyps 83:17
position 12:20 13:1 40:16 107:5,5,7,8
positioned 104:13
positioning 44:21
possible 38:23 88:16 100:18
possibly 64:20 73:22 95:18
power 2:2
practical 102:23
practice 81:10
prefer 4:14,16
prepare 11:10
prepared 9:22
prescribed 85:20 112:23
pretty 26:1 34:19 57:24 98:12
previous 83:22
previously 83:16
primary 82:4 85:5 110:3
prior 5:2 13:21 17:4 37:15 82:5 83:14 92:12 106:16
probably 15:22 24:11 26:13 27:18 33:6 36:13 38:4 38:14 58:12 64:4 66:1,18 74:9 76:12 77:17 81:4 87:3 88:17 90:24 91:20 92:3 108:3

problem 82:22 83:3 83:11 85:14 92:15 106:4
problems 72:3 82:19,21 83:10,11 85:8 113:14
procedure 1:15 4:22 58:23
procedures 59:10 60:3,11 71:20
proceedings 114:6
process 13:8
program 79:9 81:22
programmed 89:13
progressed 63:4
propped 63:20
protective 63:13
protruding 68:6
provide 8:21 9:4 22:6
provided 9:17 10:11 16:23 22:16
psychologically 59:4
public 16:24
pull 36:6 84:1 104:24
pulled 35:11 36:20 54:6 104:4,8,20
pulling 72:8,11,13
purchased 101:17
purpose 1:17 33:4
pursuant 1:13,14 15:9 116:23
push 73:6 84:24
pushed 40:13,20,22
pushing 41:11
put 5:1 35:5 42:5 43:15 45:21 53:22 53:23 54:6,7 55:8 59:19 61:4 69:14 71:24 76:9 84:2 103:1,20 104:20

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 127

**Q**

quantify 16:11
quarters 98:21
question 6:1,3,6,9
6:11 18:24 19:3,5
20:14 23:7,11
41:3,20 42:20
44:7 56:13 76:23
89:15 96:5 97:10
107:12 111:10,13
questioned 5:7
questions 4:24 5:23
20:21 26:6,8 53:6
55:5,6 75:17
87:12,15 114:1
116:18
quick 18:24 43:10
45:24 68:10
112:19
quickly 19:19
24:16 41:7,21
42:12,21 43:16
113:18
quite 73:3 88:16
100:18

**R**

racketball 30:11,18
32:7 79:11
radio 110:22
radios 111:1
raised 63:8
read 117:1,6
reading 98:24
117:2
ready 45:21 75:23
real 19:18 24:15
42:12 68:10
112:19 113:18
realized 35:12
really 23:1 28:13
31:19 32:2 37:13
37:20 38:11 39:17
42:23 54:14 57:16

58:20 59:2 61:23
67:5 70:12 71:16
76:6 85:3 91:19
93:22 97:2 99:5,5
100:11,13 101:1
102:21
rear 50:13,14
rearview 50:11,21
reason 62:3,11,11
78:4 89:18 94:12
97:24 112:12 117:7
reasonable 96:19
reasonably 6:10
reasons 98:6
recall 9:7 14:8
17:11 19:7,11
22:21 23:16,16
35:6,7 36:4,16,24
37:6,11,18 38:1
38:23 43:1 48:20
50:18 53:18 54:9
55:6,7,10 57:19
57:21,23 58:12,19
58:22 59:10 60:6
60:8,18 61:2,4,15
61:19 62:15,19
63:2 64:13 65:17
66:14 67:22 70:5
86:2 99:21 100:10
100:13 101:13
104:3 105:2 111:5
recalled 5:7
receive 5:6 41:2
113:22
received 21:19 41:4
61:19 70:13 80:23
92:16 108:18
recognize 74:8,10
recollection 54:12
60:13
record 4:21 5:1
81:4 84:7,9 86:17
86:19 116:17
recording 80:16

records 5:5,9,11
59:13 81:24
recumbent 78:6,10
reduced 116:9
refer 4:14
referred 116:20
refine 96:4
reflect 20:4
regard 22:12 24:14
32:20 52:6 82:11
114:2
register 51:20
registration 13:15
regular 12:8 27:20
30:4 44:5 78:7
80:24 81:13
113:10
regularly 30:3 32:7
77:4 79:18
rehab 25:1 57:5
63:5 67:14 77:12
77:13
rehabbing 21:5
reid 24:21,22,22,24
relate 105:10,11
related 5:5 106:3
109:7
relation 104:13
relationship 93:10
relative 10:12
relatively 96:15,18
relaxed 49:24
relaxing 72:20
released 109:22
110:1
relieve 63:15 75:5
remain 56:24
remember 15:19
37:21,23 38:10,11
38:18 39:17 53:7
53:8,8 54:5 55:12
55:18,19,20,21
59:1,2,15 63:16
71:17 91:20 92:24

93:1 97:5 99:6
100:7 101:1
104:22
remembrance 55:2
remnants 60:4
remote 84:24
remove 54:16
55:13 71:23
removed 63:24
repair 69:17 72:6
replow 87:14
reported 116:8
reporter 1:19 116:4
117:12,19
reports 39:22
represent 87:11
requested 62:6
reserve 114:4
reserving 114:2
reside 6:23 7:24
respond 6:2
response 41:2,5
responsibility
93:23
responsible 101:20
rest 44:11 73:20
result 25:18 105:15
retire 24:5,8,12
return 5:4 19:21,21
20:2 21:11,14,16
22:4,8,16 27:2,11
returned 11:8 15:9
returning 15:3
returns 17:17
19:18 20:4 23:5
23:17
ridden 34:5 100:22
ride 30:3,6 32:7
101:7
riding 29:23 30:2
47:3
right 8:23 14:3,20
17:2,22 19:1
23:23 29:19 32:4

34:1 40:14,15
41:1,8,11 42:4,14
42:16,21 43:3,9
45:20 46:9 47:9
49:3 56:18 57:22
63:23 69:1,15
77:12 79:19 83:7
86:23 87:17 89:20
96:10 99:8 104:4
104:5,7,8,16
river 90:8,9
road 40:2,5,5 48:14
roadway 104:13
rock 33:3,5
rode 99:18
rods 59:19
rogers 2:2
room 60:14 63:3
64:9 65:3,10,15
65:16,21
roosevelt 39:16
40:2
rose 1:4,12 3:3,14
4:6,13,16,17,20
5:14 87:10 94:21
115:5,12,20 116:7
116:11
rotate 28:23
rotated 28:20
rotates 65:19
rough 88:19,20
round 22:14
route 38:22 39:9
97:14,16,18,22
ruda 2:7 3:5 4:10
4:19 5:12,14,15
5:18 6:5,14 9:6
14:11,13 17:18,20
18:7 21:10,13
22:3,5 23:7,10
39:6 44:9 61:11
69:7 75:14,19
84:10 86:21 87:8
112:19,21 114:1

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 128

rude 90:15
rule 116:23
rules 1:15 92:23
    116:23
run 34:13 35:24
    36:3

_____
S
safely 97:1
saint 12:16 15:15
salaried 17:6,9
    105:19
salary 17:11,11,22
    19:12,14 20:11
    105:7
salt 38:3
sanders 3:14 4:1,15
    18:15 94:21,24
sat 49:23
saved 105:22
saw 25:19 36:3,6,7
    36:11 40:9,10,12
    42:4,16 43:3,9,13
    45:1,11,12,13,17
    46:8,16 47:3,4,5
    48:10 49:19 51:4
    52:9,10,10 58:7,8
    59:17 82:7 85:15
    87:1 104:9,10,23
    111:24 112:2
saying 36:17 37:8
    55:21,22 72:15
    82:3 89:9 94:20
    103:9 108:1
says 19:14 36:10
scar 59:22 68:16
scarring 68:7,10,12
    68:19
scars 59:16
scene 53:17 54:11
    55:3 104:19
schedule 27:21
sciatica 83:4
scott 2:3 5:10 9:3

14:9 17:16 18:4
21:12 22:2,23
39:2 44:6 61:8
68:22 69:2 84:7
86:17 87:6 111:9
111:12 112:18
114:4
screwy 103:17,19
seat 40:13,19,20
    43:21 44:10 49:23
    84:20
seatbelt 50:1 51:17
    51:19 52:12
    111:20
seats 43:24 44:11
    112:4
second 70:11 71:1
    71:10 75:15 98:4
seconds 46:1,1
    47:19
secretary 80:17
security 6:20
see 10:22 11:14
    26:17 27:14,15
    28:6 29:21 33:13
    34:10 36:1,2 40:6
    42:9 43:5 44:14
    44:23 45:9,13
    52:7 54:16 59:19
    59:20,24 60:3
    81:1,12 93:19
    104:10,19,21
    108:1 109:24
    110:3,7,18,20
    111:22
seeing 19:8 53:7,9
    59:13,15 60:8
    109:21
seen 5:9 56:17
    99:24
send 13:13 22:7,9
sent 109:8
separating 43:23
september 7:10,20

7:23 16:3,5 17:4
27:7 57:3 96:10
96:18
sequence 36:4
    42:18 43:10
serve 80:3
serves 23:23
service 92:15,16
services 12:22 92:2
session 77:18 78:1
set 4:22
sets 31:21
seven 7:18
shake 5:20
shaking 62:12
share 102:11
shelf 12:5
sherlynn 24:21,22
    25:3,7 91:13,17
    91:19 92:1,4 97:6
shield 109:4,6
shopping 11:23
shorthand 1:19
    116:4 117:12,19
show 104:24
showed 95:6
shy 6:12
sick 81:13 105:21
    105:23
side 31:17 43:20
    51:4 63:21,23
    69:1 75:4,7 81:23
    104:2,16 106:22
sides 63:19
sidewalk 48:22
sign 117:1,6
signature 19:7
    114:4 116:21
    117:7,11
signed 117:4
signing 117:3
simply 97:15
simvastatin 113:6
sisters 28:24 29:1

55:21,22,24
sit 63:9 64:3 73:22
    102:9 105:13
site 13:15 16:17
sitting 5:19 40:18
    40:23 41:14 43:18
    43:19,20 44:3,15
    44:17 46:2 51:16
    63:9 72:24 73:11
    74:6,22,23
situation 102:19
six 47:19 109:24
    110:5
size 38:2
skin 59:18 63:21
    68:6 69:12,13,14
    70:11,15 71:1
slasauritis 110:3
slasuraitis 81:2,8,8
    81:9 82:5
sleep 113:17
sleeping 113:14
slow 49:7,12 78:3
    87:16
slowed 49:10
slower 75:24
small 5:20 34:19
smith 2:2
social 6:20
somebody 33:13
    50:18 93:19
sooner 89:6
sorry 10:4 29:8
    44:8 48:12 51:19
    61:9
sort 9:15,17 13:5
    29:11 38:10 40:22
    41:11 43:22 61:19
sound 92:6
sounds 54:24
south 31:17 81:23
southwest 34:23,24
    95:1
space 44:11

speak 35:15 87:14
speaking 10:17
    15:20 20:19,22
    24:23 26:10 29:9
    36:16 96:15
specific 11:22 24:5
    24:7 34:21
specifically 45:2
    58:19
specifics 71:15
speckles 48:5
speculate 22:20
speculating 23:3
    64:21,24
speed 46:10,12
    47:21 78:3
spell 81:3 86:1,3
spelled 81:7
spend 76:3 80:1
splatter 52:11
    111:24
splint 84:2
spoke 94:13,16
spoken 5:18,23
    25:6 56:19
spot 59:20
ss 1:1 115:1 116:1
stairs 76:5,6
stamina 29:12
    32:11,13,17
stand 16:18 29:11
    65:18 72:22 73:2
    73:20 75:4,10,16
standing 36:5 83:6
    104:22
stands 23:8
staph 70:14,16,20
start 12:18 15:24
    28:7,11 47:6,9
    49:19 51:11 64:9
    68:2 105:6
started 6:15 14:21
    47:5 48:9 56:22
    63:2,3,12 64:19

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

65:11,23 66:3,17
79:17 98:23 104:5
**starting** 71:13
**starts** 86:16
**state** 1:1,15,20 4:11
115:1 116:1,5
**statement** 59:7
60:16
**stay** 8:10 9:8 16:21
64:1
**stayed** 9:11,15 27:1
**staying** 104:1
**steering** 41:19 47:4
**stenographically**
116:9
**stephen** 2:12
**steppers** 31:21
**steps** 11:19
**steve** 87:9,10
**stiffness** 74:3,6,9
**stitch** 69:11
**stitches** 59:22 69:6
69:10
**stop** 42:6 76:13
79:20
**stopped** 36:2
**stopwatch** 76:9
**stover** 86:20,22
**straight** 40:18
49:22 103:24
**strapped** 65:19
**street** 1:21 2:3,8,13
6:24 39:8,13
46:13 48:6,7,21
110:10
**streets** 38:15,16
39:5 97:24 98:2
**strength** 63:16
**stretcher** 54:7 55:9
61:4,6,10 65:8
**strike** 20:13 96:5
**struck** 113:19
**structure** 17:6
**stuff** 13:17 58:16

71:24 78:11,12
81:13
**sub** 59:1 63:5 71:5
81:22
**subject** 87:13,13
**submitted** 115:16
115:18
**subscribed** 115:22
**subsequent** 20:10
**suburban** 57:4
60:24 61:13,18,20
62:4,23 63:6
81:11,18 85:20
90:11
**suffered** 82:13
**suggest** 92:1
**suggested** 91:13
**suite** 2:13
**sunday** 96:7,8,17
**supervise** 13:15
**supply** 87:6
**support** 9:17 73:6
**suppose** 22:8
**supposed** 19:2
36:22
**supreme** 1:16
116:24
**sure** 9:16 13:10,16
18:17,18,22 23:23
39:21 51:18 57:19
57:24 62:22 70:3
89:16 93:3,7 99:5
101:10 111:16
**surgeons** 12:14
14:1 20:7,16
21:20 86:13 107:4
**surgeries** 70:5,6,9
**surgery** 57:10
59:17 70:2,12
71:23 85:22,24
86:7,10 108:7
**surgical** 60:14
71:20
**surgically** 69:17

**sustained** 67:20
**swelling** 113:13
**sworn** 4:5,8 115:12
115:22 116:12

---

**T**

**table** 5:20
**take** 18:16 19:18
24:9,12 26:3
36:11 38:15 44:17
53:21 54:10 62:17
75:9,15 91:1,2,21
91:22 94:22 96:3
96:20 97:15,18
98:2 109:14
112:23 113:17
**taken** 1:18 4:21
38:22 57:6 97:2
99:16 115:13,14
116:8
**takes** 75:22 76:4,7
**talk** 20:10 37:20
69:8 95:8 97:13
97:17 99:9
**talked** 29:9 38:16
55:4 101:9 103:16
**talking** 14:9 21:1
98:16 99:1,6
**tall** 38:1 51:14
**tarp** 53:22,23
104:19
**taste** 31:15
**tax** 17:16 19:17,20
19:21 20:1,4
21:11,14,15 22:3
22:8,16 23:5,17
**taxi** 34:20 43:7
46:10 47:21 50:14
**technical** 71:24
**tell** 7:12 13:3,4
17:13,14,19 22:13
23:15,18 40:3,4,9
41:10,16 45:23
46:3 50:8 51:5,10

51:12 53:14 54:9
54:21,22 57:13
59:7 61:2 67:21
68:11 70:6 74:21
92:22 93:2,11
95:13,14 108:4,6
108:9 116:12
**telling** 6:12 10:8
37:8,11 53:19
82:2
**temp** 107:5
**temporary** 107:8
**term** 71:24
**terminal** 34:21
35:1 88:11
**terms** 14:23 24:3
30:2 37:1 43:18
68:18 69:24 71:1
71:20 76:8 79:15
83:14 84:11 85:4
94:4 102:23
103:21
**testified** 4:8 90:17
102:24
**testimony** 115:15
**thank** 4:18 24:2
58:17 62:14 75:11
86:23 112:16,17
**thats** 6:8 17:3
21:12,14 24:7
25:9 26:3 29:7,13
30:23 32:14 34:1
35:17,18 38:5,18
47:9 50:10 54:7
55:23 57:10,22
58:10,17 60:9
62:21 64:17 65:9
69:15 70:2 72:4
72:12 74:5 75:6
76:20 79:10,11
80:7,17,19 81:4
82:4 83:8 84:3
85:3 86:23 88:16
89:5,7 91:16

93:15,24 100:18
100:18 101:2
102:14 103:8,14
104:6,6,8 106:5,5
106:6,11 110:2,18
113:8,11,12
**therapist** 10:14,24
11:1 82:5 106:16
**therapy** 63:1,3 64:8
64:10,14,17,19
65:2,4,10,16,22
76:21 77:10,18,22
78:6 85:21
**thereof** 1:16 117:3
**theres** 42:24 69:5
72:13,14 73:13
78:9 89:21 100:1
100:11 106:2
**theyre** 33:19 78:19
113:6
**thigh** 45:14,17
69:13
**thighs** 32:12 68:4
69:22 72:15,19,23
73:1,18 74:6
**thing** 9:17 11:17
16:15 18:20 19:1
29:11 33:24 39:24
43:14,22 52:9
55:7,19 58:22,24
70:8 77:21 84:24
100:13 106:11
109:15 111:3
**things** 9:16,18 11:9
11:15,22 12:4
13:5 17:13 18:12
25:2,12,14,16
29:15,17 33:24
48:15 58:23 66:3
71:14 72:5 80:12
82:24 84:13,18
92:2 93:13 98:7
102:21
**think** 6:6 17:16,23

WASHINGTON-SANDERS vs. McFADDEN
07 L 013584

ROSE M. WASHINGTON-SANDERS
FEBRUARY 25, 2010

Page 130

19:3 21:1,7,9 23:1
23:2,24 27:13 .
37:12 38:3,4
39:16 40:2 42:4
46:14 48:4,18,19
49:9 50:9,15,17
56:11 57:23 58:8
59:4 61:21,24
62:6 63:23 65:11
66:3 70:1,2,7 71:8
71:9,9 72:7 75:22
77:16 80:13 83:8
85:1,3 87:5,8
88:17 89:4,7,15
90:17 91:18,20
93:12,17 94:9
95:20 96:7,9,14
96:16 97:7 98:12
98:21 99:4,22
100:11 101:1
102:17 104:7
108:2 109:9,16
111:21 113:8,10
113:11,19,21
**thinking** 24:11
52:10
**thomas** 1:7 2:10
34:4 115:8
**thought** 32:1 39:15
41:12 42:5 45:20
51:13,15 52:9
59:5 62:21 89:5
90:4 97:2,3
103:17
**three** 16:1,2 26:23
27:1,10 30:17
76:16 77:5 79:6,8
98:20
**threeprong** 66:11
66:16 67:1
**thursday** 85:15
**tight** 72:18 75:4,7
**till** 57:3
**time** 7:5,8,19,22

10:21 11:3 12:1
12:12,21 14:6
15:24 17:7,10
19:10,12,14 25:22
26:20 27:5,20
28:10 33:8 34:3
37:15 42:2,8,24
43:1,12,13,16
45:22 46:2,4,5,6
47:14,17,20 49:5
50:2,22 54:14,19
56:3 57:13 59:21
59:24 64:4 65:18
71:15 72:19 76:4
76:5 80:1 81:19
85:11 88:4,21,22
89:3 91:22 96:1
97:18 101:7
102:13 105:21,23
107:22 109:10,23
111:7,17 112:16
115:14 116:19
**timeframe** 65:24
71:8
**times** 26:24,24 27:8
27:10 30:17 31:1
31:3,12 77:5 79:6
79:8 91:8,10 92:6
92:7 98:1 99:19
**timewise** 42:8
**title** 12:20
**today** 4:23 39:18
102:10 105:14
**toilet** 84:18
**told** 35:20 50:18
51:19 55:4 56:1
56:11 57:14 58:17
59:3,3,4,12 70:7,8
70:9 85:6 99:4,7
105:1 107:4
109:22 110:13
**top** 55:12 104:24
**totally** 63:15
**tough** 107:12,13

**town** 27:8
**traffic** 48:13 96:14
96:18 .
**trafficwise** 38:17
**trained** 67:3
**trainer** 78:2
**training** 78:1,11
**transcript** 115:13
115:15 117:1,3,6
**transcription**
116:10
**transferred** 61:12
62:4 81:24
**transport** 16:20
65:10 67:13
109:15
**transportation**
16:24
**travel** 33:22 34:1
**traveler** 91:5,5
**traveling** 38:17
46:10 48:14
**treadmill** 76:16,18
76:22 77:1,5,11
77:15,17,20 78:1
78:2
**treasurer** 80:19
**treating** 109:20
**treatment** 61:19,24
67:22 80:23
108:10 109:12
113:22 114:3
**treatments** 60:11
**triage** 56:8
**tribler** 2:12
**trip** 98:10
**trips** 92:12 100:23
**trouble** 98:22
**truck** 93:20,21
**true** 19:9,9 29:8
62:19 89:7 90:19
97:11 109:12
110:19 115:14
116:17

**trunk** 35:9,10
**trustee** 80:18
**truth** 116:13,13,14
**try** 6:2 67:15
**trying** 90:15 101:8
102:18 103:1
107:13
**tub** 84:17
**tubes** 58:16
**turn** 63:18
**turned** 41:7,21
78:2 110:19,20
**turns** 42:14
**twice** 30:7,20 31:11
31:13 79:2,16
110:12
**two** 10:23 14:20
15:9,12,17,22,23
18:6 31:12 43:24
44:10 48:17,18,19
70:10 86:15 112:4
**twomonth** 11:5
**type** 102:16 108:6
108:11 111:2
**types** 100:24
**typewriting** 116:10

---

**U**

**uhhuh** 9:2 10:2,5
19:22 22:11 29:6
60:20 65:5 68:15
76:20 90:12 96:11
**unable** 14:7,15
**uncomfortable**
63:15 72:16
**undergo** 62:24
**undersigned** 117:8
**understand** 10:7,8
75:14 102:16
107:14 .
**understanding**
90:10 100:15
109:5
**understood** 16:13

89:16
**unfasten** 52:12
111:20
**union** 105:24 106:3
**unit** 6:24 56:8
**unusual** 38:7 40:6
41:12,24 58:10
103:19 105:2
**use** 66:6,20 67:1
72:16 84:19 91:3
91:11 92:2 106:6
**usually** 27:23
**utilizing** 66:18

---

**V**

**vacation** 105:22,23
**van** 86:3
**vandevander** 85:23
86:6
**vandever** 86:5
**varies** 96:1
**various** 92:1
**vehicle** 48:9,10
49:7,12,19 51:1
52:22 54:4 55:4
93:23 100:10
**vehicles** 49:1
**verizon** 88:5,6
**versus** 16:9
**victoria** 100:16
**victorias** 100:20,23
**visit** 25:21 27:3,9
27:12,19 28:8,21
33:4 85:13 110:5
**visiting** 12:4 26:21
**visitors** 57:23 58:3
58:7
**volleyball** 29:21,22
30:21 31:5 32:6
83:24
**volleyballrelated**
84:4
**volunteer** 80:2
**vs** 1:6 115:7

23:12
**2007** 7:10,20,23
  17:5 20:2,13,23
  20:24 21:1 23:12
  61:1
**2008** 9:13,14 11:8
  14:16 16:5 20:11
  20:15,20 21:2,11
  22:12,18 23:13
  27:13,18 64:6
  66:2,4
**2009** 21:15 22:6
  27:18 79:3
**2010** 1:23 115:13
  115:23 116:6
  117:14
**2016400** 2:14
**207** 116:23
**21** 106:13
**225** 2:13
**23** 7:10
**2369381** 2:4
**23rd** 7:23 57:3
**25** 96:22
**25th** 1:22 115:13
  116:6
**2661313** 2:9
**29th** 6:19
**2i** 6:24

---
**3**
---
**3** 19:17 20:1
**30** 46:15 117:2
**312** 2:4,9,14
**34** 23:24

---
**4**
---
**4** 3:5,15
**41** 22:15 23:12
**42** 19:15 22:15
  23:12
**44th** 112:14
**45** 21:9 77:8
**497469651** 6:22

**4th** 85:16

---
**5**
---
**5** 15:21
**50** 22:18 23:20
**500** 22:15 23:12
**55th** 1:21 2:3
**5th** 63:5 64:16

---
**6**
---
**60302** 7:1
**6060** 2:13
**60602** 2:4
**60654** 2:8
**60s** 38:5
**62** 24:6 94:2,3
**633** 12:16
**63rd** 31:16

---
**7**
---
**70** 1:20 2:3 108:3
**745** 2:8
**75** 108:3

---
**8**
---
**8** 18:20 19:3,13
**87** 3:6
**8th** 57:4,5 61:1

---
**9**
---
**91** 12:19